IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>        Defendants. | Case No. 08 CV 2475<br><br>Honorable David H. Coar |

## AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), and Ameriquest Mortgage Securities, Inc. (collectively referred to as "Defendants") and Plaintiffs Rose Terry, Terry Watt, Roy Parnell, Johanna Guyton, Luisa and Jorge Bolo, Selvin and Beatrice Quire, Juan Baez, Cruz Rivera and Julie Noradin (collectively referred to as "Plaintiffs"), by agreement, move this Court to enlarge the time, up to and including July 14, 2008, for Defendants to file responses to the Complaint.

In support of this Motion, Defendants state as follows:

1.      Plaintiffs agree to this Motion;

2.      Non-moving Defendants Wayne Lee and Dawn Arnall have waived service of process in this case effective May 15, 2008 and, accordingly, their responsive pleadings are due July 14, 2008;

    3.    Defendants Ameriquest Capital Corporation and Ameriquest Mortgage Securities, Inc. were served with process on or about May 14, 2008;

    4.    Defendants Ameriquest Mortgage Company and ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.) were served with process on or about May 1, 2008;

    5.    Due to the fact that there are three different response deadlines for the six served Defendants, coordinating the response deadlines through the requested enlargement of time will allow counsel an opportunity to determine whether responsive pleadings may be consolidated;

    6.    Counsel has not been dilatory in the prosecution or defense of this case, and the requested enlargement will cause no undue delay or prejudice in this recently filed and served action.

WHEREFORE, Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation, and Ameriquest Mortgage Securities, Inc. request that this Court grant them up to and including July 14, 2008 within which to respond to the Complaint, and attach as Exhibit 1 to this motion a proposed form of order.

Respectfully submitted,

DATED: May 21, 2008

By: /s/ Thomas J. Wiegand
*Attorneys for Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), and Ameriquest Mortgage Securities, Inc.*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
twiegand@winston.com

DATED: May 21, 2008 By: /s/ Anthony P. Valach, Jr.
*Attorneys for the Plaintiffs*

The Law Offices of Daniel Harris
150 N. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Telephone: (312) 960-1802
Facsimile: (312) 960-1936

- 4 -

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 21, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

       /s/ Thomas J. Wiegand
*Attorney for Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), and Ameriquest Mortgage Securities, Inc.*

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN, <br><br>           Plaintiffs, <br>v. <br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE, <br><br>           Defendants. | Case No. 08 CV 2475 <br><br>Honorable David H. Coar |

### ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), and Ameriquest Mortgage Securities, Inc. (collectively referred to as "Defendants") and Plaintiffs Rose Terry, Terry Watt, Roy Parnell, Johanna Guyton, Luisa and Jorge Bolo, Selvin and Beatrice Quire, Juan Baez, Cruz Rivera and Julie Noradin (collectively referred to as "Plaintiffs"), by agreement, having filed their Agreed Motion For Enlargement of Time To File Responsive Pleading, and the Court, being duly advised, now finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the time within which Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), and Ameriquest Mortgage Securities, Inc.

-2-

must respond to the Complaint in this action is enlarged up to and including July 14, 2008.

Dated: _____          _____
                                                    JUDGE OF THE UNITED STATES DISTRICT COURT