## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>        Defendants. | Case No. 08 CV 2475<br><br>Honorable David H. Coar |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 28, 2008 at 9:00 A.M. we shall appear before the Hon. David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING.

Respectfully submitted,

DATED: May 21, 2008

By: /s/ Thomas J. Wiegand
*Attorneys for Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), and Ameriquest Mortgage Securities, Inc.*

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois  60601-9703
Telephone:  (312) 558-5600
Facsimile: (312) 558-5700
twiegand@winston.com

- 2 -

DATED: May 21, 2008						By:  /s/ Anthony P. Valach, Jr.
								*Attorneys for the Plaintiffs*

								The Law Offices of Daniel Harris
								150 N. Wacker Dr., Suite 3000
								Chicago, Illinois  60606
								Telephone: (312) 960-1802
								Facsimile: (312) 960-1936

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

> /s/ Thomas J. Wiegand
> *Attorney for Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), and Ameriquest Mortgage Securities, Inc.*