UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rose Terry, et al.
                                  Plaintiff,

v.                                                    Case No.: 1:08−cv−02475
                                                      Honorable David H. Coar

Ameriquest Mortgage Company, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

MINUTE entry before the Honorable David H. Coar: MOTION by Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, AAC Capital Holdings, Inc., Ameriquest Mortgage Securities, Inc. for extension of time to file answer regarding complaint [12] is granted. Defendants to answer or plead on or before 7/14/2008. Parties need not appear on the noticed motion date of 5/28/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.