AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA
GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE
QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN

CASE NUMBER:     08CV2475

V.

ASSIGNED JUDGE:     JUDGE COAR

AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL
CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST
MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL
TRUST COMPANY, DAWN ARNALL and WAYNE LEE

DESIGNATED
MAGISTRATE JUDGE:     MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

AMERIQUEST MORTGAGE SECURITIES, INC.
1100 Town and Country Road
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**



(By) DEPUTY CLERK



**April 30, 2008**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 5/14/08 @ 11:20 |
| NAME OF SERVER *(PRINT)*  Sorya Von Rosen | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: c/o National Registered Agents

Dena La Porta - Authorized Person   2030 Main Street, Ste 1030
Irvine CA 92614

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/15/08___   _____
Date                                  *Signature of Server*

___29 Cerrito   Irvine CA   92617___
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.