IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ, and CRUZ RIVERA and JULIE NORADIN<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE<br><br>Defendants. | Case No.: 08 CV 2475<br><br>Honorable David H. Coar |

## AGREED MOTION TO SET ASIDE TIME FOR RESPONSE

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), Ameriquest Mortgage Securities, Inc., Wayne Lee and Dawn Arnall (collectively referred to as "Defendants") and Plaintiffs Rose Terry, Terry Watt, Roy Parnell, Johanna Guyton, Luisa and Jorge Bolo, Selvin and Beatrice Quire, Juan Baez, Cruz Rivera and Julie Noradin (collectively referred to as "Plaintiffs"), by agreement, move this Court to set aside the time for Defendants to file responses to the Complaint and allow them thirty days to respond after Plaintiffs file an amended complaint.

In support of this Motion, Defendants state as follows:

1. Plaintiffs have indicated that they intend to amend the Complaint to add additional plaintiffs, additional defendants, and additional facts to support some of their allegations;

2. Plaintiffs' counsel has requested that Defendants provide certain information before Plaintiffs amend the Complaint, which counsel for some of the Defendants currently is attempting to obtain;

3. Because Plaintiffs intend to amend the Complaint and, under Federal Rule of Civil Procedure 15, can do so as of right even after the Defendants move to dismiss the Complaint, it would be futile for Defendants to move to dismiss the current pleading by July 14, 2008;

4. Plaintiffs agree to this Motion. Accordingly, the parties seek (1) to set aside the current response date of July 14, 2008 and (2) to allow Defendants thirty days from the date on which Plaintiffs file an amended complaint to respond to the amended complaint. The Defendants attach as Exhibit 1 to this motion a proposed form of order.

Respectfully Submitted,

Dated: July 10, 2008

By: /s/ Thomas J. Wiegand
*Attorneys for Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), Ameriquest Mortgage Securities, Inc., and Wayne Lee*

                                   Thomas J. Wiegand
                                   WINSTON & STRAWN LLP
                                   35 W. Wacker Drive
                                   Chicago, Illinois 60601-9703
                                   Telephone: (312) 558-5600
                                   Facsimile: (312) 558-5700
                                   twiegand@winston.com

Dated: July 10, 2008                 By: /s/ Vincent P. Schmeltz III
                                            *One of the Attorneys for Defendant Dawn Arnall*

                                   Alan N. Salpeter
                                   Vincent P. Schmeltz III
                                   Therese King Nohos
                                   Dewey & LeBoeuf LLP
                                   180 N. Stetson, Suite 3700
                                   Chicago, IL 60601-6710
                                   Telephone: (312) 794-8000
                                   Facsimile: (312) 794-8100

Dated: July 10, 2008                 By: /s/ Anthony P. Valach, Jr.
                                            *Attorneys for the Plaintiffs*

                                   The Law Offices of Daniel Harris
                                   150 N. Wacker Dr., Suite 3000
                                   Chicago, Illinois 60606
                                   Telephone: (312) 960-1802
                                   Facsimile: (312) 960-1936

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

By:   /s/ Vincent P. Schmeltz III

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ, and CRUZ RIVERA and JULIE NORADIN<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE<br><br>Defendants. | Case No.: 08 CV 2475<br><br>Honorable David H. Coar |

## ORDER GRANTING AGREED MOTION TO SET ASIDE TIME FOR RESPONSE

Defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings Corporation (erroneously named as ACC Capital Holdings, Inc.), Ameriquest Mortgage Securities, Inc., Wayne Lee and Dawn Arnall (collectively referred to as "Defendants") and Plaintiffs Rose Terry, Terry Watt, Roy Parnell, Johanna Guyton, Luisa and Jorge Bolo, Selvin and Beatrice Quire, Juan Baez, Cruz Rivera and Julie Noradin (collectively referred to as "Plaintiffs"), by agreement, having filed their Agreed Motion To Set Aside Time For Response, and the Court, being duly advised, now finds the Motion should be GRANTED.

      IT IS THEREFORE ORDERED that Defendants are allowed thirty days from the date on which Plaintiffs file an amended complaint to respond to the amended complaint.

Dated: July 10, 2008

                                                                                        JUDGE OF THE UNITED STATES DISTRICT COURT