IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ, and CRUZ RIVERA and JULIE NORADIN<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE<br><br>Defendants. | Case No.: 08 CV 2475<br><br>Honorable David H. Coar |

## NOTICE OF AGREED MOTION TO SET ASIDE TIME FOR RESPONSE

TO:   All Counsel of Record

PLEASE TAKE NOTICE that, on Tuesday, July 15 at 9:00 a.m., we shall appear before Judge David H. Coar in Room 1419 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS' AGREED MOTION TO SET ASIDE TIME FOR RESPONSE**, a copy of which is hereby served upon you.

Dated: July 10, 2008                    DAWN ARNALL

                                                    By:  /s/ Vincent P. Schmeltz III
                                                       *One of the Attorneys for Defendant Dawn Arnall*
                                                       Alan N. Salpeter
                                                       Vincent P. Schmeltz III
                                                       Therese King Nohos
                                                       Dewey & LeBoeuf LLP
                                                       180 N. Stetson, Suite 3700
                                                       Chicago, IL  60601-6710
                                                       Telephone:  (312) 794-8000
                                                       Facsimile:  (312) 794-8100

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

By:   /s/ Vincent P. Schmeltz III