**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Rose Terry, et. al.<br>v.<br>Ameriquest Mortgage Company, et al. | Case Number: 1:08-cv-02475 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Dawn Arnall

| |
|---|
| NAME (Type or print)<br>Therese King Nohos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Therese King Nohos |
| FIRM<br>Dewey & LeBeouf LLP |
| STREET ADDRESS<br>180 N. Stetson, Suite 3700, Two Prudential Plaza |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272539 | TELEPHONE NUMBER<br>312-794-8027 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |