IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ, and CRUZ RIVERA and JULIE NORADIN,<br><br>                    Plaintiffs<br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE<br><br>                    Defendants | Case No.: 08CV2475<br><br>Honorable David H. Coar<br><br>**JOINDER BY DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY TO AGREED MOTION TO SET ASIDE TIME FOR RESPONSE** |

**JOINDER BY DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY TO AGREED MOTION TO SET ASIDE TIME FOR RESPONSE**

Defendant Deutsche Bank National Trust Company ("Deutsche") hereby submits this joinder to the Agreed Motion To Set Aside Time For Response filed on July 10, 2008 [Dkt. No. -19] and hereby incorporates by this reference its papers in support thereof as if set forth in full.

WHEREFORE, for the reasons and authorities set forth in the Agreed Motion To Set Aside Time For Response, Deutsche respectfully requests that this Court grant the parties' Motion.

DATED:  July 14, 2008                             Respectfully submitted,

By: /s/  Thomas J. Wiegand

*Attorneys for Defendant Deutsche Bank National Trust Company*

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, Illinois  60601-9703
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
twiegand@winston.com

## CERTIFICATE OF SERVICE

    I, David E. Dahlquist, hereby certify that on this 14th day of July 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                      By:    /s/ David E. Dahlquist