UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rose Terry, et al.
                                    Plaintiff,

v.                                                     Case No.: 1:08−cv−02475
                                                       Honorable David H. Coar

Ameriquest Mortgage Company, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

    MINUTE entry before the Honorable David H. Coar: Motion hearing held on 7/15/2008 regarding motion [24].Agreed Motion to set aside time for response [24] is granted as stated on the record. The plaintiff is given until 8/7/2008 to file an amended complaint. The defendant is given to 8/28/2008 to file any answer to any amended complaint. If an answer is not on file, the Court will enter a default against the defendant. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.