UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSE TERRY, TERRY WATT & ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA, JULIE NORADIN, ANANAIS & ETHEL COLISTER, MICHAEL COX & SUSAN LAWRENCE, RAMSES FAVELA, WENCES GARCIA & MARIA LARA, ELIZABETH HILL, ALFREDO & ANA VELIA JAIME, DENISE & CAREY LEE, DARYL MONSON, LAWRENCE MUELLER, BENJAMIN NEELEY, JOHN & CONSTANCE PUGA, JAMES SHEW, and HAROLD WELLS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08-cv-2475<br><br>Judge Coar<br><br>Magistrate Judge Mason<br><br><br>JURY TRIAL DEMAND |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) ) | |
| AMERIQUEST CAPITAL CORPORATION (n/k/a/ SBP CAPITAL CORPORATION), | ) ) ) | |
| ACC CAPITAL HOLDINGS, INC., | ) ) | |
| AMERIQUEST MORTGAGE SECURITIES, INC., | ) ) ) | |
| AGRENT SECURITIES, INC., | ) ) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) | |
| THE ROLAND AND DAWN ARNALL LIVING TRUST, | ) ) ) | |
| THE ESTATE OF ROLAND ARNALL, | ) ) | |
| DAWN ARNALL, | ) | |

| | |
|---|---|
| WAYNE LEE, | ) |
| | ) |
| CITIFINANCIAL, | ) |
| | ) |
| CITIGROUP, | ) |
| | ) |
| CITIMORTGAGE, | ) |
| | ) |
| GREENWICH CAPITAL, | ) |
| | ) |
| WM SPECIALTY MORTGAGE, LLC, | ) |
| | ) |
| CREDIT SUISSE FINANCIAL CORPORATION, | ) ) |
| | ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R6, | ) ) ) ) ) ) |
| | ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R7, | ) ) ) ) ) ) |
| | ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R9, | ) ) ) ) ) ) |
| | ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R10, | ) ) ) ) ) ) |
| | ) |
| | ) |
| | ) |

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2006-R1, | ) ) ) ) ) ) ) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2006-W3, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

**TO:  Counsel of Record**

     **PLEASE TAKE NOTICE** that on **Tuesday, August 5, 2008**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, plaintiffs' **AMENDED COMPLAINT,** a copy of which is hereby served upon you.


Date:  August 5, 2008     Respectfully submitted by:


     /s/ Anthony P. Valach, Jr.
     Counsel for the Plaintiffs

     THE LAW OFFICES OF DANIEL HARRIS
     Daniel Harris
     Anthony Valach
     150 N. Wacker Dr., Suite 3000
     Chicago, IL 60606
     Telephone: (312) 960-1802
     Facsimile: (312) 960-1936

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 5th day of August 2008, a true and correct copy of plaintiffs' **NOTICE OF FILING** of was served, via the Court's electronic filing system, upon counsel of record.

                              /s/ Anthony Valach
                              Anthony Valach