## United States District Court for the Northern District of Illinois

Case Number: 08CV2475  Assigned/Issued By: DAJ

Judge Name: _____  Designated Magistrate Judge: _____

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

**ISSUANCES**

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons  _____
☐ Citation to Discover Assets  _____
(Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 08/06/08 as to WM SPECIALTY MORTGAGE
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05