## United States District Court for the Northern District of Illinois

Case Number: 08CV2475                    Assigned/Issued By: DAJ

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__4__ Original and __0__ copies on _08/21/08_ as to DEUTSCHE BANK NATIONAL
                                   (Date)
TRUST COMPANY TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET

BACKED PASS THROUGH CERTIFICATES 2005-R7,2005-R9,2005-R10,2006-R1.

C:\wpwin80\docket\feeinfo.frm     03/14/05