## United States District Court for the Northern District of Illinois

Case Number: 08CV2475   Assigned/Issued By: DAJ

Judge Name:   Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
☐ Writ _____            (Victim, Against and $ Amount)
     (Type of Writ)

2 Original and 0 copies on 08/21/08 as to DEUTSCHE BANK NATIONAL
                              (Date)
TRUST COMPANY TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES ASSET BACKED

PASS THROUGH CERTIFICATES 2005-R6(NEW YORK,NY), 2005-R6(SANTA ANA,CA)

C:\wpwin80\docket\feeinfo.frm    03/14/05