## United States District Court for the Northern District of Illinois

Case Number: 08CV2475                    Assigned/Issued By: DAJ

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☒ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on __08/21/08__ as to DEUTSCHE BANK NATIONAL
                                    (Date)
TRUST COMPANY TRUSTEE OF ARGENT SECURITIES INC ASSET BACKED PASS

THROUGH CERTIFICATES 2006-W3.

---

C:\wpwin80\docket\feeinfo.frm    03/14/05