AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERRY, et al.

|  |  |  |
|---|---|---|
| V. | CASE NUMBER: | 08-cv-2475 |
|  | ASSIGNED JUDGE: | Judge Coar |
| AMERIQUEST MORTGAGE COMPANY, et al. | DESIGNATED MAGISTRATE JUDGE: | Magistrate Judge Mason |

TO: (Name and address of Defendant)

CITIGROUP INC.
(a/k/a CITIGROUP)
399 Park Avenue
New York, NY 10043

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Hirley*
-------------------------------
**(By) DEPUTY CLERK**

**August 8, 2008**
-------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>August 11, 2008 at 1:50 PM |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): ___Service on Citigroup, Inc. (a/k/a Citigroup) was effectuated by serving Scott___

LaScala, Managing Agent duly authorized to accept service. Service was made at The Corporation

Trust Company, 1209 Orange St., Wilmington, DE 19801.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___August 12, 2008___       _____
                    Date                          *Signature of Server*

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806 (302) 429-0657

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.