# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TERRY, et al.

V.

AMERIQUEST MORTGAGE COMPANY, et al.

CASE NUMBER: 08-cv-2475

ASSIGNED JUDGE: Judge Coar

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Mason

TO: (Name and address of Defendant)

ARGENT SECURITIES, INC.
1100 Town & Country Road, Suite 1100
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

-----------------------------------
(By) DEPUTY CLERK

**August 6, 2008**

-----------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/7/08 @ 2:15pm |
| NAME OF SERVER (PRINT) Surya Von Rosen | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Dena LaPorta - Process Specialist

SERVED AT: 2030 Main St suite 1050, Irvine CA 92612

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/11/08
         Date

Signature of Server

29 Cerrito, Irvine CA 92612
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Law Offices Of: DANIEL HARRIS<br>150 N. Wacher Drive<br>Suite 3000<br>Chicago, IL 60606 | | | | |
| Telephone No: 312-960-1802   FAX No: 312-960-1936<br>lawofficedh@yahoo.com | | | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT | | | | |
| Plaintiff: Terry, et al | | | | |
| Defendant: Ameriquest Mortgage Company, et al | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08-CV-2475 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; Complaint

3. a. Party served:                  Argent Securities, Inc
   b. Person served:              Dena La Porta - Process Specialist

4. Address where the party was served:        2030 Main Street
                                                           Suite 1030
                                                           Irvine, CA 92614

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Aug. 07, 2008 (2) at: 2:15PM

7. **Person Who Served Papers:**                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. Surya Von Rosen                               d. **The Fee** for Service was:    $50.00
     b. **Premier Legal Solutions**                e. I am: (3) registered California process server
        29 Cerrito                                                 (i) Owner
        Irvine, CA 92612                               (ii) Registration No.:     1505
     c. 949-480-1182, FAX 949-480-1217         (iii) County:                Orange

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Aug. 18, 2008

                                                                                           (Surya Von Rosen)

Judicial Council Form                            PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL CASE                                harris.8176