IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ, and CRUZ RIVERA and JULIE NORADIN, <br><br>     Plaintiffs <br><br>vs. <br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE <br><br>     Defendants | Case No.: 08CV2475 <br><br> Honorable David H. Coar <br><br> **NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that on September 2, 2008 at 9:00 A.M. we shall appear before the Hon. David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANT ARGENT MORTGAGE SECURITIES' MOTION TO ENLARGE TIME TO ANSWER.

Respectfully submitted,

DATED:  August 26, 2008

By: /s/  Thomas J. Wiegand
*Attorney for Argent Mortgage Securities, Inc.*

Thomas J. Wiegand
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
twiegand@winston.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all parties.

/s/ Thomas J. Wiegand_____
Attorney for Argent Mortgage Securities, Inc.