**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   08CV2475 |
| ROSE TERRY, ET AL. V. AMERIQUEST MORTGAGE COMPANY, ET AL. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CITIFINANCIAL MORTGAGE, INC., erroneously sued as CITIFINANCIAL

CITIMORTGAGE, INC., erroneously sued as CITIMORTGAGE

WM SPECIALTY MORTGAGE LLC

| |
|---|
| NAME (Type or print)<br>JOANNE N. DAVIES |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM:   BUCHALTER NEMER, A PROFESSIONAL CORPORATION |
| STREET ADDRESS:   18400 VON KARMAN AVENUE, SUITE 800 |
| CITY/STATE/ZIP   IRVINE, CALIFORNIA 91612-0514 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER:   (949) 760-1121 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>  RETAINED COUNSEL              APPOINTED COUNSEL |

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.