IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar |

## AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants CitiFinancial Mortgage Company, Inc., CitiMortgage, Inc. and WM Specialty Mortgage LLC (collectively referred to as "Defendants")[1] and Plaintiffs Rose Terry, Terry Watt and Roy Parnell, Johanna Guyton, Luisa and Jorge Bolo, Selvin and Beatrice Quire, Juan Baez and Cruz Rivera, Julie Noradin, Ananais and Ethel Colister, Michael Cox and Susan Lawrence, Ramses Favela, Wences Garcia and Maria Lara, Elizabeth Hill, Alfredo and Ana Velia Jaime, Denise and Carey Lee, Daryl Monson, Lawrence Mueller, Benjamin Neeley, John and Constance Puga, James Shew, and Harold Wells (collectively referred to as "Plaintiffs") by agreement, move this Court to enlarge the time, up to and including September 8, 2008, for Defendants to file responses to the Complaint.

---

[1] By reason of merger CitiFinancial Mortgage Company, Inc. is now known as CitiMortgage, Inc., however, Plaintiffs have named CitiFinancial and CitiMortgage separately in the Amended Complaint.

- 1 -

In support of this Motion, Defendants state as follows:

1. Plaintiffs agree to this Motion;

2. Defendants CitiFinancial Mortgage Company, Inc. and CitiMortgage, Inc. were served with process on or about August 6, 2008;

3. Defendant WM Specialty Mortgage LLC was served with process on or about August 11, 2008;

4. Due to the fact that there are two different response deadlines for the three served Defendants, coordinating the response deadlines through the requested enlargement of time will allow counsel an opportunity to determine whether responsive pleadings may be consolidated;

5. Counsel has not been dilatory in the prosecution or defense of this case, and the requested enlargement will cause no undue delay or prejudice in this recently filed and served action.

WHEREFORE, Defendants CitiFinancial Mortgage Company, Inc., CitiMortgage, Inc. and WM Specialty Mortgage LLC request that this Court grant them up to and including September 8, 2008 within which to respond to the Complaint, and attach as Exhibit 1 to this motion a proposed form of order.

Respectfully submitted,

DATED:  August 26, 2008                    By: /s/  Joanne N. Davies         __

*Attorneys for CitiFinancial Mortgage Company Inc., n/k/a CitiMortgage, Inc. and WM Specialty Mortgage LLC*

Joanne Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

- 3 -

DATED: August 26, 2008                                By:  /s/ Daniel Harris
                                                     *Attorneys for the Plaintiffs*

                                                     The Law Offices of Daniel Harris
                                                     150 N. Wacker Dr., Suite 3000
                                                     Chicago, IL 60606
                                                     Telephone: (312) 960 1802
                                                     Facsimile: (312) 960 1936

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

      /s/  Joanne N. Davies
*Attorneys for CitiFinancial Mortgage Company Inc., n/k/a CitiMortgage, Inc. and WM Specialty Mortgage LLC*

- 4 -

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

**EXHIBIT 1**

Case 1:08-cv-02475   Document 50-2   Filed 08/26/2008   Page 1 of 4

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>　　　　Plaintiffs,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>　　　　Defendants. | Case No. 08 CV 2475<br><br>Honorable David H. Coar |

**ORDER GRANTING AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**

Defendants CitiFinancial Mortgage Company, Inc., CitiMortgage, Inc. and WM Specialty Mortgage LLC (collectively referred to as "Defendants")[1] and Plaintiffs Rose Terry, Terry Watt and Roy Parnell, Johanna Guyton, Luisa and Jorge Bolo, Selvin and Beatrice Quire, Juan Baez and Cruz Rivera, Julie Noradin, Ananais and Ethel Colister, Michael Cox and Susan Lawrence, Ramses Favela, Wences Garcia and Maria Lara, Elizabeth Hill, Alfredo and Ana Velia Jaime, Denise and Carey Lee, Daryl Monson, Lawrence Mueller, Benjamin Neeley, John and Constance Puga, James Shew, and Harold Wells (collectively referred to as "Plaintiffs") by agreement, having filed their Agreed Motion For Enlargement of Time To File Responsive Pleading, and the Court, being duly advised, now finds the Motion should be GRANTED.

---

[1] By reason of merger CitiFinancial Mortgage Company, Inc. is now known as CitiMortgage, Inc., however, Plaintiffs have named CitiFinancial and CitiMortgage separately in the Amended Complaint.

- 2 -

- 3 -

IT IS THEREFORE ORDERED that the time within which Defendants CitiFinancial Mortgage Company, Inc., CitiMortgage, Inc. and WM Specialty Mortgage LLC must respond to the Complaint in this action is enlarged up to and including September 8, 2008.

Dated: _____          _____
                                                                      JUDGE OF THE UNITED STATES DISTRICT COURT

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.