IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>           Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>           Defendants. | Case No. 08 CV 2475<br><br>Honorable David H. Coar |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 2, 2008 at 9:00 A.M. we shall appear before the Hon. David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall then and there present AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPNSIVE PLEADING.

          Respectfully submitted,

DATED:  August 26, 2008        By: /s/  Joanne N. Davies

*Attorneys for CitiFinancial Mortgage Company Inc., n/k/a CitiMortgage, Inc. and WM Specialty Mortgage LLC*

Joanne Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

- 1 -

BN 2215086v1

DATED:  August 26, 2008         By:  /s/ Daniel Harris
                                *Attorneys for the Plaintiffs*

                                The Law Offices of Daniel Harris
                                150 N. Wacker Dr., Suite 3000
                                Chicago, IL 60606
                                Telephone: (312) 960 1802
                                Facsimile: (312) 960 1936

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

/s/  Joanne N. Davies
*Attorneys for CitiFinancial Mortgage Company Inc., n/k/a CitiMortgage, Inc. and WM Specialty Mortgage LLC*

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.