IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ, and CRUZ RIVERA and JULIE NORADIN,<br><br>　　　　　Plaintiffs<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE<br><br>　　　　　Defendants | Case No.: 08CV2475<br><br>Honorable David H. Coar<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that on September 10, 2008 at 9:00 A.M. we shall appear before the Hon. David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANT ARGENT MORTGAGE SECURITIES' MOTION TO DISMISS COUNTS II AND III OF THE AMENDED COMPLAINT.

Respectfully submitted,

DATED:  August 27, 2008

　　　　　　　　　　　　　　　　　　By: /s/  Thomas J. Wiegand
　　　　　　　　　　　　　　　　　　*Attorney for Argent Mortgage Securities, Inc.*

　　　　　　　　　　　　　　　　　　Thomas J. Wiegand
　　　　　　　　　　　　　　　　　　Gregory J. Miarecki
　　　　　　　　　　　　　　　　　　David E. Dahlquist
　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601-9703

1

Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
twiegand@winston.com

Case 1:08-cv-02475 Document 53 Filed 08/27/2008 Page 2 of 3

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all parties.

/s/ Thomas J. Wiegand
Attorney for Argent Mortgage Securities, Inc.