IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ, and CRUZ RIVERA and JULIE NORADIN,<br><br>        Plaintiffs<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE<br><br>        Defendants | Case No.: 08CV2475<br><br>Honorable David H. Coar<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that on September 10, 2008 at 9:00 A.M. we shall appear before the Hon. David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendant Wayne Lee's Motion To Dismiss Under Rule 12(b)(2) For Lack Of Personal Jurisdiction And Rule 12(b)(6) For Failure To State A Claim.

DATED:  August 28, 2008

Respectfully submitted,

By: /s/  Thomas J. Wiegand

Thomas J. Wiegand
Gregory J. Miarecki
David E. Dahlquist
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601-9703

1

Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
twiegand@winston.com

*Attorneys for Wayne Lee*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all parties.

                      /s/ Thomas J. Wiegand
                      Attorney for Wayne Lee