# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08CV2475 |
|---|---|
| ROSE TERRY, ET AL. V. AMERIQUEST MORTGAGE COMPANY, ET AL. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

AMERIQUEST MORTGAGE COMPANY        AMERIQUEST MORTGAGE SECURITIES, INC.

AMERIQUEST CAPITAL CORPORATION

ACC CAPITAL HOLDINGS, INC.

| NAME (Type or print) |
|---|
| JOANNE N. DAVIES |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ JOANNE N. DAVIES |

| FIRM: BUCHALTER NEMER, A PROFESSIONAL CORPORATION |
|---|

| STREET ADDRESS: 18400 VON KARMAN AVENUE, SUITE 800 |
|---|

| CITY/STATE/ZIP: IRVINE, CALIFORNIA 91612-0514 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER: (949) 760-1121 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
|---|

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|---|
| RETAINED COUNSEL            APPOINTED COUNSEL |

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 1:08-cv-02475    Document 58    Filed 08/28/2008    Page 2 of 2