IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>          Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>          Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>**DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S, AMERIQUEST CAPITAL CORPORATION'S, ACC CAPITAL HOLDINGS, INC.'S, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM** |

Defendants Ameriquest Mortgage Company's, Ameriquest Capital Corporation's, ACC Capital Holdings, Inc.'s, and Ameriquest Mortgage Securities, Inc.'s ("Defendants"), by their attorneys, for its Motion to Dismiss Pursuant to Rule 12(B)(6) for Failure to State a Claim, state as follows:

1. Thirty-two Plaintiffs filed an Amended Complaint concerning twenty-three unrelated mortgage transactions originated by defendant Ameriquest Mortgage Company ("AMC"). Plaintiffs' claims are deficient in the following respects.

2. Plaintiffs fail to allege any facts whatsoever to support their allegations that Ameriquest Capital Corporation ("ACC"), ACC Capital Holdings, Inc. ("ACCCH"), and Ameriquest Mortgage Securities ("AMS") are liable for violations of the Truth in Lending Act ("TILA"). Count I should be dismissed as to these three entities.

3. Plaintiffs fail to allege any facts to support their pure legal conclusion in Count II that ACC, ACCCH, and AMS conspired with Ameriquest to violate the Illinois Consumer Fraud Act. Count II should be dismissed as to these entities.

4. Count III should be dismissed in its entirety as the Amended Complaint fails to allege sufficient facts to state a cause of action for fraudulent conveyance for the following reasons.

5. Plaintiffs' allegations of fraudulent conveyances against Ameriquest, ACCCH, and AMS lack particularity.

6. Plaintiffs do not allege that ACC, ACCCH, and AMS are debtors of the plaintiffs, as they must in order to recover under a fraudulent conveyance theory.

7. Plaintiffs fail to allege that conveyances were undertaken with a specific intent to disturb, delay, hinder or defraud Plaintiffs from maintaining a claim.

8. Certain Plaintiffs fail to allege that their claims existed at the time the alleged conveyances were made.

9. In support of this Motion, Defendants are simultaneously filing their Memorandum in Support of Motion to Dismiss Pursuant to Rule 12(B)(6) for Failure to State a Claim.

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request that this Court dismiss the Complaint in its entirety as to Defendants Ameriquest Capital Corporation, ACC Capital Holdings, and Ameriquest Mortgage Securities, Inc, and that it dismiss Counts II and III as to Defendant Ameriquest Mortgage Company.

DATED:  August 28, 2008            Respectfully submitted,

By: /s/  Joanne N. Davies

*Attorneys for Defendants Ameriquest Mortgage Company; Ameriquest Capital Corporation; ACC Capital Holdings, Inc.; and Ameriquest Mortgage Securities, Inc.*

Joanne N. Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

2

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                          By:  /s/  Joanne N. Davies

BN 2218513v1

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.