IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, on September 10, 2008 at 9:00 a.m., we shall appear before the Honorable David H. Coar in Room 1419 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 to present Defendants Ameriquest Mortgage Company's, Ameriquest Capital Corporation's, ACC Capital Holdings, Inc.'s, and Ameriquest Mortgage Securities, Inc.'s

Motion to Dismiss Pursuant To Rule 12(b)(6) For Failure To State A Claim, a copy of which is concurrently being served upon you.

DATED: August 28, 2008               Respectfully submitted,

By: /s/  Joanne N. Davies

*Attorneys for Defendants Ameriquest Mortgage Company; Ameriquest Capital Corporation; ACC Capital Holdings, Inc.; and Ameriquest Mortgage Securities, Inc.*

Joanne N. Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

1

2

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Joanne N. Davies

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.