IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>Plaintiffs,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>**DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S, AMERIQUEST CAPITAL CORPORATION'S, ACC CAPITAL HOLDINGS, INC.'S, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER** |

Defendants Ameriquest Mortgage Company's, Ameriquest Capital Corporation's, ACC Capital Holdings, Inc.'s, and Ameriquest Mortgage Securities, Inc.'s ("Defendants"), by their attorneys, for its Motion to Dismiss or, in the Alternative, to Sever, state as follows:

1. Thirty-two Plaintiffs filed an Amended Complaint concerning twenty-three unrelated mortgage transactions originated by defendant Ameriquest Mortgage Company. The Amended Complaint alleges claims based on the federal Truth in Lending Act, the Illinois Consumer Fraud Act, and the Illinois Fraudulent Transfer Act.

2. The underlying factual allegations differ greatly with respect to each plaintiff and each defendant. Plaintiffs' claims, as bundled in the Amended Complaint, do not arise out of the same transaction or occurrence, or a series of transactions or occurrences, as required by Federal Rule of Civil Procedure 20 and are not properly joined.

3. Plaintiffs' claims fail to present a common question of law or fact, as required by Rule 20 and are not properly joined.

4. Dismissal without prejudice and/or severance will not prejudice Plaintiffs. By contrast, failing to separate these claims will cause Defendants enormous prejudice.

5. Plaintiffs' Amended Complaint should be dismissed, without prejudice, against all but the first named Plaintiff; or Plaintiffs' claims severed and each Plaintiff's claims tried separately.

6. In support of this Motion, Defendants are simultaneously filing their Memorandum in Support of Motion to Dismiss or, in the Alternative, to Sever.

Wherefore, for the foregoing reasons, Defendants respectfully request that the Court dismiss the Amended Complaint, without prejudice, against all but the first-named Plaintiff. In

the alternative, Defendants request that the Court sever Plaintiffs' claims and order that each Plaintiff's claims proceed to trial separately.

DATED:  August 28, 2008                                  Respectfully submitted,

                                                         By: /s/  Joanne N. Davies

                                                         *Attorneys for Defendants Ameriquest Mortgage Company; Ameriquest Capital Corporation; ACC Capital Holdings, Inc.; and Ameriquest Mortgage Securities, Inc.*

                                                         Joanne N. Davies (admitted *pro hac vice*)
                                                         Buchalter Nemer
                                                         18400 Von Karman Ave., Ste. 800
                                                         Irvine, California 92612-0514
                                                         Telephone: (949) 760-1121
                                                         Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Joanne N. Davies

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.