IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>        Plaintiffs,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>        Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>**DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S MOTION TO ENLARGE TIME TO ANSWER** |

1

BN 2219120v1

Defendant Ameriquest Mortgage Company ("Defendant"), for its Motion to Enlarge Time To Answer, states as follows:

1. On August 5, 2008, Plaintiffs in the above-captioned matter filed an Amended Complaint.

2. Defendant was served with a copy of the Amended Complaint on August 8, 2008.

3. Defendant's answer is currently due on August 28, 2008. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Contemporaneous with this Motion, Defendant has filed a motion to dismiss the Amended Complaint as to all claims except Counts I and II with respect to the first named Plaintiff.

5. Federal Rule of Civil Procedure 12(a)(4) provides that "[u]nless the court sets a different time, serving a motion under [Rule 12] alters [the period within which to file an answer] as follows: (A) if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 10 days after notice of the court's action . . . " Fed. R. Civ. P. 12(a)(4).

6. In the Northern District, the filing of a partial motion to dismiss allows for the altering of Rule 12(a) time limits for all claims in a complaint – not just the claims that are the subject of the motion. *See Oil Express Nat'l, Inc. v. D'Alessandro*, 173 F.R.D. 219, 221 (N.D. Ill. 1997) ("We . . . find that a partial motion to dismiss allows for altering the limits of Fed.R.Civ.P. 12(a) with respect to answering those claims not addressed in Defendants' motion."); *Porter v. United States Department of the Army*, No. 93 C 6900, 1995 WL 461898, at *4 (N.D. Ill. July 17, 1995) ("Courts in this Circuit have held that a timely filed Rule 12(b) motion alters the statutory period for filing an answer, and the defendant is justified in withholding an answer pending adjudication of its pre-answer motion. The time extension applies to an answer for the entire complaint and not just to answers for the portions of the complaint that the motion addresses.").

7. Consistent with this authority, Defendant respectfully requests that this Court enter an order permitting Defendant to answer the Amended Complaint within ten days of this Court's ruling on Defendant's pending motions to dismiss.

DATED:  August 28, 2008

Respectfully submitted,

By: /s/  Joanne N. Davies

*Attorneys for Defendants Ameriquest Mortgage Company*

Joanne N. Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     /s/ Joanne N. Davies

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.