IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>Plaintiffs,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>**DEFENDANTS CITIFINANCIAL MORTGAGE COMPANY INC. n/k/a CITIMORTGAGE, INC.'s JOINDER IN AMERIQUEST CAPITAL CORPORATION'S, ACC CAPITAL HOLDINGS, INC.'S, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM** |

Defendants CitiFinancial Mortgage Company, Inc. ("CitiFinancial") and CitiMortgage, Inc. ("CitiMortgage") (together, "Defendants")[1] hereby join in the Motion to Dismiss Pursuant to Rule 12(b)(6) For Failure to State A Claim ("Motion to Dismiss") filed on August 28, 2008 by defendants Ameriquest Capital Corporation, ACC Capital Holdings, Inc., and Ameriquest Mortgage Securities, Inc. and hereby incorporate by this reference the authorities and arguments in support thereof as if set forth in full.

In addition to the grounds stated in the Motion to Dismiss, Plaintiffs must provide sufficient allegations to, at the very least, put Defendants on notice of the claims against them. *Airborne Beepers & Video, Inc. v. AT&T Mobility LLC*, 499 F.3d 663, 667 (7th Cir. 2007) (understanding the Supreme Court to have concluded that "at some point the factual detail in a

---

[1] By reason of merger CitiFinancial Mortgage Company, Inc. is now known as CitiMortgage, Inc., however, Plaintiffs have named CitiFinancial and CitiMortgage separately in the Amended Complaint.

1

complaint may be so sketchy that the complaint does not provide the type of notice of the claim to which the defendant is entitled under Rule 8").  Here, the Amended Complaint does not appear to specifically allege any causes of action against CitiFinancial or CitiMortgage.

WHEREFORE, Defendants respectfully request that this Court grant the parties' Motion to Dismiss in its entirety for the reasons set forth in the moving papers.

DATED:  August 28, 2008         Respectfully submitted,

By: /s/  Joanne N. Davies

*Attorneys for Defendants CitiFinancial Mortgage Company Inc., n/k/a CitiMortgage, Inc.*

Joanne N. Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:       /s/ Joanne N. Davies

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.