**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08CV2475 |
| ROSE TERRY, ET AL. V. AMERIQUEST MORTGAGE COMPANY, ET AL. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CITIGROUP GLOBAL MARKETS, INC. erroneously sued as CITIGROUP

| |
|---|
| NAME (Type or print) <br> JOANNE N. DAVIES |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JOANNE N. DAVIES |
| FIRM: BUCHALTER NEMER, A PROFESSIONAL CORPORATION |
| STREET ADDRESS: 18400 VON KARMAN AVENUE, SUITE 800 |
| CITY/STATE/ZIP IRVINE, CALIFORNIA 91612-0514 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER: (949) 760-1121 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br><br> RETAINED COUNSEL                    APPOINTED COUNSEL |

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.