UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT & ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA, JULIE NORADIN, ANANAIS & ETHEL COLISTER, MICHAEL COX & SUSAN LAWRENCE, RAMSES FAVELA, WENCES GARCIA & MARIA LARA, ELIZABETH HILL, ALFREDO & ANA VELIA JAIME, DENISE & CAREY LEE, DARYL MONSON, LAWRENCE MUELLER, BENJAMIN NEELEY, JOHN & CONSTANCE PUGA, JAMES SHEW, and HAROLD WELLS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION (N/K/A SBP CAPITAL CORPORATION), ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., AGRENT SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, THE ROLAND AND DAWN ARNALL LIVING TRUST, THE ESTATE OF ROLAND ARNALL, DAWN ARNALL, WAYNE LEE, CITIFINANCIAL, CITIGROUP, CITIMORTGAGE, GREENWICH CAPITAL, WM SPECIALTY MORTGAGE, LLC, CREDIT SUISSE FINANCIAL CORPORATION, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R6, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R7, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R9, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE | No. 08-cv-2475<br><br>Judge Coar<br><br>Magistrate Judge Mason<br><br>JURY TRIAL DEMANDED<br><br>**DEFENDANTS THE ROLAND AND DAWN ARNALL LIVING TRUST, THE ESTATE OF ROLAND ARNALL, AND DAWN ARNALL'S NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM** |

| | |
|---|---|
| SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2005-R10 DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2006-R1 DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF ARGENT SECURITIES INC ASSET BACKED PASS THROUGH CERTIFICATES 2006-W3, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Counsel of Record:

PLEASE TAKE NOTICE, that on Thursday, September 4, 2008 at 9:00 a.m. we shall appear before Judge David H. Coar in Room 1419 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **THE ROLAND AND DAWN ARNALL LIVING TRUST, THE ESTATE OF ROLAND ARNALL, AND DAWN ARNALL'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM**, a copy of which is hereby served upon you.

Dated: August 28, 2008					ROLAND ARNALL


							By:   /s/ Vincent P. Schmeltz III
							One of his attorneys

Alan N. Salpeter, Esq.
Vincent P. Schmeltz III, Esq.
DEWEY & LEBOEUF LLP
180 North Stetson, Suite 3700
Two Prudential Plaza
Chicago, Illinois  60601-6710
Telephone:  312-794-8000
Facsimile:  312-794-8100

## CERTIFICATE OF SERVICE

      Vincent P. Schmeltz III, an attorney, hereby certifies that on this 28th day of August 2008, he caused a true and correct copy of the foregoing document, **THE ROLAND AND DAWN ARNALL LIVING TRUST, THE ESTATE OF ROLAND ARNALL, AND DAWN ARNALL'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM AND MEMORANDUM IN SUPPORT THEREOF** to be filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            By:    /s/ Vincent P. Schmeltz III
                                                           Vincent P. Schmeltz III