IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>                    Plaintiffs,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>                    Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>**DEFENDANT GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. (ERRONEOUSLY SUED AS GREENWICH CAPITAL) JOINDER IN AMERIQUEST CAPITAL CORPORATION'S, ACC CAPITAL HOLDINGS, INC.'S, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM** |

Defendant Greenwich Capital Financial Products, Inc. (erroneously sued as "Greenwich Capital") ("Defendant") hereby joins in the Motion to Dismiss Pursuant to Rule 12(b)(6) For Failure to State A Claim ("Motion to Dismiss") filed on August 28, 2008 by defendants Ameriquest Capital Corporation, ACC Capital Holdings, Inc. and Ameriquest Mortgage Securities, Inc. and hereby incorporates by this reference the authorities and arguments in support thereof as if set forth in full.

In addition to the grounds stated in the Motion to Dismiss, Plaintiffs must provide sufficient allegations to, at the very least, put Defendant on notice of the claims against it. *Airborne Beepers & Video, Inc. v. AT&T Mobility LLC*, 499 F.3d 663, 667 (7th Cir. 2007) (understanding the Supreme Court to have concluded that "at some point the factual detail in a complaint may be so sketchy that the complaint does not provide the type of notice of the claim

1

2

to which the defendant is entitled under Rule 8"). Here, the Amended Complaint does not specifically allege any causes of action against Greenwich Capital Financial Products, Inc.

WHEREFORE, Defendant respectfully requests that this Court grant the parties' Motion to Dismiss in its entirety for the reasons set forth in the moving papers.

DATED:  August 28, 2008                    Respectfully submitted,

By: /s/  Joanne N. Davies

*Attorneys for Defendant Greenwich Capital Financial Products, Inc.*

Joanne N. Davies (admitted *pro hac vice*)
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile:  (949) 720-0182

## CERTIFICATE OF SERVICE

      I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By:    /s/ Joanne N. Davies

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.