**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08CV2475

ROSE TERRY, ET AL. V. AMERIQUEST MORTGAGE COMPANY, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

| | |
|---|---|
| NAME (Type or print) JOANNE N. DAVIES | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ JOANNE N. DAVIES | |
| FIRM: BUCHALTER NEMER, A PROFESSIONAL CORPORATION | |
| STREET ADDRESS: 18400 VON KARMAN AVENUE, SUITE 800 | |
| CITY/STATE/ZIP IRVINE, CALIFORNIA 91612-0514 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER: (949) 760-1121 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.