IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE, <br><br> Defendant. | Case No. 08 CV 2475 <br><br> Honorable David H. Coar <br><br> **DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S JOINDER IN AMERIQUEST MORTGAGE COMPANY'S, AMERIQUEST CAPITAL CORPORATION'S, ACC CAPITAL HOLDINGS, INC.'S, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER** |

Defendant Deutsche Bank National Trust Company, As Trustee ("Defendant") hereby joins in the Motion to Dismiss or, In The Alternative, To Sever ("Motion to Dismiss or Sever") filed on August 28, 2008 by defendants Ameriquest Mortgage Company, Ameriquest Capital Corporation, ACC Capital Holdings, Inc. and Ameriquest Mortgage Securities, Inc. and hereby incorporates by this reference the papers in support thereof as if set forth in full.

WHEREFORE, Defendant respectfully requests that this Court grant the parties' Motion to Dismiss or Sever in its entirety for the reasons set forth in the moving papers.

DATED:  August 28, 2008                    Respectfully submitted,

                                           By: /s/  Joanne N. Davies

                                           *Attorneys for Defendant Deutsche Bank National Trust Company, As Trustee*

                                           Joanne N. Davies (admitted *pro hac vice*)
                                           Buchalter Nemer
                                           18400 Von Karman Ave., Ste. 800
                                           Irvine, California 92612-0514
                                           Telephone: (949) 760-1121
                                           Facsimile:  (949) 720-0182

2

**CERTIFICATE OF SERVICE**

    I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                   By:     /s/ Joanne N. Davies

BN 2218225v1

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 1:08-cv-02475     Document 83     Filed 08/28/2008     Page 4 of 4