# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT, ROY PARNELL, JOHANNA GUYTON, LUISA and JORGE BOLO, SELVIN and BEATRICE QUIRE, JUAN BAEZ and CRUZ RIVERA and JULIE NORADIN,<br><br>          Plaintiffs,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, DAWN ARNALL and WAYNE LEE,<br><br>          Defendant. | Case No. 08 CV 2475<br><br>Honorable David H. Coar<br><br>**DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S JOINDER IN ARGENT MORTGAGE SECURITIES, INC.'S MOTION TO ENLARGE TIME TO ANSWER** |

      Defendant Deutsche Bank National Trust Company, as Trustee ("Defendant") hereby joins in the Motion to Enlarge Time to Answer filed on August 26, 2008 by defendant Argent Mortgage Securities, Inc. with respect to Count I of the Amended Complaint and hereby incorporates by this reference the authorities and arguments in support thereof as if set forth in full.

1

2

      WHEREFORE, Defendant respectfully requests that this Court grant the parties' Motion to Enlarge Time to Answer in its entirety for the reasons set forth in the moving papers.

| | |
|---|---|
| DATED:  August 28, 2008 | Respectfully submitted,<br><br>By: /s/  Joanne N. Davies<br><br>*Attorneys for Defendant Deutsche Bank National Trust Company, As Trustee*<br><br>Joanne N. Davies (admitted *pro hac vice*)<br>Buchalter Nemer<br>18400 Von Karman Ave., Ste. 800<br>Irvine, California 92612-0514<br>Telephone: (949) 760-1121<br>Facsimile:  (949) 720-0182 |

2

## CERTIFICATE OF SERVICE

I, Joanne N. Davies, hereby certify that on this 28th day of August 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


By:      /s/  Joanne N. Davies

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.