IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE TERRY, TERRY WATT & ROY PARNELL, JOHANNA GUYTON, LUISA & JORGE BOLO, SELVIN & BEATRICE QUIRE, JUAN BAEZ & CRUZ RIVERA, JULIE NORADIN, ANANAIS & ETHEL COLISTER, MICHAEL COX & SUSAN LAWRENCE, RAMSES FAVELA, WRENCH GARCIA & MARIA LARA, ELIZABETH HILL, ALFREDO & ANA VELIA JAIME, DENISE & CAREY LEE, DARYL MONSON, LAWRENCE MUELLER, BENJAMIN NEELEY, JOHN & CONSTANCE PUGA, JAMES SHEW, and HAROLD WELLS,<br><br>      Plaintiffs<br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, AMERIQUEST CAPITAL CORPORATION, ACC CAPITAL HOLDINGS, INC., AMERIQUEST MORTGAGE SECURITIES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, THE ROLAND AND DAWN ARNALL LIVING TRUST, THE ESTATE OF ROLAND ARNALL, DAWN ARNALL, WAYNE LEE, CITIFINANCIAL, CITIGROUP, CITIMORGAGE, GREENWICH CAPITAL, WM SPECIALTY MORTGAGE, LLC, CREDIT SUISSE FINANCIAL CORPORATION, et al.<br><br>      Defendants | Case No.: 08CV2475<br><br>**DEFENDANT WAYNE LEE'S JOINDER IN DEFENDANTS AMERIQUEST MORTGAGE COMPANY'S, AMERIQUEST CAPITAL CORPORATION'S, ACC CAPITAL HOLDINGS, INC.'S, AND AMERIQUEST MORTGAGE SECURITIES, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO SEVER** |

  Defendant Wayne Lee hereby submits this joinder to Defendants Ameriquest Mortgage Company's, Ameriquest Capital Corporation's, ACC Capital Holdings, Inc.'s, And Ameriquest Mortgage Securities, Inc.'s Motion To Dismiss Or, In The Alternative, To Sever filed on August 28, 2008 (Docket #62) ("the Motion") and hereby incorporates by this reference its papers in support thereof as if set forth in full.

1

WHEREFORE, for the reasons and authorities set forth in the Motion and supporting memorandum, Mr. Lee respectfully requests that this Court grant the Motion.

|  |  |
|---|---|
| DATED:  August 29, 2008 | Respectfully submitted,<br><br>By: /s/  Thomas J. Wiegand<br><br>Thomas J. Wiegand<br>Gregory J. Miarecki<br>David E. Dahlquist<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, Illinois  60601-9703<br>Telephone: (312) 558-5600<br>Facsimile:  (312) 558-5700<br>twiegand@winston.com<br><br>*Attorneys for Wayne Lee* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 29, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all parties.

                                /s/ Thomas J. Wiegand
                                Attorney for Wayne Lee