U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 1:08-cv-02475
Rose Terry, et. al
v.

Ameriquest Mortgage Company, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant The Roland and Dawn Arnall Living Trust, and
Defendant The Estate of Roland Arnall

| | |
|---|---|
| NAME (Type or print) <br> Therese King Nohos | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Therese King Nohos | |
| FIRM <br> Dewey & LeBeouf LLP | |
| STREET ADDRESS <br> 180 N. Stetson, Suite 3700, Two Prudential Plaza | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272539 | TELEPHONE NUMBER <br> 312-794-8027 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |