**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Rose Terry, et al.

                                        Plaintiff,

v.                                                                                     Case No.: 1:08−cv−02475
                                                                                          Honorable David H. Coar

Ameriquest Mortgage Company, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 9/2/2008 regarding #47. Application to appear pro hac vice [54] is granted. Argent Motion for extension of time to answer [47] is granted. Citi Financil, et al's Motion for extension of time [50] is granted. Ameriquest's Motion for extension of time to answer [65] is granted. Deutsche Banks' Motion for joinder to Argent's Motion to Enlarge Time to answer [84] is granted. Dawn Arnall's Motion for extension of time [19] is granted. WM Specialty's Motion for joinder to Motion to Enlarge time to answer [77] is granted. Citifinancial, et al's request for joinder [67] is granted, dismissal issues taken under advisement. Citifinancial, et al's request for joinder [68] is granted, dismissal issues taken under advisement. Citigroup's request for joinder [72] is granted, dismissal issues taken under advisement. Citigroup's request for joinder [74] is granted, dismissal issues taken under advisement. WM Specialty's request for joinder [75] is granted, dismissal issue taken under advisement. WM Specialty's request for joinder [76] is granted, dismissal issues taken under advisement. Greenwich Capital&#039;s request for joinder [79] is granted, dismissal issues taken under advisement. Greenwich Capital's Motion for joinder [80] is granted, dismissal issues taken under advisement. Deutsche Bank's request for joinder [82] is granted, dismissal issues taken under advisement. Deutsche Bank's request for joinder [83] is granted, dismissal issues taken under advisement. Set deadlines as to Argent Securities, Inc's motion to dismiss Counts II and III of the amended complaint [52], Wayne Lee's motion to dismiss [55], Ameriquest Mortgage, et al's Motion to dismiss [59], Ameriquest Mortgage, et al's motion to dismiss or in the alternative to server [62], Dawn Arnall, et al motion to dismiss, [69]: Responses due by 9/24/2008, Replies due by 10/8/2008. This briefing schedule also applies to all of the defendants who joined the motions to dismiss and motions to dismiss or server. All of the Defendants' Motions to Dismiss and Motions to Dismiss or in the alternative Server are taken under advisement – ruiling will issue by mail. Parties need not appear on the respective presentment dates. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.