# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TERRY, et al., | ) | |
| | ) | Case No.: 08 C 2475 |
| Plaintiffs, | ) | |
| | ) | Judge Coar |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY ON THE ISSUE OF PERSONAL JURISDICTION

Plaintiffs respectfully seek leave to take discovery concerning the nature and location of properties owned or controlled by the Arnall family defendants in order to respond to their motion to dismiss for lack of personal jurisdiction. See Central States v. Phencorp Reinsurance Co., 440 F.3d 870 (7th Cir 2006) (district court abused its discretion in not allowing plaintiff discovery on issue of personal jurisdiction).

Plaintiffs also respectfully request that defendants be required to answer plaintiffs' proposed interrogatories by September 20, 2008, so that plaintiffs can include the information in their brief now due on September 24, 2008.

## I.    BACKGROUND

Plaintiffs are residents of this district and former customers of Ameriquest Mortgage Company who are seeking rescission of their mortgage transactions pursuant to 15 U.S.C. § 1635 based on defendant Ameriquest's violations of the Truth in Lending Act.  Most plaintiffs are also suing Ameriquest for violation of the Illinois Consumer Fraud Act.

Ameriquest was once the nation's leading subprime mortgage lender and, in its heyday, took in billions of dollars.  (Amended Complaint, ¶¶ 248-265).  Today, the company is basically defunct, with little to no assets to pay the hundreds of aggrieved customers now suing the company.  (Id. at ¶ 57-61).

The billions of dollars Ameriquest took in did not simply disappear.  To a very large extent, the money was siphoned off by the late Roland Arnall (the company's founder and

owner), his wife Dawn Arnall (who has been in charge of Ameriquest since 2006) and their trust, the Roland and Dawn Arnall Living Trust, for the purpose and with the effect of hindering creditors of Ameriquest. (*Id*. at 213-215, 245, 280, 291-293). Accordingly, plaintiffs are also pursuing claims against Dawn Arnall, the Estate of Roland Arnall and the Roland and Dawn Arnall Living Trust (hereinafter "Arnall family defendants) under the Illinois Uniform Fraudulent Transfer Act.

## II.    **JURISDICTIONAL DISPUTE**

The Arnall family defendants have moved to dismiss for lack of personal jurisdiction, arguing, among other things, that they are residents of California and do not have the minimum contacts with this jurisdiction necessary to make them amenable to suit here. In response, plaintiffs plan to make at least three arguments, each of which alone would be sufficient to justify jurisdiction.

First, plaintiffs intend to argue that jurisdiction is proper here under the "effects" test recognized by the U.S. Supreme Court in <u>Calder v. Jones</u>, 465 U.S. 783 (1984) because the Arnall family intentionally engaged in conduct that was designed to and did in fact cause injury in this jurisdiction. <u>See</u> <u>S.E.C. v. Homa</u>, 514 F.3d 661, 675 (7th Cir. 2008) ("It has been long-established that, when an individual undertakes activity designed to have a purpose and effect in the forum, the forum may exercise personal jurisdiction over that person with respect to those activities"); <u>Janmark, Inc. v. Reidy</u>, 132 F.3d 1200, 1202 (7th Cir. 1997) (jurisdiction in Illinois based on defendant's "phone call from California to New Jersey" which caused injury in Illinois; "the state in which the injury (and therefore the tort) occurs may require the wrongdoer to answer for its deeds even if events were put in train outside its borders" * * * "there can be no serious doubt after <u>Calder v. Jones</u> ... that the state in which the victim of a tort suffers injury may entertain a suit against the accused tortfeasor"); <u>In Re Teknek, LLC</u>, 354 B.R. 181, 197, 199) (Bkrtcy. N.D. Ill. 2006) (Scottish defendants who caused distributions to themselves by U.S. company, leaving it without sufficient funds to pay creditors, could be sued in Illinois for violation of the Illinois Fraudulent Transfer Act; "Specific personal jurisdiction may exist in situations in which the cause of action recognized by the forum stems from entirely foreign conduct that merely has 'effects' in the forum at issue" * * * "a nexus between the [Illinois Fraudulent Transfer Act] and Kenneth and Hamilton's initiation and receipt of LLC-member

2

distributions exists, establishing the basis for specific personal jurisdiction").

Second, plaintiffs plan to argue that personal jurisdiction over the Arnall family defendants is proper here because of their conspiracy with Ameriquest and its illegal actions in this district. See Textor v. Board of Regents of Northern Illinois University, 711 F.2d 1387, 1392, 1393 (7th Cir. 1983) ("The 'conspiracy theory' of personal jurisdiction is based on the 'time honored notion that the acts of [a] conspirator in furtherance of a conspiracy may be attributed to other members of the conspiracy'" * * * "illegal actions of NIU in Illinois are enough to provide the requisite minimum contacts between the remaining members of the conspiracy and the State of Illinois").

Third, plaintiffs plan to argue that the Arnall family defendants are subject to "general" jurisdiction in this district based on their property holdings here. "So-called general jurisdiction is proper only when the defendant has 'continuous and systematic' contacts with the state in question; if such contacts exist, the court may exercise personal jurisdiction over the defendant even in cases that do not arise out of and are not related to the defendant's forum contacts." Hyatt Intern. Corp. v. Coco, 302 F.3d 707, 713 (7th Cir. 2002).

Plaintiffs now have reason to believe, and prima facie evidence, that the Arnall family has continuous and systematic contacts with this district. Roland Arnall was a very wealthy man. A complaint filed in 2007 by Wayne Lee -- a long-time employee and a co-defendant here -- stated the following with respect to Mr. Arnall's finances:

2. ACC and its subsidiaries are ultimately wholly owned by **ROLAND ARNALL** ("Arnall"), who acted as Chairman of the Board. The past operations of Ameriquest Mortgage Company and Argent created enormous wealth for Arnall. In 2006, Forbes magazine listed Mr. Arnall as America's 86th richest person, with a net worth of $3 billion. Arnall is now currently the United States Ambassador to the Netherlands.

Valach Declaration at Exhibit A.

This is corroborated by a financial statement which Mr. Arnall filed with the U.S. Office of Government Ethics in 2007. See Valach Declaration at Exhibit B. As this Court can see, Mr. Arnall's holdings are quite extensive. It is likely that the Arnall holdings include property in this district. For example, Arnall listed on the financial statement that he has between $5-$25 million in assets in Green Courte Real Estate Partners, LLC located in Lake Forest, IL from which he received between $100,000 and $1 million in income.

In a declaration submitted in support of her motion to dismiss, Dawn Arnall states that she does not own, rent or possess any real property in the State of Illinois. Exhibit A, Memorandum of Law in Support of Defendants Roland and Dawn Arnall Living Trust, the Estate of Roland Arnall, and Dawn Arnall's Motion to Dismiss Pursuant to Rule 12(B)(2) for Lack of Personal Jurisdiction and Rule 12(B)(6) for Failure to State a Claim. However, no mention is made of the assets held by the Roland and Dawn Arnall Living Trust. The omission is significant. Plaintiffs believe the bulk of the Arnall family assets are concentrated in the Trust. Also, since Dawn Arnall is both the trustee and beneficiary of the Trust, its assets would be attributed to her for purposes of determining minimum contacts with this jurisdiction. See General Elec. Railcar Services Corp. v. Wilmington Trust Co., 567 N.E.2d 400, 405 (Ill.App. 1 Dist. 1990) (corporate beneficiaries of trust are "alter egos of the Trust for jurisdictional purposes" so that "the contacts of the Trust may be attributable to" the beneficiaries). Mrs. Arnall does not say whether she owns non-real property assets in her declaration, another potentially significant omission.

## III.   PLAINTIFFS ARE ENTITLED TO DISCOVERY ON JURISDICTION

Even though plaintiffs have enough evidence to support a prima facie case of personal jurisdiction, there is a risk the Arnall family defendants will dispute the point. Accordingly, plaintiffs would like to buttress the evidence they now have with additional details concerning the nature and location of the Arnall family assets. Plaintiffs are entitled to discovery on this issue and respectfully seek leave of Court to pursue it. See Cent. States v. Phencorp Reinsurance Co., 440 F.3d 870 (7th Cir 2006) (district court abused its discretion in not allowing plaintiff discovery on issue of personal jurisdiction).

Plaintiffs also request that defendants be required to answer to plaintiffs' interrogatories by September 19, 2008 (a copy of which is attached to the Valach Declaration as Exhibit C), so that plaintiffs will be able to use the information in their response brief, which is now due on September 24, 2008.

<strong>CONCLUSION</strong>

Because of the foregoing, plaintiffs' motion for leave to take discovery on the issue of personal jurisdiction and their request that defendants answer their interrogatories by September 19, 2008, should be granted.

Date:        September 9, 2008                    Respectfully submitted by:


                                        /s/ Anthony P. Valach, Jr.
                                        Counsel for the Plaintiffs

                                        THE LAW OFFICES OF DANIEL HARRIS
                                        Daniel Harris
                                        Anthony Valach
                                        150 N. Wacker Dr., Suite 3000
                                        Chicago, IL 60606
                                        Telephone: (312) 960-1802
                                        Facsimile: (312) 960-1936
                                        lawofficedh@yahoo.com


## CERTIFICATE OF SERVICE

I, Anthony P. Valach, Jr., hereby certify that on this 9th day of September 2008, a true and correct copy **PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY ON THE ISSUE OF PERSONAL JURISDICTION** of was served, via the Court's electronic filing system, upon counsel of record.


                            /s/ Anthony Valach
                                Anthony Valach

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TERRY, et al., | ) |
| | ) Case No.: 08 C 2475 |
| Plaintiffs, | ) |
| | ) Judge Coar |
| vs. | ) |
| | ) Magistrate Judge Mason |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) |
| | ) |
| Defendants**.** | **)** |

## DECLARATION OF ANTHONY VALACH

I, ANTHONY VALACH, AN ATTORNEY, DECLARE AS FOLLOWS:

1.  I am over twenty-one years of age and fully competent to testify to the contents of this declaration based on my own personal knowledge.

2. I am an associate at The Law Offices of Daniel Harris, counsel for plaintiffs in this case.

3. I certify that the exhibits to this declaration are true and authentic copies of the original documents.

4. Exhibit A to this declaration is a true and authentic copy of the complaint filed by Wayne Lee against Ameriquest Capital Corporation in the Superior Court for the State of California for the County of Orange on January 26, 2007.

5. Exhibit B to this declaration is a true and authentic copy of the Public Financial Disclosure Report submitted to the U.S. Office of Government Ethics on April 15, 2007 by Roland Arnall.

6. Exhibit C to this declaration is copy of the Interrogatories that plaintiffs would like the Arnall family defendants to answer by September 19, 2008.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct and that I could competently testify to these facts if called as a witness.

Date: 9/8/08

Executed in Chicago, IL

Anthony P. Valach

# EXHIBIT A

*Jllk*

ORIGINAL

1  Thomas R. Malcolm (State Bar No. 39248)
   Mark D. Kemple (State Bar No. 145219)
2  JONES DAY
   3 Park Plaza, Suite 1100
3  Irvine, California 92614
   Telephone:   (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Christopher J. Lovrien (State Bar No. 230546)
   cjlovrien@jonesday.com
6  JONES DAY
   555 South Flower Street, 50th Floor
7  Los Angeles, California 90071
   Telephone:   (213) 489-3939
8  Facsimile:   (213) 243-2539

9  Attorneys for Plaintiff
   WAYNE A. LEE
10

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 26 2007

ALAN SLATER, Clerk of the Court

BY E. VELOZ

11                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12            **FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER**

13
   Wayne A. Lee,                              CASE NO.: **07CC02258**
14
                  Plaintiff,                  **JUDGE W. MICHAEL HAYES**
15                                                         DEPT. C29
        v.                                    **COMPLAINT FOR:**
16
   Ameriquest Capital Corporation,      1)  **BREACH OF EXPRESS,**
17  Does 1-20,                               **WRITTEN CONTRACT;**

18                Defendants.           2)  **REQUEST FOR**
                                             **DECLARATORY RELIEF**
19
                                             **JURY TRIAL DEMANDED**
20

21      For his Complaint, Plaintiff alleges as follows:

22                                **OVERVIEW**

23      1.      For fifteen years, Plaintiff Wayne A. Lee ("Plaintiff") worked for companies

24  affiliated with Defendant **AMERIQUEST CAPITAL CORPORATION** ("ACC"). Between

25  2001 and 2004, Plaintiff was President of Argent Mortgage Company ("Argent"), one ACC's

26  subsidiaries. Plaintiff built Argent from the ground up into one of the most successful and

27  respected mortgage companies in the country. In stark contrast to Argent's standing and

28  reputation, ACC's other subsidiary, **AMERIQUEST MORTGAGE COMPANY**, was plagued

1  with allegations of corruption and financial improprieties, most notably a multi-state investigation
2  by 49 state Attorneys General into deceptive and fraudulent lending practices that stuck
3  borrowers with higher interest rates, hidden fees and loans exceeding amounts for which they
4  should have qualified.

5  2.    ACC and its subsidiaries are ultimately wholly owned by **ROLAND ARNALL**
6  ("Arnall"), who also acted as Chairman of the Board. The past operations of Ameriquest
7  Mortgage Company and Argent created enormous wealth for Arnall. In 2006, Forbes magazine
8  listed Mr. Arnall as America's 86th richest person, with a net worth of $3 billion. Arnall is now
9  the United States Ambassador to the Netherlands.

10  3.    In late June 2004, Plaintiff was named Chief Executive Officer of ACC's direct
11  subsidiary **ACC CAPITAL HOLDINGS, INC.** ("ACCCH"), giving him responsibility to
12  oversee – for the first time – the operations of both Argent and Ameriquest Mortgage Company.
13  In the wake of the many investigations of improprieties that had plagued Ameriquest Mortgage
14  Company for years, and which continued to plague Ameriquest Mortgage Company, Plaintiff
15  attempted to bring to Ameriquest Mortgage Company the legal protocol and financial discipline
16  that had characterized Argent's superior performance in past years. Arnall balked at
17  implementation of such procedures at Ameriquest Mortgage Company. Despite Plaintiff's
18  position of CEO, Arnall told Plaintiff that Plaintiff should not involve himself in the affairs of
19  Ameriquest Mortgage Company. Accordingly, in June 2005, just eleven months after he was
20  named CEO, Plaintiff resigned.

21  4.    With Plaintiff's resignation, ACC suddenly was faced with the loss of Plaintiff's
22  expertise and the recognition that, with Plaintiff's track record of success in the mortgage lending
23  industry, Plaintiff would quickly put his skills to work for one of ACC's competitors, thereby
24  driving down the earnings of ACC, and driving down its potential sale price. Immediately
25  following Plaintiff's resignation, Arnall asked Plaintiff to become a consultant to ACC and its
26  affiliated companies for a five-year term by promising, among other things, to compensate
27  Plaintiff in an amount totaling $50 million. Arnall also requested, however, that Plaintiff not
28

1    compete against ACC and its subsidiaries for a period of five years. The parties signed a written

2    Consulting Agreement containing these provisions.

3       5.      Plaintiff has fully performed his obligations under his Consulting Agreement with

4    ACC. For the past 18 months, he has made himself available to consult on behalf of ACC and

5    has foregone opportunities to make substantial sums working for competitors in the mortgage

6    lending industry in reliance on ACC's promises to compensate him under the Consulting

7    Agreement. In contrast, ACC has refused to pay Plaintiff the sums due Plaintiff under the

8    Consulting Agreement – indeed, has repudiated its obligation to do so – and further, has refused

9    to release Plaintiff of any obligation not compete against ACC.

10       6.      According to published reports, Arnall now seeks to sell ACC and its subsidiaries

11    to a hedge fund or other third party, all while refusing to release Plaintiff of any obligation not to

12    compete against ACC and its affiliates, and refusing to pay Plaintiff the amounts owed Plaintiff

13    under the Consulting Agreement. ACC's conduct toward Plaintiff, including that of Arnall, is

14    reprehensible, indefensible and malicious. Accordingly, Plaintiff seeks judicial intervention to

15    remedy this misconduct.

16                                   **THE PARTIES**

17       7.      Plaintiff Wayne A. Lee is a citizen of California and resides in Orange County,

18    California.

19       8.      Defendant Ameriquest Capital Corporation is organized under the laws of the state

20    of Delaware, with its principal place of business in Orange County, California. At all relevant

21    times, ACC was a privately-owned company whose shares, directly or indirectly, were owned by

22    Roland Arnall. ACC is the direct parent corporation of ACCCH, which in turn is the direct parent

23    corporation of Ameriquest Mortgage Company and Argent Mortgage Company. ACC and its

24    related affiliates, including ACCCH, Ameriquest Mortgage Company and Argent Mortgage

25    Company, are herein collectively referred to as the "Ameriquest Companies" or "Affiliated

26    Companies."

27       9.      Plaintiff is unaware at this time of the true names and capacities of defendants

28    sued herein as Does 1 through 20 inclusive and therefore sues these defendants by these fictitious

1 | names. Plaintiff will seek leave of Court to amend this Complaint to allege their true names and
2 | capacities when the same have been ascertained or at the time of trial. Each fictitiously-named
3 | defendant is responsible in some manner for the acts and occurrances alleged herein.

4 | 10.    Throughout the relevant period, defendants, and each of them, were the agent of
5 | the other defendants and in doing the things alleged herein were acting in the course and scope of
6 | that agency such that each defendant is responsible for the acts of the others.

7 | **JURISDICTION AND VENUE**

8 | 11.    Under California Code of Civil Procedure § 395.5, venue is properly placed in
9 | Orange County because the applicable agreements were made, performed and/or breached in this
10 | County, and because a substantial portion of the liability or obligation arose here. In addition,
11 | venue is proper because ACC's principal place of business is situated in Orange County.

12 | **FACTS COMMON TO ALL CLAIMS**

13 | **A.    Plaintiff Built Argent and Rose to Become CEO of ACCCH.**

14 | 12.    Plaintiff began working for a predecessor of the Affiliated Companies in 1990 and
15 | steadily was promoted to positions of increasing responsibility and importance until his
16 | resignation in June 2005.

17 | 13.    On or about January 1, 2001, Plaintiff was named the first President of what
18 | became Argent Mortgage Company, a direct subsidiary of ACCCH and an indirect subsidiary of
19 | ACC. Argent was a brand new company formed to compete in the wholesale mortgage lending
20 | business. Over the next several years, Plaintiff built Argent from the ground up into one of the
21 | most successful and respected mortgage companies in the country.

22 | 14.    In June 2004, Plaintiff was asked by Roland Arnall, the Chairman of the Board
23 | and ultimate sole shareholder of ACC and the Affiliated Companies, to become ACCCH's Chief
24 | Executive Officer. As CEO, Plaintiff would continue to have responsibility for the operations of
25 | mortgage wholesaler Argent (where he remained President), and, for the first time, would have
26 | oversight of Ameriquest Mortgage Company and other Affiliated Companies involved in the
27 | retail mortgage lending business.

28 |

4

**COMPLAINT**

**B.    Arnall Blocked Plaintiff's Attempts To Reform Ameriquest.**

15.    Before accepting the position of CEO, Plaintiff sought and received assurances from Arnall that Plaintiff would have the authority to make crucial decisions and changes necessary to fix operations across the Affiliated Companies, including at Ameriquest Mortgage Company. At the time, Ameriquest Mortgage Company was facing several business and legal challenges, most notably a multi-state investigation by 49 state Attorneys General into deceptive and fraudulent lending practices that stuck borrowers with higher interest rates, hidden fees and loans exceeding amounts for which they should have qualified.

16.    Plaintiff became CEO of ACCCH on or about June 18, 2004. In the ensuing months, and contrary to his prior assurances, Arnall repeatedly blocked Plaintiff's attempts to implement cost and operational reforms across the Affiliated Companies. As just one example, during the relevant time period, Ameriquest Mortgage Company's branch offices were organized such that branch managers had supervisory authority over loan coordinators, the personnel responsible for determining whether a borrower qualified for a loan (and under what terms), and for drafting the loan papers. Under this structure, the sales personnel (branch managers) had both the authority (as supervisors) and the motive (as employees paid on commission) to influence and override the supposedly objective operational decisions of the loan coordinators. Plaintiff sought to reduce the danger of, and opportunity for, such undue influence by implementing operational controls such that loan coordinators would not report directly to sales personnel. Arnall blocked this and other reforms.

17.    Based on this and similar episodes, it became clear that Arnall had a "vision" for the companies different than that of Plaintiff and that Arnall would not permit Plaintiff to carry out needed reforms. These competing visions came to a head in early June 2005, when Arnall told Plaintiff to focus on Argent's wholesale operations and he (Arnall) would handle Ameriquest Mortgage Company's retail operations. Faced with Arnall's usurping of his authority, on or about June 5, 2005, Plaintiff resigned all his positions with the Affiliated Companies.

18.    Despite the challenges posed by Arnall's interference and the lack of pre-existing operational controls at Ameriquest Mortgage Company, during Plaintiff's approximately eleven-

1    month tenure as CEO, Ameriquest Mortgage Company maintained its loan volumes and Argent
2    continued to have record months and remained the country's leading non-prime mortgage
3    company.

4    **C.    ACC Retained Plaintiff's Continued Expertise as a Consultant.**

5        19.    With Plaintiff's resignation, ACC faced the loss of his expertise, potentially to one
6    of ACC's competitors. Immediately following Plaintiff's resignation, Arnall asked Plaintiff to
7    become a consultant to ACC and its Affiliated Companies and to agree not to work on behalf of
8    any competing mortgage lending companies.

9        20.    On June 22, 2005, Arnall, on behalf of ACC, entered into a Consulting Agreement
10   with Plaintiff whereby Plaintiff would "consult with and advise [ACC] with respect to its affairs
11   and those of [its] affiliates. . . ." beginning immediately in June 2005 and ending on June 14,
12   2010. A true and correct copy of the Consulting Agreement is attached to the Complaint as
13   Exhibit A and is incorporated herein by reference.

14       21.    In return for Plaintiff's agreement to serve as a consultant, ACC agreed, under
15   section 2 of the contract, to pay Plaintiff $50 million, with $20 million payable eight days after
16   the execution of the Consulting Agreement and the remaining $30 million due in $6 million
17   annual increments payable on June 14, 2006 and every year thereafter until June 14, 2010. The
18   Consulting Agreement also provided that through June 14, 2010, ACC would provide Plaintiff
19   with medical and dental benefits "substantially comparable" to those which he enjoyed as an
20   employee.

21       22.    The Consulting Agreement also included a non-compete provision prohibiting
22   Plaintiff from working for any of ACC's competitors. Section 5.2 of the contract precludes
23   Plaintiff from owning, operating or in any way participating with any entity in the wholesale or
24   retail residential mortgage lending business. This restriction lasts five years and is not limited
25   geographically in any manner. Thus, by its terms, the non-compete provision purports to prevent
26   Plaintiff from working, in any manner, in the industry in which he spent the most recent 24 years
27   of his life, anywhere in the world, for a period of five years.

28

23.     Similarly, section 5.2 prevents Plaintiff from seeking to hire any employee of ACC or its Affiliated Companies for any job anywhere in the world, even if it is completely unrelated to the mortgage industry, for a period of five years. The contract purports to grant ACC the right to enforce Section 5.2 through injunctive relief.

24.     Section 5.3 of the contract forbids Plaintiff from making disparaging remarks concerning any of the Affiliated Companies for a period of five years, provided that ACC is not in material breach of the agreement. The contract purports to grant ACC the right to enforce Section 5.3 through injunctive relief.

## D.     ACC Breached the Consulting Agreement.

25.     On or about June 30, 2005, ACC made the initial $20 million payment due to Plaintiff under the Consulting Agreement.

26.     On June 12, 2006, two days before ACC was obligated to pay Plaintiff the first of five $6 million payments due under the Consulting Agreement, Plaintiff went to the law offices of Buchalter Nemer at the request of Rick Cohen. Mr. Cohen was outside counsel to ACC, regularly attended ACC board meetings, was at times responsible for taking the minutes at such meetings, and acted as ACC's counsel and agent with respect to ACC's negotiation, drafting and performance of the Consulting Agreement. At the June 12 meeting, Mr. Cohen informed Plaintiff that ACC would not pay Plaintiff $6 million annually through 2010 as called for under the Consulting Agreement. Mr. Cohen threatened that if Plaintiff tried to secure his contractual rights through litigation, ACC would drag out the case for years.

27.     On June 14, 2006, the day ACC was obligated to make the first $6 million payment, Plaintiff again met with Mr. Cohen. Mr. Cohen reiterated ACC's refusal to pay Plaintiff the $6 million due under the Consulting Agreement, either in 2006 or in any subsequent year.

28.     ACC failed to pay the $6 million due to Plaintiff on June 14, 2006, has not offered to make any future payments, and has not disclaimed ACC's anticipatory repudiation of ACC's payment obligations under the Consulting Agreement.

29.     As a result of ACC's failure to pay and anticipatory repudiation of the Consulting Agreement, Plaintiff has been damaged in an amount of at least $30 million.

**E.     The Decline of ACC's Business Following Plaintiff's Departure.**

30.     After Plaintiff's resignation as CEO in June 2005, Arnall began raising the rates Ameriquest Mortgage Company charged for its loans above prevailing market rates in an apparent belief that he could move the market price and increase margins. This strategy backfired, and the company's retail business declined significantly as potential borrowers abandoned Ameriquest in favor of competing lenders with more competitive pricing. Likewise, Arnall raised the rates charged by Argent beyond prevailing market rates in the pursuit of higher margins, which resulted in a significant drop in Argent's business to competitors.

31.     Arnall also continued to operate Ameriquest Mortgage Company without instituting the cost controls and operational reforms Plaintiff suggested. Ameriquest's business practices came under increasing public and government scrutiny, including civil suits by borrowers and a multi-state Attorneys General investigation into the lending practices of the Affiliated Companies. During an October 2005 Senate hearing regarding Arnall's nomination to serve as ambassador to the Netherlands, Senator Barack Obama questioned "whether it is appropriate for us to send someone to represent our country with these issues still looming on the horizon." Senator Paul Sarbanes urged Arnall to cooperate with the Attorneys General investigation: "I'm pressing here this morning to try to get this matter fully resolved and settled. I want you to understand what the concerns are. It seems to me the ability to resolve it [the investigation] is essentially in your hands."

32.     On January 23, 2006, Ameriquest Mortgage Company and its retail mortgage lending affiliates AMC Mortgage Services and Town & Country Credit Corporation agreed to pay $325 million to settle the Attorneys General investigation. Argent, the company Plaintiff had built and run as President, was not among the affiliates alleged to have engaged in misleading and fraudulent practices and thus was not a party to the settlement.

33.     With its loan volumes significantly below the levels they had been during Plaintiff's tenure as CEO and in the aftermath of the Attorneys General settlement, Ameriquest

1  Mortgage Company announced in May 2006 that it was eliminating 3,800 jobs and shutting down
2  its 229 retail branch offices. The company continues to lend nationwide through its regional
3  production centers.

4      34.    In or about December 2006, Plaintiff learned that Arnall seeks to sell ACC and its
5  Affiliated Companies to a third party. Yet ACC continues to refuse Plaintiff's written demands
6  that it pay Plaintiff the amounts owed Plaintiff under the Consulting Agreement and, further,
7  continues to refuse Plaintiff's written demands that it release Plaintiff of any obligation not to
8  solicit or compete against ACC and/or its Affiliated Companies.

9  <strong><u>FIRST CAUSE OF ACTION</u></strong>

10  <strong>(Breach of Express, Written Contract)</strong>

11      35.    Plaintiff re-alleges and incorporates by reference Paragraphs 1 – 34 as if fully set
12  forth herein.

13      36.    Defendants intended to, and did, induce Plaintiff to agree to the Consulting
14  Agreement with the express promise that Plaintiff would receive fees totaling $50 million.

15      37.    Plaintiff duly has performed his obligations under the Consulting Agreement (or is
16  excused from so doing).

17      38.    Defendants materially breached the Consulting Agreement by failing to deliver the
18  first $6 million payment to Plaintiff by June 14, 2006 as called for under the contract.

19      39.    The statements of Defendants, by and through their agents, that ACC would not
20  make any of the future payments due to Plaintiff under the Consulting Agreement constitute
21  anticipatory repudiation and material breach of contract entitling Plaintiff to recover damages
22  amounting to the remaining $30 million due under the contract and excusing Plaintiff from any
23  further performance under the contract.

24      40.    In addition to the $30 million plus interest in compensation due to Plaintiff under
25  the Consulting Agreement, Plaintiff is entitled, under section 8.6 of the agreement, to recover
26  costs and expenses in bringing this suit, including attorneys' fees.

27

28

9

<strong>COMPLAINT</strong>

## SECOND CAUSE OF ACTION

### (Request for Declaratory Relief)

41.    Plaintiff re-alleges and incorporates by reference Paragraphs 1 – 40 as if fully set forth herein.

42.    Section 8.7 of the Consulting Agreement provides that "if any provision of this Agreement shall be held invalid or unenforceable, such provision shall [b]e severable from, and such invalidity or unenforceability shall not be construed to have any effect on, the remaining provisions of this Agreement."

43.    Section 5.2 of the Consulting Agreement purports to prohibit Plaintiff from in any way participating in the mortgage lending business anywhere in the world for a period of five years, and further prohibits Plaintiff from soliciting any employees, shareholders, members or partners of any of the Ameriquest Companies to work in any industry, anywhere in the world for a period of five years. The contract purports to grant ACC the right to enforce Section 5.2 through injunctive relief. These provisions of section 5.2 of the contract violate Cal. Bus. & Prof. Code § 16600. As a matter of law and in accordance with section 8.7 of the Consulting Agreement, the invalidity of section 5.2 has no effect the remaining provisions of the contract.

44.    Unless section 5.2 is declared invalid and unenforceable, Plaintiff risks being found in breach of the Consulting Agreement and thereby losing the compensation otherwise due to him if he seeks employment in the mortgage lending business or if he or any of his future employers seek to hire employees, shareholders, members or partners of ACC or any of the Affiliated Companies. Moreover, potential employers are likely to be hesitant to hire Plaintiff, regardless of their view of the enforceability of section 5.2 of the contract, for fear they will be forced to spend time and money on a lawsuit by Defendants in which they could be joined.

45.    There is an actual controversy between the Plaintiff and Defendants regarding the enforceability of section 5.2 of the Consulting Agreement and Plaintiff's obligations, if any, under that section.

**COMPLAINT**

1    46.    Accordingly, pursuant to California Code of Civil Procedure § 1060, Plaintiff
2 seeks a binding declaration from this Court that section 5.2 of the Consulting Agreement is void
3 and unenforceable.

4    47.    Section 5.3 of the contract forbids Plaintiff from making disparaging remarks
5 concerning any of the Affiliated Companies for a period of five years, provided that ACC is not
6 in material breach of the agreement. The contract purports to grant ACC the right to enforce
7 Section 5.3 through injunctive relief.

8    48.    Defendants are in material breach of the Consulting Agreement. There is an actual
9 controversy between the Plaintiff and Defendants regarding the enforceability of section 5.3 of
10 the Consulting Agreement and Plaintiff's obligations, if any, under that section.

11    49.    Accordingly, pursuant to California Code of Civil Procedure § 1060, Plaintiff
12 seeks a binding declaration from this Court that Defendants are in material breach of the
13 Consulting Agreement, and that section 5.3 of the Consulting Agreement is unenforceable.

14    **WHEREFORE**, Plaintiff prays judgment be entered in his favor and against Defendants
15 as follows:

16    1.    For damages of not less than $30 million representing the amounts due under the
17 Consulting Agreement that Defendants have refused to pay;

18    2.    For all pre-judgment and post-judgment interest;

19    3.    For costs and reasonable attorneys' fees to the extent permitted by law or contract;

20    4.    For a binding declaration from the Court, pursuant to section 1060 of the
21 California Code of Civil Procedure, that Plaintiff is no longer bound by section 5.2 of the
22 Consulting Agreement, including the non-compete and non-solicitation provisions;

23    5.    For a binding declaration from the Court, pursuant to section 1060 of the
24 California Code of Civil Procedure, that Defendants are in material breach of the Consulting
25 Agreement, and that section 5.3 of the Consulting Agreement is unenforceable; and

26    6.    For such other relief as the Court may deem just and proper.

27

28

11
**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial with respect to all causes of action so triable.

Dated: January 26, 2007

JONES DAY

By _____
Thomas Malcolm

Attorneys for Plaintiff
WAYNE A. LEE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Form Approved:
OMB No. 3209-0001

Amd 31530

## Executive Branch Personnel  PUBLIC FINANCIAL DISCLOSURE REPORT

| Date of Appointment, Candidacy, Election or Nomination *(Month, Day, Year)* | Reporting Status Code | | Calendar Year(s) Covered by Report | New Entrant Nominee, or Candidate | | Termination Filer | Termination Date *(if applicable)* *(Month, Day, Year)* |
|---|---|---|---|---|---|---|---|
| 2/27/06 | *approval board* | Incumbent ☒ | 2006 | | | ☐ | |

**Reporting Individual's Name**
Last Name: Arnall
First Name and Middle Initial: Roland E.

**Position for Which Filing**
Title of Position: Ambassador to the Kingdom of the Netherlands
Department or Agency *(If Applicable)*: Department of State

**Location of Present Office** *(or forwarding address)*
Address *(Number, Street, City, State, and ZIP Code)*
c/o Buchalter Nemer, 1000 Wilshire Blvd., #1500, Los Angeles, CA 90017
Telephone No. *(Include Area Code)*: 213-891-0700

**Position(s) Held with the Federal Government During the Preceding 12 Months (If Not Same as Above)**
Title of Position(s) and Date(s) Held:

**Presidential Nominees Subject to Senate Confirmation**
Name of Congressional Committee Considering Nomination:
Do You Intend to Create a Qualified Diversified Trust?  Yes ☐  No ☐
Date *(Month, Day, Year)*

### Fee for Late Filing

Any individual who is required to file this report and does so more than 30 days after the date the report is required to be filed or, if an extension is granted, more than 30 days after the last day of the filing extension period shall be subject to a $200 fee.

### Reporting Periods

**Incumbents:** The reporting period is the preceding calendar year except Part I of Schedule C and Part I of Schedule D where you must also include the filing year up to the date you file. Part I of Schedule D is not applicable.

**Termination Filers:** The reporting period begins at the end of the period covered by your previous filing and ends at the date of termination. Part I of Schedule D is not applicable.

**Nominees, New Entrants and Candidates for President and Vice President:**

**Schedule A**—The reporting period for income (BLOCK C) is the preceding calendar year and the current calendar year up to the date of filing. Value of assets is of any date you choose that is within 31 days of the date of filing.

**Schedule B**—Not applicable.

**Schedule C, (Part I (Liabilities)—**The reporting period is the preceding calendar year and the current calendar year up to any date you choose that is within 31 days of the due date of filing.

**Schedule C, (Part III (Agreements or Arrangements)** — Show any agreements or arrangements as of the date of filing.

**Schedule D**—The reporting period is the preceding two calendar years and the current calendar year up to the date of filing.

### Certification

I CERTIFY that the statements I have made on this form and all attached schedules are true, complete and correct to the best of my knowledge.

Signature of Reporting Individual: [signature]
Date *(Month, Day, Year)*: April 15, 2007

**Other Review** *(If desired by agency)*
Signature of Other Reviewer: [signature]
Date *(Month, Day, Year)*: Apr 17, 2007

**Agency Ethics Official's Opinion**
On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments in the box below).
Signature of Designated Agency Ethics Official/Reviewing Official: Wade L. Sweetz A/DAEO
Date *(Month, Day, Year)*: Feb 6, 2008

**Office of Government Ethics Use Only**
Signature: [signature]
Date *(Month, Day, Year)*:

Comments of Reviewing Officials *(If additional space is required, use the reverse side of this sheet)*

Note - Enoron Statistics and books botany, Check box if filing extension granted Please indicate number of days
a CTO and timely not have sent including
Pay plus admin. (figure p. 33) were sent on July 15, 2005 and should not have been listed on attached report. b

☐ (Check box if comments are continued on the reverse side)

EA /STR ATTACHED

### Agency Use Only

APR 27 2007 /em/red
FEB - 7 2008
OGE Use Only

278-112    Supersedes Prior Editions, Which Cannot Be Used.    Form Designed in Microsoft Excel 2000    NSN 7540-01-070-8444

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Form Approved:
OMB No. 3209-0001

# Executive Branch Personnel PUBLIC FINANCIAL DISCLOSURE REPORT

Arnd 31530

| Date of Appointment Candidacy Election Nomination (Month, Day, Year) | Reporting Status (Check appropriate boxes) | | Calendar Year Covered by Report | New Entrant Nominee or Candidate | Termination Filer | Termination Date (Month, Day, Year) |
|---|---|---|---|---|---|---|
| 2/27/06 | Incumbent [X] | | 2006 | | [ ] | |

**Fee for Late Filing**
Any individual who is required to file this report and does so more than 30 days after the date the report is required to be filed, or if an extension is granted, more than 30 days after the last day of the filing extension period shall be subject to a $200 fee.

| Reporting Individual's Name | Last Name | First Name and Middle Initial |
|---|---|---|
| | Arnall | Roland E. |

**Reporting Periods**
**Incumbents:** The reporting period is the preceding calendar year except Part I of Schedule C and Part I of Schedule D, where you must also include the filing year up to the date you file. Part II of Schedule D is not applicable.

| Position for Which Filing | Title of Position | Department or Agency (If Applicable) |
|---|---|---|
| | Ambassador to the Kingdom of the Netherlands | Department of State |

| Location of Present Office (or forwarding address) | Address (Number, Street, City, State, and ZIP Code) | Telephone No. (Include Area Code) |
|---|---|---|
| | c/o Buchalter Nemer, 1000 Wilshire Blvd, #1500, Los Angeles, CA 90017 | 213-891-0700 |

**Termination Filers:** The reporting period begins at the end of the period covered by your previous filing and ends at the date of termination. Part II of Schedule D is not applicable.

| Position(s) Held with the Federal Government During the Preceding 12 Months (If Not Same as Above) | Title of Position(s) and Date(s) Held |
|---|---|
| | |

**Nominees, New Entrants, and Candidates for President and Vice President**
**Schedule A**—The reporting period for income is the preceding two calendar years and the current calendar year up to the date of filing. Value of assets as of any date you choose that is within 31 days of the date of filing.

| Presidential Nominees Subject to Senate Confirmation | Name of Congressional Committee Considering Nomination | Do You Intend to Create a Qualified Diversified Trust? | Date (Month, Day, Year) |
|---|---|---|---|
| | | Yes [ ] No [ ] | |

**Schedule B**—Not applicable

| Certification | Signature of Reporting Individual | Date (Month, Day, Year) |
|---|---|---|
| I CERTIFY that the statements I have made on this form and all attached schedules are true, complete and correct to the best of my knowledge. | *[signature]* | April 15, 2007 |

**Schedule C (Part I (Liabilities)**
The reporting period is the preceding calendar year and the current calendar year up to any date you choose that is within 31 days of the date of filing.

| Other Review (if desired by agency) | Signature of Other Reviewer | Date (Month, Day, Year) |
|---|---|---|
| | *[signature]* | April 17, 2007 |

**Schedule C (Part II (Agreements or Arrangements)**—Show any agreements or arrangements as of the date of filing.

| Agency Ethics Official's Opinion | Signature of Designated Agency Ethics Official/Reviewing Official | Date (Month, Day, Year) |
|---|---|---|
| On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments in the box below). | | |

**Schedule D**—The reporting period is the preceding two calendar years and the current calendar year up to the date of filing.

| Office of Government Ethics Use Only | Signature | Date (Month, Day, Year) |
|---|---|---|
| | | |

Agency Use Only
APR 27 2007 *[signature]*
OGE Use Only

Comments of Reviewing Officials (If additional space is required, use the reverse side of this sheet)

(Check box if filing extension granted & indicate number of days _____)

[ ]

(Check box if comments are continued on the reverse side)

[ ]

Supersedes Prior Editions, Which Cannot Be Used.

278-112

Form Designed in Microsoft Excel 2000

NSN 7540-01-070-8444

SF278 (R. v. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**SCHEDULE A**

Reporting Individual's Name: Roland E. Arnall
Page Number: 1

**BLOCK A — Assets and Income**

For you, your spouse, and dependent children, report each asset held for investment or the production of income which had a fair market value exceeding $1,000 at the close of the reporting period, or which generated more than $200 in income during the reporting period, together with such income.

For yourself, also report the source and actual amount of earned income exceeding $200 (other than from the U.S. Government). For your spouse, report the source but not the amount of earned income of more than $1,000 (except report the actual amount of any honoraria over $200 of your spouse).

None ☐

Examples:
- Central Airlines Common
- Dee Jones & Smith (Hometown), State
- Kempstone Equity Fund
- IRA: Heartland 500 Index Fund

| # | Assets and Income | Valuation (Block B) | Income Type (Block C) | Income Amount (Block C) | Other Income / Notes |
|---|---|---|---|---|---|
| 1 | Oasis Club Investors, LLC — Apartments in Florida — LLC Member, Real Estate | $5,000,001 – $25,000,000 | | | Held by #6 below: income reported there |
| 2 | 1841 Columbia Road Investors, LLC — Apartments in District of Columbia — LLC Member, Real Estate | $5,000,001 – $25,000,000 | | | Partnership income (apts) $1,767,000.00 |
| 3 | 250 So. Spaulding, LLC — Residential real property in California — LLC Member, Real Estate | Over $1,000,000 | Dividends; Real and Royalties | $100,001 – $1,000,000 | |
| 4 | Apple Hill Investors, LLC — Apartments in Connecticut — LLC Member, Real Estate | $5,000,001 – $25,000,000 | | | Partnership income (apts) $5,434,000.00 |
| 5 | Barton's Landing Investment, LLC — Apartments in No. Carolina — LLC Member, Real Estate | $5,000,001 – $25,000,000 | | | Partnership income (apts) $2,636,000.00 |
| 6 | Bellemeade Farms Investors, LLC — Apartments — LLC Member, Real Estate | $5,000,001 – $25,000,000 | | | Partnership income (apts) $2,636,000.00; Holds #1 above and #1, pg 2 $6,336,000.00 |

Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the filer's spouse or dependent children, mark the other higher categories of value, as appropriate.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

Page Number: 2

# SCHEDULE A continued
(Use only if needed)

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| # | Assets and Income | Valuation (Block B) | Income Type | Income Amount (Block C) | Other Income (Specify Type & Actual Amount) |
|---|---|---|---|---|---|
| 1 | Investors of Red Rocks, LLC — Residential real property — Lakewood, CO | None (or less than $1,001) [X] | | | Held by #6, p 1 income reported there |
| 2 | Cameron Gwinnett Investors, LLC — Apartments in Georgia — LLC Member, Real Estate | $5,000,001 – $25,000,000 [X] | | | Partnership income (apts) $3,040,000 |
| 3 | Cresta Corporation — Hotels nationwide — LLC Member, Real Estate | $1,000,001 – $5,000,000 [X] | | | Partnership income (hotels) No income |
| 4 | Crystal Investors, LLC — Apartments in Arizona — LLC Member, Real Estate | None (or less than $1,001) [X] | | | Partnership income from sale of assets $9,330,000 |
| 5 | DRA, LLC — Delaware/ LLC Member — Holds 66.67% interest in #2, pg. 5 | $25,000,001 – $50,000,000 [X] | Interest [X] | $1,000,001 – $5,000,000 [X] | |
| 6 | Second City Capital Partners I, LP — Vancouver, BC, Canada/ 2% LP — Holds items 1-8 on pg. 41 | $1,000,001 – $5,000,000 [X] | Dividends [X] | $25,001 – $50,000 [X] | |
| 7 | Wetherly Properties, LLC — Residential real property — Los Angeles, CA | $25,000,001 – $50,000,000 [X] | | None (or less than $201) [X] | |
| 8 | Florida Fishermans Investor, LLC — Apartments in Florida — LLC Member, Real Estate | $5,000,001 – $25,000,000 [X] | | | Partnership income (apts) $2,831,000 |
| 9 | Florida Island Investors, LLC — Apartments in Florida — LLC Member, Real Estate | $1,000,001 – $5,000,000 [X] | | | Partnership income (apts) $3,990,000.00 |

None [ ]

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the filer's spouse or dependent children, mark the other higher categories of value, as appropriate.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

# SCHEDULE A continued
## (Use only if needed)

Page Number 3

BLOCK A — Assets and Income

BLOCK B — Valuation of Assets at close of reporting period

BLOCK C — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

None ☐

| # | Assets and Income | Block B Valuation | Block C Type | Block C Amount | Other Income (Specify Type & Actual Amount) |
|---|---|---|---|---|---|
| 1 | Heather Ridge Investors, LLC — Apartments in Maryland — LLC Member, Real Estate | $1,000,001 - $25,000,000 (X) | | | Partnership income from sale of assets $24,650,000 |
| 2 | Emerald Residential Investors, LLC — Apartments in Florida — LLC Member, Real Estate | $1,000,001 - $25,000,000 (X) | | | Partnership income (apts) $4,940,000 |
| 3 | Monte Vista Investors, LLC — Apartments in Florida — LLC Member, Real Estate | None (or less than $1,001) (X) | | | Partnership income from sale of assets $13,800,000 |
| 4 | Montecito Investors, LLC — Apartments in Florida — LLC Member, Real Estate | None (or less than $1,001) (X) | | None (or less than $201) (X) | |
| 5 | Pinnacle Grove Investors, LLC — Apartments in Arizona — LLC Member, Real Estate | | | | Partnership income from sale of assets $9,175,000 |
| 6 | Prince Pasunbek, LLC — Residential real property in California — LLC Member, Real Estate | $100,001 - $250,000 (X) | Rent and Royalties (X) | $5,001 - $15,000 (X) | |
| 7 | REA Southwood, LLC — Apartments in Virginia — LLC Member, Real Estate | $1,000,001 - $25,000,000 (X) | | | Partnership income (apts) $3,382,000 |
| 8 | South Creek Investors, LLC — Apartments in Arizona — LLC Member, Residential Real Estate | None (or less than $1,001) (X) | | | Partnership income from sale of assets $19,850,000 |
| 9 | Tavant Technologies, Inc. — Santa Clara, CA — Software Manufacturer | $1,000,001 - $25,000,000 (X) | | None (or less than $201) (X) | |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number 4

**Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

Block B = Valuation of Assets at close of reporting period. Block C = Type / Amount.

| Assets and Income (BLOCK A) | None | $1,001–$15,000 | $15,001–$50,000 | $50,001–$100,000 | $100,001–$250,000 | $250,001–$500,000 | $500,001–$1,000,000 | Over $1,000,000* | $1,000,001–$5,000,000 | $5,000,000–$25,000,000 | $25,000,000–$50,000,000 | Over $50,000,000 | Excepted Investment Fund | Excepted Trust | Qualified Trust | Dividends | Rent and Royalties | Interest | Capital Gains | None (≤$201) | $1–$201 | $201–$1,000 | $1,001–$2,500 | $2,501–$5,000 | $5,001–$15,000 | $15,001–$50,000 | $50,001–$100,000 | $100,001–$1,000,000 | Over $1,000,000* | $1,000,001–$5,000,000 | $5,000,001–$25,000,000 | Over $25,000,000 | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Tewksbury Investors, LLC  Apartments in Maryland  LLC Member, Real Estate | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Partnership income from sale of assets $10,448,000 | |
| 2. Valencia Isle Investors, LLC  Apartments in GA and NC  LLC Member, Real Estate | | | | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | Partnership income (apts) $6,412,000 | |
| 3. Waterleaf Investors, LLC  Apartments in California  LLC Member, Real Estate (apts.) | | | | | | | | | | X | | | | | | | | | X | X | | | | | | | | | | | | | | |
| 4. Ameriquest Capital Corporation  Orange, CA  Mortgage Lender | | | | | | | | | | | | X | | | | | | X | | X | | | | | | | | | | | | | | |
| 5. 315 Arden, LLC  Residential real property in California  LLC Member, Real Estate | | | | | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | Partnership income $150,000 | |
| 6. Blue Anchor Investments, LLC  Orange, CA  LLC Member, Investment | | | | | | | | | X | | | | | | | | | X | | | | | | | | | X | | | | | | | |
| 7. Green Courte Real Estate Partners, LLC  Lake Forest, IL  Parking lots, manufactured housing | | | | | | | | | | X | | | | | | X | | | | | | | | | | | | X | | | | | | |
| 8. Roda Ventures I, LLC  Orange, CA  LLC Member | | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | | | Holds item 1, page 5 | |
| 9. Roda Drilling Company  Orange, CA  Limited Partner, Oil Drilling | | | | | | | | | | | | X | | | | | | | | | | | | | | | | X | | | | | Partnership income $4,000,000.00 | |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Reporting Individual's Name**
Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number 5

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**
(None (or less than $1,001); $1,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $250,000; $250,001 - $500,000; $500,001 - $1,000,000; Over $1,000,000 *; $1,000,001 - $5,000,000; $5,000,001 - $25,000,000; $25,000,001 - $50,000,000; Over $50,000,000)

**BLOCK C — Income: type and amount.** If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.
Type: (Excepted Investment Fund; Excepted Trust; Qualified Trust; Dividends; Rent and Royalties; Interest; Capital Gains)
Amount: (None (or less than $201); $201 - $1,000; $1,001 - $2,500; $2,501 - $5,000; $5,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $1,000,000; Over $1,000,000 *; $1,000,001 - $5,000,000; Over $5,000,000)
Other Income (Specify Type & Actual Amount)
Date (Mo., Day, Yr.) Only if Honoraria

| # | Assets and Income | Valuation (Block B) | Type (Block C) | Amount | Other Income |
|---|---|---|---|---|---|
| 1 | Pivotal NS, LLC, Delaware, Internet company | | | | Held by Item 8 page 4 income reported there |
| 2 | Old City, LLC, Boca Raton, FL, *Holding company for distribution companies* LLC Member | Over $50,000,000 (X) | | | Held by #5, p2; income reported there holds #5-8 below |
| 3 | HHI, LP, Boca Raton, FL, Ltd. Partnership Interest (hotels) | $1,000,001 - $5,000,000 (X) | None (or less than $201) (X) | | Holds #1, p 37 |
| 4 | HHI 2, LP, Boca Raton, FL, Ltd Partnership Interest (loans to hotels) | $1,000,001 - $5,000,000 (X) | Interest (X) | $50,001 - $100,000 (X) | |
| 5 | PPW, Boca Raton, FL, Distributor of baby wipes | Value and income not easily ascertainable. | | | Held by #2 above income reported at p.2, #5 |
| 6 | Opti-Clip, Boca Raton, FL, Distributor of sunglass clip-ons | Value and income not easily ascertainable. | | | Held by #2 above income reported at p.2, #5 |
| 7 | Samson Technologies, Boca Raton, FL, Manufactures tow trucks | Value and income not easily ascertainable. | | | Held by #2 above income reported at p.2, #5 |
| 8 | Promisec, New York, NY, Provides internet security | Value and income not easily ascertainable. | | | Held by #2 above income reported at p.2, #5 |
| 9 | RI Investors, LLC, Orange, CA, LLC Member, investments | $1,000,001 - $5,000,000 (X) | None (or less than $201) (X) | | |

None ☐

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

# SCHEDULE A continued
(Use only if needed)

Page Number: 6

**BLOCK B** — Valuation of Assets at close of reporting period

**BLOCK C** — Income: type and amount. If "None" (or less than $201)¹ is checked, no other entry is needed in Block C for that item.

| BLOCK A — Assets and Income | Type | Amount | Other Income (Specify Type & Amount) | Date (Mo., Da., Yr.) Only if Honoraria |
|---|---|---|---|---|
| ☐ None | | | | |
| ✓1 Milestone Hotel Partners, LLC — Hotel properties nationwide, LLC Member, Real Estate | Value and income not easily ascertainable. | | Held by #3, p2 | |
| ✓2 Hospitality Associates of LaGrange Ltd — Hotels in Kentucky, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |
| ✓3 Hospitality Associates of Sulphur Ltd. — Hotels in Louisiana, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |
| 4 Hospitality Associated of Shepherds-ville Ltd. — Hotels in Kentucky, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |
| ✓5 Hospitality Associates of Frankfort Ltd. — Hotels in Kentucky, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |
| ✓6 Hospitality Associates of Ft. Wright Ltd. — Hotels in Kentucky, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |
| 7 Hospitality Associates of Silver Springs Ltd. — Hotels in Maryland, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |
| ✓8 New Penn Hospitality Associates LP — Hotels in New York, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |
| ✓9 Hershey Hospitality Associates Ltd. — Hotels in Pennsylvania, Ltd. Partnership Interest, Real Estate | Value and income not easily ascertainable. | | Held by #1 above | |

Block B columns: None (or less than $1,001); $1,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $250,000; $250,001 - $500,000; $500,001 - $1,000,000; Over $1,000,000*; $1,000,001 - $5,000,000; $5,000,001 - $25,000,000; $25,000,001 - $50,000,000; Over $50,000,000

Block C Type columns: Excepted Investment Fund; Excepted Trust; Qualified Trust; Dividends; Rent and Royalties; Interest; Capital Gains; None (or less than $201)

Block C Amount columns: None (or less than $201); $1 - $201; $201 - $1,000; $1,001 - $2,500; $2,501 - $5,000; $5,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $1,000,000; Over $1,000,000*; $1,000,001 - $5,000,000; Over $5,000,000

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name
Roland E. Arnall

**SCHEDULE A continued**
(Use only if needed)

Page Number 7

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.**

Date (Mo., Day, Yr.) Only if Honoraria

| # | Assets and Income | Valuation / Income | Other Income (Specify Type & Actual Amount) |
|---|---|---|---|
| | None ☐ | | |
| 1 | Bedford Home Loans, Inc. Orange, CA — Mortgage Lender | Value and income not easily ascertainable. | Held by #5, p 7 |
| 2 | Aspen 1, LLC Real property in Aspen, CO — Real estate investment | Value and income not easily ascertainable. | Held by #4, p 4 |
| 3 | 10100 Sunset Boulevard, LLC Real property in Los Angeles, CA — Real estate holding company | Value and income not easily ascertainable. | |
| 4 | Ameriquest Financial Corporation Orange, CA — Financial consulting | Value and income not easily ascertainable. | Held by #4, p 4 |
| 5 | ACC Capital Holdings Corporation Orange, CA - Holding Company for other companies listed herein | Dividends ×; Value $25,000,001 – $50,000,000 ×; Amount Over $5,000,000 × | Held by #4, p 4 |
| 6 | Ameriquest Capital Group, Inc. Orange, CA — Financial consulting and analysis | Dividends ×; Value $1,000,001 – $5,000,000 ×; Amount $50,001 – $100,000 × | Held by #4, p 4 |
| 7 | Ameriquest Asset Management, LLC Orange, California (ACTIVATED AFTER Inactive Mortgage Lender NOW SEE FILING) | Value and income not easily ascertainable. | Held by #5, p 7 |
| 8 | Argent Financial Corporation Orange, CA — Inactive Mortgage Lender | Value and income not easily ascertainable. | Held by #4, p4 |
| 9 | Park Place Securities, Inc. Orange, CA (NEVER ACTIVATED) — Securitization vehicle | Value and income not easily ascertainable. | Held by #2, p 14 |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C F R Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name

Roland E. Arnall

# SCHEDULE A continued
(Use only if needed)

Page Number

8

**Assets and Income** — BLOCK A

*Value and income not readily available for all assets listed below*

**Valuation of Assets** at close of reporting period — BLOCK B

Columns: None (or less than $1,001) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000 * | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000

**Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item. — BLOCK C

Type columns: Excepted Investment Fund | Excepted Trust | Qualified Trust | Dividends | Rent and Royalties | Interest | Capital Gains

Amount columns: None (or less than $201) | $201 - $1,000 | $1,001 - $2,500 | $2,501 - $5,000 | $5,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $1,000,000 | Over $1,000,000 | $1,000,001 - $5,000,000 | Over $5,000,000

Other Income (Specify Type & Actual Amount)

Date (Mo., Day, Yr.) Only if Honoraria

| | Assets and Income | Other Income |
|---|---|---|
| 1 | Quest Asset Management, Inc. Orange, CA Mortgage Banking | |
| 2 | Town & Country Credit Corporation Orange, CA Mortgage Banking | Held by #5, p 7 |
| 3 | Owl Holdings, LLC Real Property in Aspen, CO LLC Member, Real Estate | Held by #5, p 7 |
| 4 | VOF Holdings, LLC Los Angeles, CA LLC Member, Film Production | Held by #4, p4 |
| 5 | Owlwood, LLC Real Property in Los Angeles, CA Real Estate Holding Company | |
| 6 | Burns Sunset Properties, LLC Real Property in Los Angeles, CA LLC Member, Real Estate | Held by #3, p 7 |
| 7 | Davis Carolwood Holdings, LLC Real Property in Los Angeles, CA LLC Member, Real Estate | Held by #5 above |
| 8 | Liberty Films, LLC Los Angeles, CA LLC Member, Film Production | Held by #4 above |
| 9 | Voices of Freedom, LLC Los Angeles, CA LLC Member, Film Production | Held by #4 above |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name
Roland E. Arnall

Page Number 9

# SCHEDULE A continued
(Use only if needed)

**BLOCK A — Assets and Income**

*Value and income not easily obtainable for all assets held below*

| # | Assets and Income (BLOCK A) | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only If Honoraria |
|---|---|---|---|
| 1 | Owl Creek Meadows, LLC — Real Property in Aspen, CO — LLC Member, Real Estate | Held by #3, p 8 | |
| 2 | Sunny Ranch, LLC — Real Property in Aspen, CO — LLC Member, Real Estate | Held by #3, p 8 | |
| 3 | Aspen Sunrise, LLC — Real Property in Aspen, CO — LLC Member, Real Estate | Held by #3, p 8 | |
| 4 | 300 South Wetherly Drive, LLC — Real Property in Los Angeles, CA — LLC Member, Real Estate | Held by #7, p 2 Income reported there | |
| 5 | 304 South Wetherly Drive, LLC — Real Property in Los Angeles, CA — LLC Member, Real Estate | Held by #7, p 2 Income reported there | |
| 6 | 340 South Wetherly Drive, LLC — Real Property in Los Angeles, CA — LLC Member, Real Estate | Held by #7, p 2 Income reported there | |
| 7 | Fairfield Apple Hill LP — Apartments in Connecticut — Ltd. Partnership Interest, Real Estate | Held by #4, p 1 | |
| 8 | Fairfield Bartons Landing LP — Apartments in N. Carolina — Ltd. Partnership Interest, Real Estate | Held by #5, p 1 | |
| 9 | Park Place Securities, LLC — Orange, CA (over write, not used) Securitization vehicle | Held by #2, p 14 | |

BLOCK B — Valuation of Assets at close of reporting period

BLOCK C — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher category.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 CFR Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name

Roland E. Arnall

Page Number 10

## SCHEDULE A continued
(Use only if needed)

**BLOCK A** — Assets and Income

Value and income not likely ascertainable for all items listed below

**BLOCK B** — Valuation of Assets at close of reporting period

**BLOCK C** — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| # | Assets and Income | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|
| 1 | 1841 Columbia Road, LLC Apartments in District of Columbia LLC Member, Real Estate | Held by #2, p 1 | |
| 2 | Fairfield Cameron Brook LP Apartments in Georgia Ltd. Partnership Interest, Real Estate | Held by #2, p 2 | |
| 3 | Fairfield Gwinnett Place LP Apartments in Georgia Ltd. Partnership Interest, Real Estate | Held by #2, p 2 | |
| 4 | Fairfield Island Club, LLC Apartments in Florida LLC Member, Real Estate | Held by #9, p 2 | |
| 5 | Emerald Bay Club Operating Company, LLC - Apartments in Florida LLC Member, Real Estate | Held by #2, p 3 | |
| 6 | Fairfield Fishermans Landing LP Apartments in Florida Ltd. Partnership Interest, Real Estate | Held by #8, p 2 | |
| 7 | Ador Holdings, LLC(Acquired April Real estate in southeast US(Dominique Real Estate (11.2%)) | | |
| 8 | 344 S. Almont, LLC(Acquired Secek Real estate in Los Angeles, CA(Dominique LLC Member, Real Estate (11.2%)) | | |
| 9 | REA Properties, LLC Property Management LLC Member, Real Estate | Held by #7, p 2 | |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name

Roland E. Arnall

## SCHEDULE A continued
### (Use only if needed)

Page Number 11

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income: type and amount.** If "None (or less than $201)" is checked, no other entry is needed in Block C for that item

| Assets and Income (BLOCK A) | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|
| Corporate Synergies Holdings, Inc. New York, NY - Holding Company for item #2 below | Held by #6, p 7 | |
| Corporate Synergies Group, Inc. New York, NY Insurance Brokerage | Held by #1 above | |
| Fairfield Ravenswood LP Apartments in Virginia Ltd. Partnership Interest, Real Property | Held by #7, p 3 | |
| CO Elk Properties, Inc. (activated April) Real property in Colorado New Name LLC membership interest Film NN | Holds an interest in #5 below | |
| Elk Wallow Ranch, LLC (activated April) Real property in Colorado New Name LLC membership interest Film NN | Held by #4 above and by #2, p 4 | |
| Fairfield Valencia Isles LP Apartments in GA and NC Ltd. Partnership Interest, Real Property | Held by #2, p 4 | |
| Fairfield Waterleaf LP Apartments in California Ltd. Partnership Interest, Real Property | Held by #3, p 4 | |
| Q2YWOT, LLC Orange, CA LLC Member, holds domain names | Held by #2, p 14 | |
| Rexford Industrial Fund III, LLC Los Angeles, CA Industrial real estate investments | | |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ

Prior Editions Cannot be Used

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name

## SCHEDULE A continued
(Use only if needed)

Page Number 12

| BLOCK A — Assets and Income | BLOCK B — Valuation of Assets (at close of reporting period) | Type | Amount | BLOCK C — Other Income (Specify Type, & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|---|---|
| ☐ None | | | | | |
| V1 Everquest Capital Group, Inc. Orange, CA Financial consulting | | | | Held by #6, p 7 | |
| V2 Argent Mortgage Company, LLC Orange, CA Mortgage Lender | | | | Held by #5, p 7 | |
| V3 AMC Mortgage Holdings, LLC Orange, CA Wholesale Mortgage Lending | | | | Held by #2, p13 | |
| V4 Argent Securities, Inc. Orange, CA Shelf registration for name protection | | | | Held by #2 above | |
| V5 Argent Securities, LLC Orange, CA Third party securitizations | | | | Held by #2 above | |
| V6 AMC Data Services, Inc. Orange, CA Financial consulting | | | | Held by #2, p 14 | |
| V7 Square 1 Financial, Inc. North Carolina Industrial real estate investments | | | | | |
| V8 Calsun I, LLC Aspen, CO Residential real property | | | | | |
| V9 Calsun II, LLC Aspen, CO Residential real property | | | | | |

Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ

Prior Editions Cannot be Used.

SP278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Reporting Individual's Name:** Roland E. Arnall

**Page Number** 13

## SCHEDULE A continued
(Use only if needed)

| BLOCK A — Assets and Income | BLOCK B — Valuation of Assets (at close of reporting period) | BLOCK C — Income (Type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.) — Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|
| None ☐ | | | |
| 1. Ameriquest Funding II, LLC, Orange, CA, LLC Member, warehouse lines | | Held by #2, p 14 | |
| 2. AMC Mortgage Services, Inc., Orange, CA, Mortgage Banking | | Held by #5, p 7 | |
| 3. Long Beach Service Corporation, Orange, CA, Real estate investment | | Held by #2 above | |
| 4. Ameriquest Funding III, LLC, Orange, CA, LLC Member, warehouse lines | | Held by #2, p 14 | |
| 5. Town & Country Title Services, Inc., Orange, CA, Trustee services | | Held by #2 above | |
| 6. Ameriquest Funding XI, LLC (Formerly Orange, CA, Ameriq. Mortgage Re/Part), LLC Member, warehouse lines Not Active?? | | Held by #2, p 14 | |
| 7. Ameriquest Mortgage Insurance Services Corporation - Orange, CA, Insurance brokerage | | Held by #2 above | |
| 8. Savings Path, Inc., Orange, CA, Loan lead generation | | Held by #2, p 14 | |
| 9. ADS Solutions, Inc., Orange, CA, Data services | | Held by #2 above | |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

Page Number 14

## SCHEDULE A continued
(Use only if needed)

**Block A — Assets and Income**

_Value and income not readily ascertainable for all assets listed below._

**Block C — Income: type and amount:** If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| # | Assets and Income (Block A) | Other Income (Specify Type & Actual Amount) |
|---|---|---|
| 1 | Park Place Capital, LLC, Orange, CA — Mortgage Banking | Held by #2, p 13 |
| 2 | Ameriquest Mortgage Company, Orange, CA — Mortgage Lender | Held by #5, p 7 |
| 3 | Ameriquest Funding II REO Subsidiary, LLC – Orange, CA — LLC Member, warehouse lines | Held by #1, p 13 |
| 4 | Long Beach Equities, Inc., Orange, CA — Real estate development | Held by #2 above |
| 5 | AMC Financial, Inc., Orange, CA — Financial consulting | Held by #2 above |
| 6 | Ameriquest Funding VI, LLC, Orange, CA — LLC Member, warehouse lines | Held by #2 above |
| 7 | Ameriquest Mortgage Securities, Inc., Orange, CA — Shelf Registration | Held by #2 above |
| 8 | Ameriquest Employee Services Corporation - Orange, CA — Personnel services | Held by #2 above |
| 9 | Ameriquest Funding Company, Inc., Orange, CA — Financial consulting | Held by #2 above |

Valuation of Assets at close of reporting period (Block B) column headings: None (or less than $1,001); $1,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $250,000; $250,001 - $500,000; $500,001 - $1,000,000; Over $1,000,000; $1,000,001 - $5,000,000; $5,000,001 - $25,000,000; $25,000,001 - $50,000,000; Over $50,000,000

Type column headings: Excepted Investment Fund; Excepted Trust; Qualified Trust; Dividends; Rent and Royalties; Interest; Capital Gains

Amount column headings: None (or less than $201); $201 - $1,000; $1,001 - $2,500; $2,501 - $5,000; $5,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $1,000,000; Over $1,000,000*; $1,000,001 - $5,000,000; Over $5,000,000

Date (Mo., Day, Yr.) Only if Honoraria

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ...

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Reporting Individual's Name:** Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number 15

**Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| # | BLOCK A — Assets and Income | BLOCK B — Valuation of Assets at close of reporting period | BLOCK C — Amount | BLOCK C — Other Income (Specify Type & Actual Amount) |
|---|---|---|---|---|
| 1 | Tagline Pictures, LLC, Los Angeles, CA — Film and television production | X ($250,001–$500,000) | X (None or less than $201) | 20% interest held by #4, p 8 |
| 2 | Ameriquest Securities, LLC, Orange, CA — LLC Member, third party securitizations | | | Held by #2, p 14 |
| 3 | Argent Mortgage Company, Orange, CA — Holds name in California | | | Held by #2, p 14 |
| 4 | Argent Capital Corporation, Orange, CA — Holds name in California | | | Held by #2, p 14 |
| 5 | Argent Capital Holdings Corporation, Orange, CA — Holds name in Delaware | | | Held by #2, p 14 |
| 6 | TOWZYQ, LLC, Orange, CA — LLC Member, holds domain names | | | Held by #2, p 14 |
| 7 | Turnberry Property, LLC, Orange, CA — Residential real property in Florida — LLC Member, real estate | X ($250,001–$500,000) | X (None or less than $201) | |
| 8 | Boardwalk Mortgage Securities, Inc., Orange, CA — Shelf registration | | | Held by #2, p 14 |
| 9 | Boardwalk Mortgage Securities, LLC, Orange, CA — Shelf registration | | | Held by #2, p 14 |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ

Prior Editions Cannot be Used.

SF 278 (rev. 09/2002)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**SCHEDULE A continued**
(Use only if needed)

Page Number 16

Reporting Individual's Name: Roland E. Arnall

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| Assets and Income | Valuation of Assets | Income Type | Income Amount |
|---|---|---|---|
| JP Morgan California Tax Free Money Market Morgan Share Class Sweep Fund (BH) | $250,001 – $500,000 | Excepted Investment Fund | $1,001 – $2,500 |
| JP Morgan Tax Free Money Market Fund Institutional Share Class (Fund 840) | Over $1,000,000 | Excepted Investment Fund | $15,001 – $50,000 |
| JP Morgan California Tax Free Money Market Morgan Share Class Sweep Fund (BH) | $250,001 – $500,000 | Excepted Investment Fund | $2,501 – $5,000 |
| JP Morgan Tax Free Money Market Fund Institutional Share Class (Fund 840) | $5,000,001 – $25,000,000 | Excepted Investment Fund | $50,001 – $100,000 |
| Wisconsin Health & Education Facilities Auth Rev Bonds Ser 1999 | $100,001 – $250,000 | Interest | $2,501 – $5,000 |
| Wechler Retirement Services Pro. | $15,001 – $50,000 | Interest | $2,501 – $5,000 |
| Waveland Economic Development Corporation Central Maryland | $100,001 – $250,000 | Interest | $2,501 – $5,000 |
| Charter of the American Red Cross | $100,001 – $250,000 | Interest | $2,501 – $5,000 |
| Philadelphia Auth for Industrial Dev, PA | | Interest | $2,501 – $5,000 |
| Undivided Int. in Demand Bond American National Red Cross Proj Ser B 1994 | | | |
| Montgomery County MD Economic Dev. Rev American Red Cross Facility | | Interest | $1,001 – $2,500 |
| Undivided Interest in Demand Bond | | | |
| Wisconsin Health & Education Facilities Auth St Norbert College Inc Proj Series 1995 | | Interest | $1,001 – $2,500 |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

** Prior Editions Cannot be Used

SF278 (Rev. 04/2004)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name
Roland E. Arnall

Page Number 17

# SCHEDULE A continued
### (Use only if needed)

**BLOCK A — Assets and Income**

Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| Assets and Income | Valuation of Assets (BLOCK B) | Type (BLOCK C) |
|---|---|---|
| None ☐ | | |
| Tompkins County NY Industrial Dev. Agency Cayuga Medical Center Project Series 2008 Demand Notes | Over $1,000,000 | Interest |
| State of Illinois State Scholarship Commission Undivided Interest in Demand Notes £A1 B9 / &D01 | $15,001 – $50,000 | Interest |
| Humboldt County CA CTFS Animal Control Facilities Project Undivided Interest in Demand Notes | $50,001 – $100,000 | Interest |
| Wisconsin Health & Ed Facilities Auth Beloit College Series 1900 | $1,001 – $15,000 | Interest |
| Wisconsin Health & Educational Facilities Auth Carroll College Series 1967 | $2,501 – $5,000 | Interest |
| City of Los Angeles Calif Water & Power Rev Power SYS Var Rate DTD 8/2/2002 | $500,001 – $1,000,000 | Interest |
| Grant Calif Jt Un High Sch Dist CTFS Sch Fac Bridge FDG 2005 Var Rate Dec 1 2008 DTD 11/3/2005 | $50,000,001 – $25,000,000 | Interest |
| New York City Industrial Development Agency NY Special Facility Rev Adj Rate Ser 921 May 1 2015 | $1,001 – $15,000 | Interest |
| Santa Clara Valley Cal Water District CTFS of Partn 2 1/2% Feb 1 2005 DTD 1/23/2004 | $1,001 – $15,000 | Interest |

This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used

SF278 (Rev. 03/2003)
5 CFR Part 2634

U.S. Office of Government Ethics
Reporting Individual's Name

Roland E. Arnall

# SCHEDULE A continued
(Use only if needed)

Page Number 18

| Assets and Income — BLOCK A | Valuation of Assets at close of reporting period — BLOCK B | | | | | | | | | | | Income — BLOCK C | | | | | | | | | | | | |

*Income type and amount. If "None" (or less than $201)" is checked, no other entry is needed in Block C for that item.*

None [ ]

- State of California School Impt Unlimited Tax Fixeding Adj rate C-2 Mav 1 2035 DTD 4/15/03
- Alameda Contra Costa CA Transt District Rev Antic Notes 3% July 7 2005 DTC 7/8/04
- LA Dept Wtr & Environmental fund Rev Kansas Pwr & Light Co 2 1/2% Mar 1 2015 DTD 9/1/94
- City of Oakland Calif Recreational Facilities Invits Floaters Ser 756 Unlimited Tax Var Rate DTD 12/1/2002
- CA State Gen Purp P Flood Var Rate Sep 2 2011 DTD TD 1/3/04
- Puttable Fltg Opt Tax-Exempt RCPFTS Reg Floats Mods A AFT-39 Dec 1 2013 DTD 3/7/2002
- State of CA Muni Secs Trust Rcpts Rev Ser SGA 119 Var Rate Sav, 2028 DTD 2/6/01
- Puttable Fltg Opt Tax Exempt Rcpts Reg Wklys-P Floats PF-T 34 Vbl Rate Dec 1 2029 DTD 7/19/01
- State of CA Schizd Inms Savi Ans Adj Rate D-4 Mav 1 2033 DTD 4/15/03

*This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.*

**Prior Editions Cannot Be Used**

SF278 (Rev. 03/2004)
U.S. Office of Government Ethics
5 CFR Part 2634

Reporting Individual's Name

Roland E. Arnall

# SCHEDULE A continued

(Use only if needed)

Page Number

19

Income: type and amount. If "None" (or less than $201)" is checked, no other entry is needed in Block C for that item.

| | BLOCK A<br>Assets and Income | | BLOCK B<br>Valuation of Assets<br>at close of<br>reporting period | | | | | | | | | | | | BLOCK C | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | None (or less than $1,001) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000 | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,000 - $50,000,000 | Over $50,000,000 | Type | None (or less than $201) | Dividends | Rent and Royalties | Interest | Capital Gains | Excepted Trust | Excepted Investment Fund | $201 - $1,000 | $1,001 - $2,500 | $2,501 - $5,000 | $5,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $1,000,000 | Over $1,000,000 | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | Over $25,000,000 | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |

1. ✓ World Wide Leasing Inc Develop Auth., Hsg Facs. Rev Ans Santara Rise Illinois Ser B Var Rate DTD 5/11/04

2. ✓ Metropolitan Water Dist SO Calif Waterworks Rev 5% C July 1 2027

3. ✓ Federal Home Loan Bank 4-7.5% May 15 '00?

4. ✓ IL Devel Finance Auth Pollution Control Rev Pe Com Edison Co 4.40% 5 Dec 1 2 365 DTD 6/28 1995 Federal Home Loan Bank Cons 3-1/2% May 15, 2007

5. ✓ Regional Trans Dist SO CLRADD Ctfs of Part A 2.3% A Dec 1 2022 DTD 2/10/2004 (Municipal Bond) State of CA Econ Recovery 3% 5 Jul 1 2023 DTD 5/13/04

6. ✓ Colton CA Public Financing Auth Rev Tax Alloc 4.40% A Aug 1 2037 DTD 4/14/98

7. * LA/US County Colleg Dist Taxable Election 2001 Unlimited Tax 3.1?% A Aug 12007 DTD 10/12/04

---

Note: ☐

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children, or jointly held by the filer with the spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

† Prior Editions Cannot Be Used

SF 278 (Rev. 01/2001)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

Page Number: 20

# SCHEDULE A continued
(Use only if needed)

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income: type and amount. If "None" (or less than $201)" is checked, no other entry is needed in Block C for that item.**

| # | Assets and Income (Block A) | Block B – Valuation | Block C – Type | Block C – Amount |
|---|------------------------------|---------------------|----------------|------------------|
| A1 | City of Underwood N D Pollution Control Rev Savis Coop Pwr Assn Proj Limited Tax Var Rate A DTD 12/8/92 | $250,001 – $500,000 | Interest | $15,001 – $50,000 (X) |
| A2 | Rio Horda CA Community College Dist Unlimited Tax 5% A Aug 1 2008 DTD 6/3/04 | $1,000,001 – $5,000,000 (X) | Interest | $15,001 – $50,000 |
| A3 | San Juan Unified School Dist CA Unlimited Tax 5 1/8% Aug 1 2008 DTD 8/2/01 | $1,000,001 – $5,000,000 (X) | Interest | $50,001 – $100,000 |
| A4 | San Rafael Elem School Dist CA Election of 2002 Unlimited Tax 5% B Aug 1 2008 DTD 8/1/04 | $250,001 – $500,000 | Interest | $15,001 – $50,000 (X) |
| A5 | San Diego County CA Pension Oblig Taxable 5.88% A Aug 15 2008 DTD 12/3/02 | $500,001 – $1,000,000 (X) | Interest | $15,001 – $50,000 (X) |
| A6 | Fed Home Loan Bank 3 5/8% Nov 14 2008 DTD 10/27/03 | $1,000,001 – $5,000,000 (X) | Interest | $15,001 – $50,000 (X) |
| 7 | Los Angeles CA Community Coll Dist Taxable Election 2001 3.17% Aug 1 2007 | $100,001 – $250,000 (X) | Interest | None (or less than $201) (X) |
| | USA Notes 2-3/4% Aug 15 2007 | $50,001 – $100,000 (X) | Interest | $201 – $1,000 (X) |
| A8 | Federal Home Loan Bank 3% Apr 15 2009 DTD 3/10/04 | $1,000,001 – $5,000,000 (X) | Interest | $15,001 – $50,000 (X) |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

Page Number 21

# SCHEDULE A (continued)
(Use only if needed)

BLOCK A — Assets and Income

BLOCK B — Valuation of Assets at close of reporting period

Type — Interest, Dividends, Real and Royalties, Excepted Investment Fund, Excepted Trust, Qualified Trust, Capital Gains

BLOCK C — Income type and amount. If "None" (or less than $201)" is checked, no other entry is needed in Block C for that item. / Other Income (Specify Type & Actual Amount) / Date (Mo., Day, Yr.) Only if Honoraria

| # | Assets and Income (Block A) | Valuation (Block B) | Type | Income Amount (Block C) |
|---|------|------|------|------|
| 1 | University of CA Revs Gen 5% A May 15 2009 DTD 9/8/03 | $500,001 – $1,000,000 | Interest (X) | $50,001 – $100,000 |
| 2 | Fed Home Loan Bank 3-3/8% Sept 14 2007 DTD 7/27/04 | | Interest (X) | |
| 3 | CA Infrastructure & Econ Development Bank Rev 5% A Oct 1 2009 DTD 9/18/04 | $500,001 – $1,000,000 | Interest (X) | $50,001 – $100,000 |
| 4 | State of Mich Hosp Fin Auth Rev Ascension Hlth Credit 6 1/8% A Nov 15 2026 DTD 11/1/99 | $500,001 – $1,000,000 | Interest (X) | $50,001 – $100,000 |
| 5 | Travis County Hlth Fac Texas Develop Corp Rev 6 1/4% A Nov 15 2018 DTD 11/1/99 | $500,001 – $1,000,000 | Interest (X) | $50,001 – $100,000 |
| 6 | Fed Home Loan Bank Cons 3 7/8% Jan 15 2010 DTD 12/28/04 | $500,001 – $1,000,000 | Interest (X) | $50,001 – $100,000 |
| 7 | State of CA Ref Unlimited Tax 5 1/4% Feb 1 2010 DTD 4/1/02 | $500,001 – $1,000,000 | Interest (X) | $50,001 – $100,000 |
| 8 | Commonwealth of Puerto Rico Public Housing Auth GTE Pub Ed & Hlth Fac Ref 5 3/4% M DTD 6/1/93 | | Interest (X) | |
| 9 | New Haven Unified School Dist Ca Ref Unlimited Tax 12% Aug 1 2010 DTD 9/1/02 | $500,001 – $1,000,000 | Interest (X) | $50,001 – $100,000 |

This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2000)
5 CFR Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name

Roland E. Arnall

# SCHEDULE A (continued)
(Use only if needed)

Page Number 22

Income: type and amount. If "None," or less than $201)" is checked, no entry is needed in Block C or D on this item.

| Assets and Income — BLOCK A | Valuation of Assets at close of reporting period — BLOCK B | Income — Type | Income — Amount | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|---|---|

| # | Assets and Income | Valuation / Income |
|---|---|---|
| | None | |
| 1 | El Dorado Irrigation District Calif CTFS of Partn Mar 1 2008 DTD 9/15/2004 | |
| 2 | JP Morgan Tax Aware Real Return Fund Select Share Class (Fund 992) | |
| 3 | JP Morgan Tax Free Money Market Fund Institutional Share Class (Fund 840) | |
| 4 | San Juan Unified School Dist CA Unlimited Tax 5 1/8% Aug 1 2008 DTD 8/22/2001 | |
| 5 | Commonwealth of Puerto Rico Ref United Tax 5% Jul 1 2028 | |
| 6 | Federal Farm Credit Bank 3-3/8% Jul 15 2008 | |
| 7 | San Diego CA CTFS Undividentif Vth Util Fund 5-3/8% Aug 1 2020 DTD 8/17/1993 | |
| 8 | San Rafael Elementary School Dist Unlimited Tax 5% Aug 1 2008 DTD 8/1/2004 | |
| 9 | Calif State Dept Water Resource Power Supply Rev 5-1/2% May 1 2009 DTD 11/1/2002 | |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer jointly held by the filer with the spouse or dependent children, mark the other higher categ.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 CFR Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

Page Number 23

## SCHEDULE A continued
### (Use only if needed)

**BLOCK A — Assets and Income**

| # | Asset |
|---|-------|
| 1 | Commonwealth of Puerto Rico Unlimited Tax 5 3/4% Jul 1 2008 DTD 3/15/98 |
| 2 | Cuyahoga County OH-Hospital Revenue Bonds Series 2001 University Hosp Hlth Sys DTD 11/13/01 |
| 3 | Humboldt County CA CTFS of Partn Animal Control Facilities Project Undivided Int in Demand Notes |
| 4 | Roseville CA Electric Sys Rev Adj Rate CTFS of Partn Feb 1 2024 DTD 12/18/02 |
| 5 | NY City Industrial Devel Agency NY Special Facility Rev Adj Rate Ser 921 May 1 2029 DTC 4/15/04 |
| 6 | CA Ed Facs Auth Univ of SF Variable 5/1/33 DTD 5/28/03 |
| 7 | LA Cygne Kans Environ Impt Rev Ref Kansas City Pwr & Light Co 2 1/4% Mar 1 2018 DTD 9/1/04 |
| 8 | Puttable Flg Opt Tax Exempt Rcpts Reg Floats Mode A Aa1-38 Dec 1 2018 DTD 3/7/02 |
| 9 | State of CA Economic Recovery Unltd Tax 5% A Jul 1 2009 DTD 5/11/2004 |

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income type and amount.** If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

Underlying securities listed on pg 36, #1-4

** This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ

Print Editions Cannot be Used.

SF 278 (Rev. 03/2007)
5 CFR Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name

Roland E. Arnall

# SCHEDULE A continued
(Use only if needed)

Page Number 24

## BLOCK A — Assets and Income

| Assets and Income | Valuation of Assets at close of reporting period (BLOCK B) | Type (BLOCK C) | Amount |
|---|---|---|---|
| None | | | |
| 1. LA County Cap Asset Leasing Corp CA Lease Rev JAC-Cal Enqip Prog 4% June 1 2008. DTD 8/17/04 | $50,001 - $100,000 | Interest x | $201 - $1,000 |
| 2. Fed Home Loan Bank 2 7/8% Sep 15 2006 DTD 9/8/03 | $50,001 - $100,000 | Interest x | $201 - $1,000 |
| 3. Metro Water Dist Southern CA Waterworks Rev 5% C Jul 1 2027 DTD 12/1/96 | $15,001 - $50,000 | Interest x | $201 - $1,000 |
| 4. State of CA Econ Recovery 5% B Jul 1 2023 DTD 5/11/04 | $50,001 - $100,000 | Interest x | $201 - $1,000 |
| 5. LA CA Cmnty College Dist Taxable Election 2001 Unlimited Tax 3.17% A Aug 1 2027 DTD 10/12/04 | $50,001 - $100,000 | Interest x | $201 - $1,000 |
| 6. Vermont Educational and Health Bldgs Finance Agency 3.86% Aug 1 2017 DTD 7/23/2004 | $15,001 - $50,000 | Interest x | None (or less than $201) |
| 7. Fed Farm Credit Banks Systemwide 2 5/8% Sep 17 2007 DTD 3/1/04 | $50,001 - $100,000 | Interest x | $201 - $1,000 |
| 8. New Jersey Transit Corp Capital Grant Antic Notes 5 1/2% B Feb 1 2008 DTD 11/1/30 | $100,001 - $250,000 | Interest x | $1,001 - $2,500 |
| 9. Los Angeles CA Public Imps Unltd Tax 4% Sep 1 2009 | $100,001 - $250,000 | Interest x | $201 - $1,000 |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ.

Prior Editions Cannot Be Used

SF 278 (Rev. 03/2003)
5 CFR Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name

Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number 25

**BLOCK A — Assets and Income**

| No. | Asset name |
|-----|------------|
| V¹ | Indiana Hlth Facils Fing Auth Rev Ascension Hlth Sva Credit 5% A May 1 2008 DTD 2/29/05 |
| V² | CA State ECor Recovery Cash Flow Mgmt Unlimited Tax 5% A Jul 1 2006 DTD 5/11/04 |
| V³ | CA State Univ Rev & Colleges HSG Sys 5-7/8% AY Nov 1 1203C DTD 12/1/1998 |
| V⁴ | Commonwealth of Puerto Rico Ref Unlimited Tax 5% Jul 1 2028 DTD 5/6/03 |
| V⁵ | State of PR Hosp Fin Auth Rev Ascension Hlth Credit 6-1/8% Nov 15 2026 DTD 11-14-1998 |
| V⁶ | Antelope Valley Joint High School Dist CA Election 2002 4 1/2% 1B Aug 1 2028 DTC 11/30/04 |
| V⁷ | Rio Hondo CA Comm College Dist Unlimited Tax 5% A Aug 1 2009 DTC 6/3/04 |
| V⁸ | San Juan Unified School Dist CA Unlimited Tax 5 1/8% Aug 1 2008 DTC 8/22/01 |
| V⁹ | San Rafael Elem School Dist CA Dist E edition of 2002 Unlimited Tax 5% B Aug 1 2008 DTD 8/1/04 |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If an asset/income is held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 CFR Part 2634
U.S. Office of Government Ethics

**Reporting Individual's Name:** Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number: 26

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income: type and amount.** If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| # | Assets and Income | Type | Amount |
|---|-------------------|------|--------|
| 1 | Vallejo City CA Unified Sch Dist Unlimited Tax 9 3/4% Aug 1 2008 DTD 10/14/04 | Interest | $15,001 – $50,000 |
| 2 | City of Visalia C FS of Parth Ref 5% Dec 1 2009 DTD 5/12/2005 | Interest | $2,501 – $5,000 |
| 3 | State of CA Ref Unltd Tax 5-1/4% Feb 1 2010 | Interest | $15,001 – $50,000 |
| 4 | CA Infrastructure & Economic Dev Bk Rev Energy Eff Master Trust 5% Mar 1 2010 DTD 5/11/2005 | Interest | $2,501 – $5,000 |
| 5 | University of CA Revs Gen 5% A May 15 2009 DTD 9/9/03 | Interest | $15,001 – $50,000 |
| 6 | LA County CA Met Trans Auth Sales Tax Rev Ref Prop A 1st Tier SR 5% C July 1 2009 DTD 5/1/99 | Interest | |
| 7 | Chaffey Union HS Dist 5-1/2% B Aug 1 2018 | Interest | |
| 8 | State of CA Econ Recovery Unlimited Tax 5% A Jul 1 2009 DTD 5/11/04 | Interest | $2,501 – $5,000 |
| 9 | Conejo Valley CA Unified School Dist Ref Unlimited Tax 5 3/4% Aug 1 2009 DTD 11/2/00 | Interest | $2,501 – $5,000 / $15,001 – $50,000 |

None ☐

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2000)
5 CFR Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

## SCHEDULE A (continued)
(Use only if needed)

Page Number 27

BLOCK A — Assets and Income

BLOCK B — Valuation of Assets at close of reporting period

BLOCK C — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for this item.

Income Type: Interest, Rent and Royalties, Dividends, Excepted Trust, Excepted Investment Fund, Capital Gains, Other

None [ ]

| # | Assets and Income | Valuation (Block B) | Income Type | Income Amount |
|---|-------------------|---------------------|-------------|---------------|
| 1 | Peralta CA Comm College Dist Fed Taxable 4.94% A Aug. 1 2010 DTD 12/28/2005 | $500,001 – $1,000,000 | Interest | $5,001 – $15,000 |
| 2 | Vermont Ed and Hlth Bldgs Finance Agency Adjustable Fixext Rate Nts First Reset 5/1/09 Putney School Project | $15,001 – $50,000 | Interest | $1,001 – $2,500 |
| 3 | LA CA Public Imps Unlimited Tax 4% A Sep 1 2003 DTD 8/1/2004 | $100,001 – $250,000 | Interest | $2,501 – $5,000 |
| 4 | CA Infrastructure & Economic Develop Bank Rev 5% A Oct 1 2009 DTD 6/18/04 | $50,001 – $100,000 | Interest | $5,001 – $15,000 |
| 5 | State of Mich Hosp Fin Auth Rev Ascension Hlth Credit 6 1/8% A Nov 15 2026 DTD 11/1/99 | $100,001 – $250,000 | Interest | $5,001 – $15,000 |
| 6 | Travis County Hlth Facilities Texas Development Corp Rev 6 1/4% A Nev 15 2018 DTD 11/1/99 | $500,001 – $1,000,000 | Interest | $5,001 – $15,000 |
| 7 | Fed Home Loan Bank Cons 3 7/8% Jan 15 2010 DTD 12/9/04 | $250,001 – $500,000 | Interest | $5,001 – $15,000 |
| 8 | State of CA Ref Unlimited Tax 5 1/4% Feb 1 2010 DTD 4/1/02 | $250,001 – $500,000 | Interest | $5,001 – $15,000 |
| 9 | New Haven Unified School Dist Calif Ref Unlimited Tax 12% Aug 1 2010 DTD 9/1/02 | $15,001 – $50,000 | Interest | $2,501 – $5,000 |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF-278 (Rev. 03/2005)
5 CFR Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

# SCHEDULE A continued
(Use only if needed)

Page Number 28

**BLOCK A — Assets and Income**

| # | Assets and Income |
|---|---|
| 1 | Pleasanton Unified School Dist Calif 5% Aug 1 2011 DTD 9/30/04 |
| 2 | Tamalpais Unified High School Dist CA Election 2001 Unlimited Tax 5 1/2% Aug 1 2011 DTD 6/3/04 |
| 3 | Los Angeles CA CTFS Partn 5% Dec 1 2010 DTD 5/7/2005 |
| 4 | JP Morgan Money Market Fund Institutional Share Class (Fund 836) |
| 5 | Humboldt County CA CTFS of Partn Animal Control Facilities Project Undivided Int in Demand Notes |
| 6 | LA Cygne Kans Environmental Impt Rev Ref Kansas City Pwr & Light Co 2 1/4% DTD 08/01/2004 |
| 7 | LA County Cap Asset Leasing Corp CA Lease Rev LAC-CAL Equip Prog 4% June 1 2006 DTD 8/17/04 |
| 8 | Fed Home Loan Bank 2 7/8% Sept 15, 2006 DTD 9/8/2003 |
| 9 | Metro Water Dist So Cal Waterworks Rev 5% C Jul 1 2027 DTD 12/1/96 |

Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ.

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name
Roland E. Arnall

**SCHEDULE A continued**
(Use only if needed)

Page Number 29

Income: type and amount. If "None" or less than $201" is checked, no other entry is needed in Block C for that item.

| | Assets and Income — BLOCK A | None | Valuation of Assets at close of reporting period — BLOCK B | | | | | | | | | | | | | | | | | | | | | BLOCK C Income Type | | | | | | | Amount | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | None (or less than $1,001) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000 * | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 | Excepted Investment Fund | Excepted Trust | Qualified Trust | Dividends | Rent and Royalties | Interest | Capital Gains | None (or less than $201) | $201 - $1,000 | $1,001 - $2,500 | $2,501 - $5,000 | $5,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $1,000,000 | $1,000,001 - $5,000,000 | Over $1,000,000 | $1,000,001 - $5,000,000 | $5,000,001 - $5,000,000 | Over $5,000,000 | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) | Only if Honoraria |
| 1 | LA CA Community College Dist Taxable Election 2001 Unlimited Tax 3.17% A Aug 1 2007 DTD 10/12/04 | √ | X | | | | | | | | | | | | | | | | | X | | | √ | | | | | | | | | | | | | |
| 2 | State of CA Economic Recovery 5-1/4% Jan 1 2011 DTD 5/11/2004 | √ | | X | | | | | | | | | | | | | | | | X | | | | | | X | | | | | | | | | | |
| 3 | Fed Farm Credit Bank Systemwide 2.5/8% Sep 17 2007 DTD 3/10/04 | √ | | X | | | | | | | | | | | | | | | | X | | | | | X | | | | | | | | | | | |
| 4 | CA State Dept Water Res Pwr Supply Rev 5-1/2% May 1 2016 DTD 11/1/2002 | √ | | | X | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | |
| 5 | State of CA Economic Recovery 5% A Jul 1 2012 DTD 5/11/2004 | √ | | | X | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | |
| 6 | Commonwealth of Puerto Rico Ref Unlimited Tax 5% Jul 1 2028 DTD 5/6/03 | √ | | X | | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | |
| 7 | San Juan Unified Sch Dist CA Unlimited Tax 5 1/8% Aug 1 2008 DTD 8/2/01 | √ | | X | | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | |
| 8 | No Orange Co CA Comm Coll Dist Unltd Tax 5% Feb 1 2027 DTD 6/5/2002 | √ | | | X | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | |
| 9 | LA Unified Sch Dist CA Election 2004 Unlimited Tax 5% A Jul 1 2009 DTD 9/23/04 | √ | | X | | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | | | | |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ.

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2006)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name

Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number: 30

**BLOCK A — Assets and Income.**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.**

None ☐

| BLOCK A — Assets and Income | BLOCK B | BLOCK C (Type) | (Amount) |
|---|---|---|---|
| State of CA Economic Recovery Unlimited Tax 5% A Jul 1 2009 DTD 8/11/04 | $15,001–$50,000 | Interest | $2,501–$5,000 |
| Vermont Ed and Hlth Bldg Finance Agency Adjustable Fixed Rate NTS First Reset 8/1/09 Putney School Proj | $1,001–$15,000 | Interest | None (or less than $201) |
| LA CA Public Imps Unlimited Tax 4% A Sep 1 2009 DTD 8/10/04 | $15,001–$50,000 | Interest | $2,501–$5,000 |
| CA Infrastructure & Econ Develop Bank Rev 5% A Oct 1 2009 DTD 8/10/04 | $15,001–$50,000 | Interest | $2,501–$5,000 |
| State of Merl Hosp Fin Auth Rev Ascension Hlth Credit 6 1/8% A Nov 15 2026 DTD 11/1/99 | $1,001–$15,000 | Interest | $2,501–$5,000 |
| State of CA Ref Unlimited Tax 5 1/4% Feb 1 2010 DTD 4/1/02 | $1,001–$15,000 | Interest | $2,501–$5,000 |
| New Haven Unified School Dist Cal Ref Unlimited Tax 1/2%, Aug 1 2010 DTD 9/1/02 | $1,001–$15,000 | Interest | $2,501–$5,000 |
| Palo Alto CA Unified Sch Dist Ref Unltd Tax 5% Aug 1 2012 DTD 4/20/2005 | $500,001–$1,000,000 | Interest | $15,001–$50,000 |
| Cuyahoga Co OH Hospital Rev Bond Series 2001 DTD 11/30/2001 | $1,001–$15,000 | Interest | $1,001–$2,500 |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Print Editions Cannot be Used.

SF 278 (Rev. 02/2000)
5 C F R Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name

Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number 31

**Valuation of Assets** at close of reporting period — BLOCK B

**Income:** type and amount. If "None" (or less than $201)" is checked, no other entry is needed in Block C for that item. — BLOCK C

| # | Assets and Income — BLOCK A | Valuation (BLOCK B) | Type | Amount |
|---|---|---|---|---|
| | None ☐ | | | |
| 1 | JP Morgan California Tax Free Money Market Morgan Share Class Sweep Fund (99) | $250,001 – $500,000 | Excepted Investment Fund | $2,501 – $5,000 |
| 2 | CNI CA TX Exempt Money Market CI A | $1,001 – $15,000 | Excepted Investment Fund | $2,501 – $5,000 |
| 3 | ML Bank Deposit Program | $50,001 – $100,000 | Excepted Investment Fund | $1,001 – $2,500 |
| 4 | Shares of Enel Societa Par AZN (EN) | $500,001 – $1,000,000 | Dividends | $2,501 – $5,000 |
| 5 | Shares of Compargnie Financier Richmont (RCHMY.PK) | $100,001 – $250,000 | Dividends | None (or less than $201) |
| 6 | Shares of Roche Hldg Ltd SPN (RHHBY.PK) | $250,001 – $500,000 | Dividends | None (or less than $201) |
| 7 | Lazard International Equity Select | $500,001 – $1,000,000 | | $1,001 – $2,500 |
| 8 | CNI Govt Money Market CI A | $1,001 – $15,000 | Dividends | $2,501 – $5,000 |
| 9 | Humboldt Co CA CTFS of Farth Animal Control Facilities Project June 1 2035 | $50,001 – $100,000 | Dividends | $15,001 – $50,000 |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the filer's spouse or dependent children, mark the other higher categ

Prior Editions Cannot be Used.

SF278 (Rev. 03/2009)
5 CFR Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name

Roland E. Arnall

Page Number 32

# SCHEDULE A continued

(Use only if needed)

**Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| BLOCK A — Assets and Income | BLOCK B — Valuation of Assets at close of reporting period | BLOCK C — Type / Amount |
|---|---|---|
| None | | |
| 1. Goldman Sachs Financial Square Money Market Fund (FST Shares) | $15,001 – $50,000 | Excepted Investment Fund; $2,501 – $5,000 |
| 2. Goldman Sachs Enhanced Income Institutional Shares | | Excepted Investment Fund; $201 – $1,000 |
| 3. Goldman Sachs High Yield Muni Mutual Fund Class 1 | | Excepted Investment Fund |
| 4. Goldman Sachs Short Duration T/F Institutional Shares | | Excepted Investment Fund |
| 5. Shares of JPMorgan Chase & Co | $5,000,001 – $25,000,000 | Dividends; $100,001 – $1,000,000 |
| 6. Shares of Bank of America Corp | $5,000,001 – $25,000,000 | Dividends; $100,001 – $1,000,000 |
| 7. ML Bank Deposit Program | $1,000,001 – $5,000,000 | Dividends; $15,001 – $50,000 |
| 8. Long Beach Acceptance Corp. Orange, CA; Automobile Financing | $15,001 – $50,000 | Over $5,000,000 |
| 9. Long Beach Acceptance Receivables Corp II – Orange, CA; Third party securitizations | $1,001 – $15,000 | Excepted Investment Fund; None (or less than $201) |

Held by #5, pg 7

Held by #8 above

Value and income not easily ascertainable.

* This category applies only to that of the filer's spouse or dependent children. If the asset/income is solely that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 CFR Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name: Roland E. Arnall

# SCHEDULE A continued
(Use only if needed)

Page Number 33

**BLOCK A — Assets and Income**

**BLOCK B — Valuation of Assets at close of reporting period**

**BLOCK C — Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| # | BLOCK A — Assets and Income | Block B (Value) | Block C — Type | Block C — Amount |
|---|------|------|------|------|
| | None | | | |
| 1 | Los Angeles Unified School District Calif Election 2004 Unlimited Tax 5% A Jul 1 2009 DTD 9/23/04 | $250,001 – $500,000 | Interest | $5,001 – $15,000 |
| 2 | JP Morgan Federal Money Market Fund Instit Shares Class Fund (840) | $25,000,001 – $50,000,000 | Dividends | $100,001 – $1,000,000* |
| 3 | Shares of Medtronic Inc | $1,000,001 – $5,000,000 | Dividends | $15,001 – $50,000 |
| 4 | Shares of NY Mtg Tr Inc (NTR) | $1,000,001 – $5,000,000 | Dividends | $50,001 – $100,000 |
| 5 | Long Beach Acceptance Receivables Corp. – Orange, CA Residuals | Value and income not easily uncertainable. | | |
| 7 | Shares of Sandisk Corp Inc | $25,000,001 – $50,000,000 | Dividends | None (or less than $201) |
| 8 | Shares of Wells Fargo & Co New Del | | Dividends | Held by #8, page 32 income reported there |
| 9 | State of CA General Oblig Floating Adj Rate May 1 2033 | $250,001 – $500,000 | Interest | $15,001 – $50,000 |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children mark the other higher categ.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 CFR Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

## SCHEDULE A continued
(Use only if needed)

Page Number 34

Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| BLOCK A — Assets and Income | BLOCK B — Valuation of Assets at close of reporting period | | | | | | | | | | | | BLOCK C — Type | | | | | | | | Amount | | | | | | | | | | | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | None (or less than $1,001) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000 * | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 | None (or less than $201) | Tax-Deferred | Dividends | Rent and Royalties | Interest | Capital Gains | Excepted Investment Fund | Excepted Trust | Qualified Trust | None (or less than $201) | $201 - $1,000 | $1,001 - $2,500 | $2,501 - $5,000 | $5,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $1,000,000 | Over $1,000,000* | $1,000,001 - $5,000,000 | Over $5,000,000 | |
| ☐ None | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1  State of Israel Bonds | | | | | | | X | | | | | | | | | | X | | | | | | | | | | X | | | | | |
| 2  Bank of America Checking Account | | X | | | | | | | | | | | | | | | X | | | | | | | | | X | | | | | | |
| 3  City National Bank Checking Account Arnall Trust | X | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | | |
| 4  City National Bank Checking Account Arnall Trust | | | | X | | | | | | | | | | | | | | | | | | X | | | | | | | | | | |
| 5  City National Bank Money Market Savings Account Arnall Trust | | | X | | | | | | | | | | | | | | X | | | | | | X | | | | | | | | | |
| 6  Washington Mutual Bank Checking Account Arnall Trust | | | X | | | | | | | | | | | | | | X | | | | | | | X | | | | | | | | |
| 7  Putnam S&P 500 Index Fund 401(k) Investments | | | | | X | | | | | | | | | | | | | | X | | | | | | | X | | | | | | |
| 8  Putnam Money Market Fund 401(k) Investments | | X | | | | | | | | | | | | | | | | | X | | | | X | | | | | | | | | |
| 9  Riverside Co CA CTPS of Parin Acres Dec 1 2015 | | | | | | | X | | | | | | | | | | X | | | | | | | | | X | | | | | | |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Reporting Individual's Name:** Roland E. Arnall

**Page Number:** 35

# SCHEDULE A continued
(Use only if needed)

**Income:** type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| BLOCK A — Assets and Income | BLOCK B — Valuation of Assets at close of reporting period | BLOCK C — Type / Amount | Other Income (Specify Type & Actual Amount) |
|---|---|---|---|
| **None** ☐ | | | |
| 1 Age Care Investments, Ltd / Ontario, Canada / Loan to Company (Health Care) | $5,000,001 - $25,000,000 | | Held by item 6 page 2 |
| 2 1548735 Ontario Ltd. / Ontario, Canada / Common shares (Electronics) | $100,001 - $250,000 | | income reported there page 2 |
| 3 Age Care Investments, Ltd / Ontario, Canada / Common share warrants (Health Care) | $1,000,001 - $5,000,000 | | Held by item 6 page 2 |
| 4 Bennett Environmental, Inc. / Ontario, Canada / Common shares | $250,001 - $500,000 | | income reported there page 2 |
| 5 Cinch Energy Corporation / Ontario, Canada / Common shares | $100,001 - $250,000 | | Held by item 6 page 2 |
| 6 Cinch Energy Corporation / Ontario, Canada / Common share warrants | $50,001 - $100,000 | | income reported there page 2 |
| 7 Softchoice Corporation / Ontario, Canada / Common shares | $1,000,001 - $5,000,000 | | Held by item 6 page 2 |
| 8 VSM Medtech Ltd. / Ontario, Canada / Common shares | $50,001 - $100,000 | | income reported there page 2 |
| 9 Los Angeles Comm College Dist / Taxable Elec 2001 3.17% Aug 1 2007 | $50,001 - $100,000 | Interest / $2,501 - $5,000 | |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher category.

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**SCHEDULE A continued**
(Use only if needed)

Page Number 36

Reporting Individual's Name: Roland E. Arnall

**BLOCK A** — Assets and Income

**BLOCK B** — Valuation of Assets at close of reporting period

**BLOCK C** — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.

| # | Assets and Income | Block B Value | Block C Type | Block C Amount | Other Income (Specify Type & Actual Amount) |
|---|---|---|---|---|---|
| □ None | | | | | |
| 1 | Burnsville, MN Multi-Family Housing Revenue Bonds (housing) | Value and income not easily ascertainable. | | | Held by #6, pg 18 and #8, pg 23 Income reported there |
| 2 | South Carolina State Multi-Family Housing Revenue Bonds (housing) | Value and income not easily ascertainable. | | | Held by #6, pg 18 and #8, pg 23 Income reported there |
| 3 | Duval County, FL Multi-Family Housing Revenue Bonds (housing) | Value and income not easily ascertainable. | | | Held by #6, pg 18 and #8, pg 23 Income reported there |
| 4 | Kansas City, MO Multi-Family Housing Revenue Bonds (housing) | Value and income not easily ascertainable. | | | Held by #6, pg 18 and #8, pg 23 Income reported there |
| 5 | City and Co. of San Francisco, Multi-Family Housing Revenue Bonds 1998 Issue B (housing) | Value and income not easily ascertainable. | | | Held by #8, page 18 Income reported there |
| 6 | Shalhevet School Los Angeles, CA Promissory Note | X ($250,001–$500,000) | None (or less than $201) | X ($1,001–$2,500) | |
| 7 | Conroe TX Ind School Dist Schoolhouse Bonds Series 2001B DTD 12/21/2001 | X ($50,001–$100,000) | Interest | X ($2,501–$5,000) | |
| 8 | JP Morgan Tax Aware Real Return Fund Select Share Class (Fund 992) | X ($250,001–$500,000) | Excepted Investment Fund | X ($15,001–$50,000) | |
| 9 | Long Beach Acceptance Receivables Corp III - Orange, CA Future securitizations | Value and income not easily ascertainable. | | | Held by #8, page 32 Income reported there |

* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ

Prior Editions Cannot be Used.

SF278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Reporting Individual's Name**

Roland E. Arnall

Page Number **37**

## SCHEDULE A continued
(Use only if needed)

| # | BLOCK A — Assets and Income | BLOCK B — Valuation of Assets at close of reporting period | BLOCK C — Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item. | | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.) Only if Honoraria |
|---|---|---|---|---|---|---|
| | | | Type | Amount | | |
| 1 | Hospitality Associates of Harrisburg LP — Hotel investments in PA | $100,001 - $250,000 (X) | None (or less than $201) (X) | | Held by #3, pg 5 | |
| 2 | Hospitality Associates of Lancaster LP — Hotel investments in PA | $5,000,001 - $25,000,000 (X) | None (or less than $201) (X) | | Held by #3 below | |
| 3 | Investors of LAN/STU, Inc. Ltd. Partnership Interest (hotels) | $100,001 - $250,000 (X) | None (or less than $201) (X) | | Holds #2 above | |
| 4 | MDA Investors L.P. Ltd. Partnership Interest — Loans to hotels | $5,000,001 - $25,000,000 (X) | Interest (X) | $50,001 - $100,000 (X) | | |
| 5 | Nefesh B'Nefesh Promissory Note | $100,001 - $250,000 (X) | None (or less than $201) (X) | | | |
| 6 | Happy Dance Properties, LLC — Residential real property in CA — 10% LLC membership interest | $250,001 - $500,000 (X) | None (or less than $201) (X) | | | |
| 7 | Happy Dance Properties, LLC — Promissory Note | $100,001 - $250,000 (X) | Rent and Royalties (X); None (or less than $201) (X) | $201 - $1,000 (X) | | |
| 8 | Long Beach Acceptance Receivables Corp Warehouse I - Orange, CA — Warehouse | Value and income not easily ascertainable. | | | Held by #8, page 32 — income reported there | |
| 9 | | | | | | |

☐ None

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categ...

Prior Editions Cannot be Used.

SCHEDULE A TO RESPONSES TO COMMENTS ON SF-278
OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Buy Date | Sell Date | Cost Basis | Sales Price | Gain/Loss |
|---|---|---|---|---|---|---|---|
| 34 | 4 | Shares of AXA | 01/03/2005 | 10/17/2006 | $ 53,831 | 79,325 | $ 25,494.00 |
| | 5 | Shares of Allied Irish Bks | 01/03/2005 | 10/17/2006 | $ 45,833 | 59,924 | $ 14,091.00 |
| | 6 | Shares of Barclays Bank | 01/03/2005 | 05/22/2006 | $ 99,561 | 99,618 | $ 57.00 |
| | 7 | Shares of BP PLC | 01/03/2005 | 10/17/2006 | $ 76,485 | 67,095 | $ (9,390.00) |
| | 8 | Shares of Cadbury Schweppes | 01/03/2005 | 10/17/2006 | $ 72,250 | 78,740 | $ 6,490.00 |
| 35 | 1 | Shares of Credit Suisse | 01/03/2005 | 3/10/06 5/22/06 | $ 66,289 | 86,779 | $ 20,490.00 |
| | 2 | Shares of Canon Inc. ADR | 01/03/2005 | 10/17/2006 | $ 66,914 | 101,962 | $ 35,048.00 |
| | 3 | Shares of Diageo PLC | 01/03/2005 | 10/17/2006 | $ 70,153 | 86,972 | $ 16,819.00 |
| | 4 | Shares of Danske BK A/S | 01/03/2005 | 1/30/06 10/17/06 | $ 43,836 | 58,849 | $ 15,013.00 |
| | 5 | Shares of ENI SPA Sponsored ADR | 01/03/2005 | 10/17/2006 | $ 68,126 | 81,780 | $ 13,654.00 |
| | 7 | Shares of GlaxoSmithKline | 01/03/2005 | 03/14/2006 | $ 86,196 | 100,463 | $ 14,267.00 |
| | 9 | Shares of Heineken NV ADR | 01/03/2005 | 03/14/2006 | $ 65,106 | 74,881 | $ 9,775.00 |
| 36 | 1 | Shares of KAO Corp | 01/03/2005 | 10/17/2006 | $ 70,904 | 77,067 | $ 6,163.00 |
| | 2 | Shares of Novartis ADR | 01/03/2005 | 03/14/2006 | $ 69,262 | 74,242 | $ 4,980.00 |
| | 3 | Shares of Nomura Holdings | 01/03/2005 | 10/17/2006 | $ 82,824 | 96,906 | $ 14,082.00 |
| | 4 | Shares of Nestle S A | 01/03/2005 | 10/17/2006 | $ 67,987 | 89,162 | $ 21,175.00 |
| | 5 | Shares of Nokia Corp | 01/03/2005 | 10/17/2006 | $ 96,163 | 118,841 | $ 22,678.00 |
| | 6 | Shares of Royal Dutch Petroleum | 01/03/2005 | 03/14/2006 | $ 65,619 | 71,550 | $ 5,931.00 |
| 37 | 8 | Shares of Societe General | 01/03/2005 | 1/24/06 11/17/06 | $ 70,883 | 101,891 | $ 31,008.00 |
| | 9 | Shares of Swiss Reins | 01/03/2005 | 10/17/2006 | $ 54,892 | 61,494 | $ 6,602.00 |
| | 1 | Shares of Siemens AG | 01/03/2005 | 10/17/2006 | $ 73,713 | 77,159 | $ 3,446.00 |
| | 2 | Shares of Schering AG | 01/03/2005 | 03/14/2006 | $ 43,031 | 57,921 | $ 14,890.00 |
| | 3 | Shares of Sao Paolo-IMI | 01/03/2005 | 10/17/2006 | $ 47,358 | 69,120 | $ 21,762.00 |
| | 4 | Shares of Sanofi Aventis | 01/03/2005 | 03/14/2006 | $ 43,782 | 49,070 | $ 5,288.00 |
| | 5 | Shares of Total SA | 01/03/2005 | 10/17/2006 | $ 66,152 | 81,383 | $ 15,231.00 |
| | 6 | Shares of Tesco PLC | 01/03/2005 | 10/17/2006 | $ 53,892 | 64,518 | $ 10,626.00 |
| | 7 | Shares of Unilever PLC | 01/03/2005 | 3/10/06 3/14/06 | $ 64,210 | 67,581 | $ 3,371.00 |
| | 8 | Shares of UBS AG | 01/03/2005 | 2/1/06 5/22/06 | $ 68,591 | 89,207 | $ 20,616.00 |

SF 278 (Rev. 01/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Do not Complete Schedule B if you are a new entrant, nominee, Vice Presidential or Presidential Candidate**

## SCHEDULE B

Reporting Individual's Name: Roland E. Arnall

Page Number: 38

### Part I: Transactions

Report any purchase, sale, or exchange by you, your spouse, or dependent children during the reporting period of any real property, stocks, bonds, commodity futures, and other securities when the amount of the transaction exceeded $1,000. Include transactions that resulted in a loss. Do not report a transaction involving property used solely as your personal residence, or a transaction solely between you, your spouse, or dependent child. Check the "Certificate of divestiture" block to indicate sales made pursuant to a certificate of divestiture from OGE.

None ☐

| Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001–$15,000 | $15,001–$50,000 | $50,001–$100,000 | $100,001–$250,000 | $250,001–$500,000 | $500,001–$1,000,000 | Over $1,000,000 | $1,000,001–$5,000,000 | $5,000,001–$25,000,000 | $25,000,001–$50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: Central Airlines Common | X | | | 2/1/99 | | X | | | | | | | | | | |
| Unilever PLC common | | X | | 3/15/06 | | | X | | | | | | | | | X |
| GlaxoSmithKline common | | X | | 3/15/06 | | | | X | | | | | | | | X |
| Heineken NV common | | X | | 3/15/06 | | | X | | | | | | | | | X |
| Novartis common | | X | | 3/17/06 | | | X | | | | | | | | | X |
| Royal Dutch Shell PLC common | | X | | 3/17/06 | | | X | | | | | | | | | X |
| Schering AG common | | X | | 3/17/06 | | | X | | | | | | | | | X |
| Sanofi Aventis common | | X | | 3/17/06 | | | X | | | | | | | | | X |
| Unilever PLC common | | X | | 3/17/06 | | | X | | | | | | | | | X |

\* This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

### Part II: Gifts, Reimbursements, and Travel Expenses

For you, your spouse and dependent children, report the source, a brief description, and the value of: (1) gifts (such as tangible items, transportation, lodging, food, or entertainment) received from one source totaling more than $260; and (2) travel-related cash reimbursements received from one source totaling more than $260. For conflicts analysis, it is helpful to indicate a basis for receipt, such as personal friend, agency approval under 5 U.S.C. § 4111 or other statutory authority, etc. For travel-related gifts and reimbursements, include travel itinerary, dates, and the nature of expenses provided. **Exclude** anything given to you by the U.S. Government; given to your agency in connection with official travel; received from relatives; received by your spouse or dependent child totally independent of their relationship to you; or provided as personal hospitality at the donor's residence. Also, for purposes of aggregating gifts to determine the total value from one source, exclude items worth $114 or less. See instructions for other exclusions.

None ☒

| Source (Name and Address) | Brief Description | Value |
|---|---|---|
| Examples: Nat'l Assn. of Rock Collectors, NY, NY | Airline ticket, hotel room & meals incident to national conference 6/15/99 (personal activity unrelated to duty) | $500 |
| Frank Jones, San Francisco, CA | Leather briefcase (personal friend) | $300 |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

**Do not Complete Schedule B if you are a new entrant, nominee, or Vice Presidential or Presidential Candidate**

## SCHEDULE B continued
(Use only if needed)

Page Number: 39

### Part I: Transactions

| | Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: | Central Airlines Common | X | X | | 2/1/99 | | | X | | | | | | | | |
| 1 | CA Statewide Community Dev Auth 7/31/07 | | X | | 7/31/06 | | | | | X | | | | | | |
| 2 | Chattanooga Hamilton Co Tenn Hosp Auth 1/8/04 | | X | | 1/30/06 | | | | | | | X | | | | |
| 3 | Fed Home Loan Bank 3 yr 11/2008 | | X | | 12/1/06 | | | | | | X | | | | | |
| 4 | Fed Home Loan Bank 9/15/06 | | X | | Various Dates | | | | X | | | | | | | |
| 5 | Fed Home Loan Bank 5/15/07 | | X | | 6/20/06 | | | | | X | | | | | | |
| 6 | LA Co Cap Asset Leasing Corp. 6/1/06 | | X | | 6/1/06 | | X | | | | | | | | | |
| 7 | Oakland Jt Powers Financing Auth 8/1/26 | | X | | Various Dates | | | | | | | X | | | | |
| 8 | Palo Alto CA USD Unltd Tax B 8/1/13 | | X | | Various Dates | | | | | | | X | | | | |
| 9 | Antelope Valley Unified HS Dist CA Election 2002 8/1/08 | | X | | 8/16/06 | | | | X | | | | | | | |
| 10 | Bay Area Toll Authority Toll Brdg Rev SF Bay Area 4/1/11 | | X | | 8/17/06 | | | | | | X | | | | | |
| 11 | CA Infrastructure & Economic Dev Bk Rev 10/1/10 | | X | | 8/17/06 | | | | | | X | | | | | |
| 12 | CA School Cash Reserve Prog 7/6/06 | | X | | 7/6/06 | | | | | | X | | | | | |
| 13 | CA Dept of Water Resources Central Valley Proj 12/1/08 | | X | | 8/11/06 | | | | | X | | | | | | |
| 14 | CA State Dept of Water Res Pwr Supple 5/1/22 | | X | | 8/17/06 | | | | | | | X | | | | |
| 15 | State of CA Econ Recovery 7/1/23 | | X | | 8/22/06 | | X | | | | | | | | | |
| 16 | CA State Public Works Board Lease Rev 1/1/08 | | X | | 8/16/06 | | | | | | X | | | | | |

\* This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

## SCHEDULE B continued
(Use only if needed)

Do not Complete Schedule B if you are a new entrant, nominee, or Vice Presidential or Presidential Candidate

Page Number 40

## Part I: Transactions

| Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | $1,000,001 - $5,000,000 Over $1,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: Central Airlines Common | X | | | 2/1/99 | | | X | | | | | | | | |
| 1. City of CA Statement Comm Dev Auth Rev Floating Rate 8/15/38 | | X | | 1/12/06 | | | X | | | | | | | | |
| 2. CA Statewide Cmntys Dev Auth 7/31/06 | | X | | 7/31/06 | | | | | | X | | | | | |
| 3. Coast Comm College Dist CA Ref Unltd Tax 8/1/12 | | X | | 8/16/06 | | | | | | X | | | | | |
| 4. El Dorado Irrigation Dist CA Ctfs 3/1/08 | X | X | | Various Dates | | | | | X | | | | | | |
| 5. Fed Home Loan Bank 9/14/07 | | X | | 8/16/06 | | | X | | | | | | | | |
| 6. State of GA General Purpose Unltd Tax 12/1/08 | | X | | 8/16/06 | | | | X | | | | | | | |
| 7. Los Angeles CA CTFS Partn 4/1/10 | | X | | 8/16/06 | | | | | | X | | | | | |
| 8. City of LA Water & Power Rev 7/1/08 | | X | | 8/16/06 | | | | | X | | | | | | |
| 9. Los Angeles USD CA Election 2004 Unltd Tax 7/1/09 | | X | | 8/16/06 | | | | | | X | | | | | |
| 10. Los Angeles Co Cap Asset Leasing Corp 6/1/06 | | X | | 6/1/06 | | X | | | | | | | | | |
| 11. Los Angeles Co CA Met Transn Auth Sales Tax Rev Prop A 7/1/09 | | X | | 8/16/06 | | | | | X | | | | | | |
| 12. MA Bay Transportation Auth Mass Sales Tax Rev 7/1/09 | | X | | 8/11/06 | | | | | X | | | | | | |
| 13. Met Govt Nashville & Davidson Co TN H&E Facs 10/1/44 | | X | | 8/16/06 | | | | | X | | | | | | |
| 14. Met Water Dist Southern CA Waterworks 7/1/27 | | X | | 8/16/06 | | | | | X | | | | | | |
| 15. NJ Transit Corp Capital Grant Antic Notes 2/1/08 | | X | | 8/16/06 | | | | X | | | | | | | |
| 16. General Electric Common Stock | | X | | Various Dates | | | | | | | X | | | | |

* This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name: Roland E. Arnall

**Do not Complete Schedule B if you are a new entrant, nominee, or Vice Presidential or Presidential Candidate**

Page Number 41

## SCHEDULE B continued
(Use only if needed)

## Part I: Transactions

| # | Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001–$15,000 | $15,001–$50,000 | $50,001–$100,000 | $100,001–$250,000 | $250,001–$500,000 | $500,001–$1,000,000 | Over $1,000,000 | $1,000,001–$5,000,000 | $5,000,001–$25,000,000 | $25,000,001–$50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Example: Central Airlines Common | x | | | 2/1/99 | | | | | | | | | | | | |
| 1 | NY Public Impt Untld Tax 8/1/09 | | x | | 8/11/06 | | | x | | | | | | | | | |
| 2 | OC CA Public Fing Auth 7/1/11 | | x | | 8/16/06 | | | | | | x | | | | | | |
| 3 | Puerto Rico Commonweath Pub Untld Tax 7/1/08 | | x | | 8/16/06 | | | | | x | | | | | | | |
| 4 | Riverside Co CA CTFS of Partn Aces Riverside Co Pub Facilities 12/1/15 | | x | | 12/24/06 | | | x | | | | | | | | | |
| 5 | San Jose State Univ CA Tax Exempt Lease 7/23/18 | | x | | Various Dates | x | | | | | | | | | | | |
| 6 | Tustin CA Uni School Dist Spl Tax Cmnt Facs 9/1/21 | | x | | 8/11/06 | | | | | x | | | | | | | |
| 7 | USA Notes 8/15/07 | x | x | | Various Dates | | | | x | | | | | | | | |
| 8 | Univ of CA Revs Genl A 5/15/09 | | x | | 8/16/06 | | | | x | | | | | | | | |
| 9 | Val Verde Unified School District CA 7/1/08 | | x | | 8/16/06 | | | | | | x | | | | | | |
| 10 | City of Visalia CA CTFS of Partn Ref 12/1/09 | x | x | | Various Dates | | | | | | | | x | | | | |
| 11 | McMoran Exploration Co Common Stock | | x | | Various Dates | | | | | | | | x | | | | |
| 12 | Avaya, Inc. Common Stock | x | x | | Various Dates | | | | | | | | | x | | | |
| 13 | Boston Scientific Corp.Common Stock | x | x | | Various Dates | | | | | | | | x | | | | |
| 14 | Ciena Corp Common Stock | x | x | | Various Dates | | | | | | | | | x | | | |
| 15 | Corning Inc. Common Stock | x | x | | Various Dates | | | | | | | | | x | | | |
| 16 | Intel Corp Common Stock | x | x | | Various Dates | | | | | | | | x | | | | |

* This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Do not Complete Schedule B if you are a new entrant, nominee, or Vice Presidential or Presidential Candidate**

Reporting Individual's Name: Roland E. Arnall

## SCHEDULE B continued
(Use only if needed)

Page Number 42

## Part I: Transactions

| Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001-$15,000 | $15,001-$50,000 | $50,001-$100,000 | $100,001-$250,000 | $250,001-$500,000 | $500,001-$1,000,000 | Over $1,000,000-$5,000,000 | $5,000,001-$25,000,000 | $25,000,001-$50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: Central Airlines Common | X | | | 2/1/99 | | | X | | | | | | | | |
| 1 Qualcomm Inc. Common Stock | X | X | | Various Dates | | | X | | | | | | | | |
| 2 Sirius Satellite Radio Common Stock | | X | | Various Dates | | | | | | X | | | | | |
| 3 Sanmina-Sci Corp Common Stock | X | X | | Various Dates | | | | | | X | | | | | |
| 4 Symantec Corp Common Stock | | X | | 9/25/06 | | | | | | | | | X | | |
| 5 Tyco Intl Ltd. New Common Stock | X | X | | Various Dates | | | | | | X | | | | | |
| 6 Verizon Communications Common Stock | X | X | | Various Dates | | | | | | | | | X | | |
| √ 7 Shares of AXA | X | X | | Various Dates | | | X | | | | | | | | |
| √ 8 Shares of Allied Irish Bank | X | X | | Various Dates | | | X | | | | | | | | |
| 9 Shares of Arkema | | X | | 10/17/06 | X | | | | | | | | | | |
| √ 10 Shares of Barclays PLC | X | X | | Various Dates | | | X | | | | | | | | |
| √ 11 Shares of BP PLC | X | X | | Various Dates | | | X | | | | | | | | |
| √ 12 Shares of Cadbury Schweppes | X | X | | Various Dates | | | X | | | | | | | | |
| √ 13 Shares of Credit Suisse Gp | X | X | | Various Dates | | | X | | | | | | | | |
| √ 14 Shares of Canon Inc. | X | X | | Various Dates | | | | X | | | | | | | |
| √ 15 Shares of Diageo PLC | X | X | | Various Dates | | | X | | | | | | | | |
| √ 16 Shares of Danske Bank A/S | X | X | | Various Dates | | | X | | | | | | | | |

* This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Do not Complete Schedule B if you are a new entrant, nominee, or Vice Presidential or Presidential Candidate**

Reporting Individual's Name

Roland E. Arnall

# SCHEDULE B continued
(Use only if needed)

Page Number 43

## Part I: Transactions

| Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001-$15,000 | $15,001-$50,000 | $50,001-$100,000 | $100,001-$250,000 | $250,001-$500,000 | $500,001-$1,000,000 | Over $1,000,000 | $1,000,001-$5,000,000 | $5,000,001-$25,000,000 | $25,000,001-$50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example: Central Airlines Common | X | | | 2/1/99 | X | | | | | | | | | | | |
| Shares of ENI SPA Sponsored | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of HSBC Hldg PLC | X | X | | Various Dates | | | | X | | | | | | | | |
| Shares of Hoya Corp | X | X | | Various Dates | | X | | | | | | | | | | |
| Shares of Imperial TOB Grp | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of KAO Corp | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Mitsubishi UFJ Finl Gp Inc | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Nissan Motor Ltd | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Nomura Holdings Inc. | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Nestle S A Rep RG | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Nokia | X | X | | Various Dates | | | | X | | | | | | | | |
| Shares of Societe General Spn | X | X | | Various Dates | | | | X | | | | | | | | |
| Shares of Sumitomo Mitsu Financial | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Siemens AG | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Swiss Reins Spnsd | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Sao Paolo-IMI | X | X | | Various Dates | | | X | | | | | | | | | |
| Shares of Total S.A. | X | X | | Various Dates | | | X | | | | | | | | | |

* This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Do not Complete Schedule B if you are a new entrant, nominee, or Vice Presidential or Presidential Candidate**

Reporting Individual's Name
Roland E. Arnall

## SCHEDULE B continued
(Use only if needed)

Page Number 44

## Part I: Transactions

| # | Identification of Assets | Date (Mo., Day, Yr.) | Purchase | Sale | Exchange | $1,001-$15,000 | $15,001-$50,000 | $50,001-$100,000 | $100,001-$250,000 | $250,001-$500,000 | $500,001-$1,000,000 | Over $1,000,000 $1,000,001-$5,000,000 | $5,000,001-$25,000,000 | $25,000,001-$50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example | Central Airlines Common | 2/1/99 | X | X | | | | X | | | | | | | | |
| V 1 | Shares of Tesco PLC Spnsrd | 2/1/99 | X | X | | | | | X | | | | | | | |
| 2 | Shares of TNT N V | Various Dates | X | X | | | | X | | | | | | | | |
| V 3 | Shares of UBS AG New | Various Dates | X | X | | | | | X | | | | | | | |
| 4 | Shares of Vivendi | 5/16/06 | | X | | | | X | | | | | | | | |
| V 5 | Shares of Vodafone Group PLC | Various Dates | X | X | | | | | X | | | | | | | |
| 6 | Shares of Zurich Financial Services SPN | Various Dates | X | X | | | | X | | | | | | | | |
| V 7 | Shares of Lazard Intl Equity Selec | 10/20/06 | X | | | | | | | X | | | | | | |
| 8 | Shares of JDS Uniphase Corp | 11/6/06 | X | | | | | X | | | | | | | | |
| 9 | Shares of Bank of America | Various Dates | X | | | | | | X | | | | | | | |
| V 10 | Shares of JP Morgan Tax Aware Real Return Fund Select | 11/30/06 | X | | | | | | | | X | | | | | |
| 11 | State of CA Economic Recover 5-1/4% A Jan 1 2011 | 12/1/06 | X | | | | | | | | X | | | | | |
| 12 | Federal Home Loan Bank FHLB 3 Yr Global | 12/1/06 | | X | | | | | | | X | | | | | |
| V 13 | FEDERAL HOME LOAN BANK 3.5% BTD 7/12/04 | 3/8/06 | X | | | | | | | | | X | | | | |
| 14 | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | |

\* This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

Prior Editions Cannot Be Used.

SCHEDULE B TO RESPONSES TO COMMENTS ON SF-278
OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Purchase Date | Value at Time of Purchase | Notes |
|---|---|---|---|---|---|
| 37 | 1 | Hospitality Associates of Harrisburg LP Hotel investments in PA | Aug-04 | $ 1,300,000 | Formed in connection with Sept. 2005 transaction; inadvertently omitted from nominee report |
| | 2 | Hospitality Associates of Lancaster LP Hotel investments in PA | 09/23/2005 | $ 2,000 | |
| | 3 | Investors of Lan/Stu, Inc. Ltd. Partnership Interest (Hotels) | 09/23/2005 | $ 20,000 | Ltd. partner in newly-added item 9 below |
| | 4 | MDA Investors L.P. Ltd. Partnership Interest Loans to Hotels | 09/23/2005 | $ 10,400,000 | |
| | 5 | Nefesh B'Nefesh Promissory Note | Various dates | $ 2,750,000 | |
| | 6 | Happy Dance Properties, LLC Residential real property in CA 10% LLC membership interest | July-07 | $ 200,000 | |
| | 7 | Happy Dance Properties, LLC Promissory Note | 10/01/2006 | $ 1,000,000 | |
| NEW | 9 | Investors of Lan/Stu, Ltd. Hotel investments in PA | 09/23/2005 | $ 2,000,000 | Related to item 3 above; inadvertently omitted from incumbent report |

SCHEDULE C TO RESPONSES TO COMMENTS ON SF-278
OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Buy Date | Sell Date | Purchase Price or Cost Basis | Sales Price | Gain/Loss |
|---|---|---|---|---|---|---|---|
| 39 | 1 | CA Statewide Community Dve Auth 7/31/07 | 07/12/2005 | 07/31/2006 | $ 500,000.00 | $ 500,000.00 | $ - |
| | 2 | Chattanooga Hamilton Co Tenn Hosp Auth 1/8/04 | 05/27/2005 | 01/30/2006 | $ 1,300,000.00 | $ 1,300,000.00 | $ - |
| | 3 | Fed Home Loan Bank 3 yr 11/2008 | 05/25/2006 | 12/01/2006 | $ 592,158.00 | $ 599,340.60 | $ 7,182.60 |
| | 4 | Fed Home Loan Bank 9/15/06 | 07/21/2004 | 09/15/2006 | $ 64,770.00 | $ 65,000.00 | $ 230.00 |
| | 5 | Fed Home Loan Bank 5/15/07 | 03/03/2006 | 06/20/2006 | $ 294,843.00 | $ 294,696.00 | $ (147.00) |
| | 6 | LA Co Cap Asset Leasing Corp 6/1/06 | 08/03/2004 | 06/01/2006 | $ 35,000.00 | $ 35,000.00 | $ - |
| | 7 | Oakland Jt Powers Financing Auth 8/1/26 | 05/26/2005 | 04/21/2006 8/2/06 8/23/06 | $ 1,450,000.00 | $ 1,450,000.00 | $ - |
| | 8 | Palo Alto CA USD Unltd Tax B 8/1/13 | 07/14/2005 | 08/01/2006 | $ 816,000.00 | $ 816,000.00 | $ - |
| | 9 | Antelope Valley Unified HS Dist CA Election 2002 8/1/08 | 10/21/2004 | 08/16/2006 | $ 208,560.00 | $ 203,680.00 | $ (4,880.00) |
| | 10 | Bay Area Toll Authority Toll Grdg Rev SF Bay Area 4/1/11 | 04/05/2006 | 08/17/2006 | $ 527,597.72 | $ 530,160.00 | $ 2,562.28 |
| | 11 | CA Infrastructure & Economic Dev Bk Rev 10/1/10 | 12/08/2005 | 08/17/2006 | $ 529,535.00 | $ 527,590.00 | $ (1,945.00) |
| | 12 | CA School Cash Reserve Prog 7/6/06 | 10/19/2005 | 07/06/2006 | $ 750,000.00 | $ 750,000.00 | $ - |
| | 13 | CA Dept of Water Resources Central Valley Proj 12/1/08 | 04/14/2005 | 08/11/2006 | $ 369,824.97 | $ 364,724.50 | $ (5,100.47) |
| | 14 | CA State Dept of Water Res Pwr Supple 5/1/22 | 01/25/2006 | 08/17/2006 | $ 1,104,401.00 | $ 1,096,740.00 | $ (7,661.00) |
| | 15 | State of CA Econ Recovery 7/1/23 | 05/06/2004 | 08/22/2006 | $ 25,495.00 | $ 26,323.00 | $ 828.00 |
| | 16 | CA State Public Works Board Lease Rev 1/1/08 | 11/03/2005 | 08/16/2006 | $ 510,831.10 | $ 509,350.00 | $ (1,481.10) |
| 40 | 1 | City of CA Statewide Comm Dev Auth Rev Floating Rate 8/15/38 | 03/16/2004 | 01/12/2006 | $ 100,000.00 | $ 100,000.00 | $ - |
| | 2 | CA Statewide Cmntys Dev Auth 7/31/06 | 07/12/2005 | 07/31/2006 | $ 700,000.00 | $ 700,000.00 | $ - |

SCHEDULE C TO RESPONSES TO COMMENTS ON SF-278
OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Buy Date | Sell Date | Purchase Price or Cost Basis | | Sales Price | | Gain/Loss | |
|----|------|-------|----------|-----------|------------------------------|--|-------------|--|-----------|--|
| | 3 | Coast Comm College Dist CA Ref Unltd Tax 8/1/12 | 12/06/2005 | 08/16/2006 | $ | 727,283.28 | $ | 727,700.40 | $ | 417.12 |
| | 4 | El Dorado Irrigation Dist CA Ctfs 3/1/08 | 08/19/2004 | 08/16/2006 | $ | 280,667.37 | $ | 275,807.70 | $ | (4,859.67) |
| | 5 | Fed Home Loan Bank 9/14/07 | 12/19/2005 | 08/16/2006 | $ | 97,933.00 | $ | 98,013.20 | $ | 80.20 |
| | 6 | State of GA General Purpose Unltd Tax 12/1/08 | 12/16/2004 | 08/16/2006 | $ | 125,199.82 | $ | 122,051.80 | $ | (3,148.02) |
| | 7 | Los Angeles CA CTFS Partn 4/1/10 | 10/12/2005 | 08/16/2006 | $ | 639,626.32 | $ | 632,478.00 | $ | (7,148.32) |
| | 8 | City of LA Water & Power Rev 7/1/08 | 09/17/2004 | 08/16/2006 | $ | 315,404.31 | $ | 307,971.00 | $ | (7,433.31) |
| | 9 | Los Angeles USD CA Election 2004 Unltd Tax 12/1/08 | 09/16/2004 | 08/16/2006 | $ | 320,465.57 | $ | 311,931.00 | $ | (8,534.57) |
| | 10 | Los Angeles Co Cap Asset Leasing Corp 6/1/06 | 08/03/2004 | 06/01/2006 | $ | 50,000.00 | $ | 50,000.00 | $ | - |
| | 11 | Los Angeles Co CA Met Transn Auth Sales Tax Rev Prop A 7/1/09 | 10/26/2004 | 08/16/2006 | $ | 160,242.93 | $ | 155,881.50 | $ | (4,361.43) |
| | 12 | MA Bay Transportation Auth Mass Sales Tax Rev Sr 7/1/09 | 01/13/2005 | 08/11/2006 | $ | 480,127.32 | $ | 469,462.50 | $ | (10,664.82) |
| | 13 | Met Govt Nashville & Davidson Co TN H&E Facs 10/1/44 | 01/13/2005 | 08/16/2006 | $ | 263,289.54 | $ | 257,755.00 | $ | (5,534.54) |
| | 14 | Met Water Dist Southern CA Waterworks 7/1/27 | 09/17/2004 | 08/16/2006 | $ | 303,502.83 | $ | 301,713.00 | $ | (1,789.83) |
| | 15 | NJ Transit Corp Capital Grant Antic Notes 2/1/08 | 12/17/2004 | 08/16/2006 | $ | 151,051.37 | $ | 148,580.05 | $ | (2,471.32) |
| | 16 | General Electric Common Stock | Various dates in 2006 | Various dates in 2006 | $ | 4,834,366.00 | $ | 4,964,085.85 | $ | 129,719.85 |
| 41 | 1 | NY Public Impt Unltd Tax 8/1/09 | 12/13/2004 | 08/11/2006 | $ | 210,767.14 | $ | 206,828.00 | $ | (3,939.14) |
| | 2 | OC CA Public Fing Auth 7/1/11 | 08/04/2005 | 08/16/2006 | $ | 908,214.22 | $ | 901,926.50 | $ | (6,287.72) |
| | 3 | Puerto Rico Commonwealth Pub Impt Ultd Tax 7/1/08 | 09/28/2004 | 08/16/2006 | $ | 315,150.07 | $ | 307,470.00 | $ | (7,680.07) |

## SCHEDULE C TO RESPONSES TO COMMENTS ON SF-278
## OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Buy Date | Sell Date | Purchase Price or Cost Basis | Sales Price | Gain/Loss |
|---|---|---|---|---|---|---|---|
| | 4 | Riverside Co CA CTFS of Partn Aces Riverside Co Pub Facilities 12/1/15 | 05/10/2005 | 12/04/2006 | $ 100,000.00 | $ 100,000.00 | $ - |
| | 5 | San Jose Univ CA Tax Exempt Lease 7/23/18 | 03/03/2006 | 04/03/2006 | $ 5,351.21 | $ 5,077.52 | $ (273.69) |
| | 6 | Tustin CA Uni School Dist Spl Tax Cmnt Facs 9/1/21 | 12/22/2004 | 08/11/2006 | $ 383,603.62 | $ 375,476.50 | $ (8,127.12) |
| | 7 | USA Notes 8/15/07 | 09/03/2004 | 08/16/2006 | $ 209,007.42 | $ 205,357.03 | $ (3,650.39) |
| | 8 | Univ of CA Revs Genl A 5/15/09 | 01/10/2005 | 08/16/2006 | $ 213,177.90 | $ 207,620.00 | $ (5,557.90) |
| | 9 | Val Verde Unified School District CA 7/1/08 | 04/07/2005 | 08/16/2006 | $ 236,291.86 | $ 234,625.30 | $ (1,666.56) |
| | 10 | City of Visalia CA CTFS of Partn Ref 12/1/09 | 04/28/2005 | 08/16/2006 | $ 529,639.72 | $ 522,290.00 | $ (7,349.72) |
| | 11 | McMoran Exploration Co Common Stock | Various dates in 2004-2006 | Various dates in 2006 | $ 1,948,715.00 | $ 1,714,055.45 | $ (234,659.55) |
| | 12 | Avaya, Inc. Common Stock | Various dates in 2005-2006 | Various dates in Jan. 2006 | $ 8,055,553.97 | $ 8,027,272.61 | $ (28,281.36) |
| | 13 | Boston Scientific Corp. Common Stock | 05/08/2006 | 10/10/2006 | $ 1,967,846.55 | $ 1,349,647.06 | $ (618,199.49) |
| | 14 | Ciena Corp Common Stock | Various dates in 2006 | 3/21/06 9/20/06 | $ 6,634,271.55 | $ 6,776,564.94 | $ 142,293.39 |
| | 15 | Corning Inc. Common Stock | 12/02/2005 | 1/9/06 1/11/06 | $ 6,065,226.22 | $ 6,684,709.09 | $ 619,482.87 |
| | 16 | Intel Corp Common Stock | 1/20/2006 1/26/2006 2/17/2006 | 09/14/2006 | $ 4,969,945.68 | $ 4,513,528.27 | $ (456,417.41) |
| 42 | 1 | Qualcomm Inc. Common Stock | Various dates in 2006 | 9/25/06 10/10/06 | $ 15,012,206.27 | $ 15,466,107.29 | $ 453,901.02 |

## SCHEDULE C TO RESPONSES TO COMMENTS ON SF-278
## OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Buy Date | Sell Date | Purchase Price or Cost Basis | Sales Price | Gain/Loss |
|---|---|---|---|---|---|---|---|
| | 2 | Sirius Satellite Radio Common Stock | 12/2005 | 1/26/06 10/10/06 | $ 5,156,960.83 | $ 3,533,894.03 | $ (1,623,066.80) |
| | 3 | Sanmina–Sci Corp Common Stock | 2/23/2006 2/28/2006 | 04/26/2006 | $ 2,001,380.70 | $ 2,460,336.88 | $ 458,956.18 |
| | 4 | Symantec Corp Common Stock | 10/2005 11/2005 | 09/25/2006 | $ 5,043,873.98 | $ 5,006,308.22 | $ (37,565.76) |
| | 5 | Tyco Intl Ltd. New Common Stock | 1/20/2006 1/23/2006 | 02/14/2006 | $ 3,025,838.26 | $ 2,877,980.10 | $ (147,858.16) |
| | 6 | Verizon Communications Common Stock | Various dates in 2006 | Various dates in 2006 | $ 10,062,214.12 | $ 10,531,320.00 | $ 469,105.88 |
| | 7 | Shares of AXA | 01/03/2005 | 10/17/2006 | $ 53,831.00 | $ 79,325.00 | $ 25,494.00 |
| | 8 | Shares of Allied Irish Bks | 01/03/2005 | 10/17/2006 | $ 45,833.00 | $ 59,924.00 | $ 14,091.00 |
| | 9 | Shares of Arkema | 12/2/2004 6/12/2006 | 10/17/2006 | $ 988.03 | $ 1,412.63 | $ 424.60 |
| | 10 | Shares of Barclays Bank | 01/03/2005 | 05/22/2006 | $ 99,561.00 | $ 99,618.00 | $ 57.00 |
| | 11 | Shares of BP PLC | 01/03/2005 | 10/17/2006 | $ 76,485.00 | $ 67,095.00 | $ (9,390.00) |
| | 12 | Shares of Cadbury Schweppes | 01/03/2005 | 10/17/2006 | $ 72,250.00 | $ 78,740.00 | $ 6,490.00 |
| | 13 | Shares of Credit Suisse | 01/03/2005 | 3/10/06 5/22/06 | $ 66,289.00 | $ 86,779.00 | $ 20,490.00 |
| | 14 | Shares of Canon Inc. ADR | 01/03/2005 | 10/17/2006 | $ 66,914.00 | $ 101,962.00 | $ 35,048.00 |
| | 15 | Shares of Diageo PLC | 01/03/2005 | 10/17/2006 | $ 70,153.00 | $ 86,972.00 | $ 16,819.00 |
| | 16 | Shares of Danske BK A/S | 01/03/2005 | 1/30/06 10/17/06 | $ 43,836.00 | $ 58,849.00 | $ 15,013.00 |
| 43 | 1 | Shares of ENI SPA Sponsored ADR | 01/03/2005 | 10/17/2006 | $ 68,126.00 | $ 81,780.00 | $ 13,654.00 |
| | 2 | Shares of HSBC Hldg PLC | 12/2004 3/15/2006 6/3/2005 | 05/22/2006 | $ 105,067.00 | $ 106,774.99 | $ 1,707.99 |
| | 3 | Shares of Hoya Corp | 3/15/2006 | 10/17/2006 | $ 24,996.82 | $ 33,240.47 | $ 8,243.65 |
| | 4 | Shares of Imperial TOB Grp | 03/15/2006 | 10/17/2006 | $ 46,067.80 | $ 56,430.66 | $ 10,362.86 |
| | 5 | Shares of KAO Corp | 01/03/2005 | 10/17/2006 | $ 70,904.00 | $ 77,067.00 | $ 6,163.00 |
| | 6 | Shares of Mitsubishi UFJ Finl Gp Inc. | 10/2005 3/15/2006 | 10/17/2006 | $ 70,373.10 | $ 70,879.02 | $ 505.92 |

## SCHEDULE C TO RESPONSES TO COMMENTS ON SF-278
## OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Buy Date | Sell Date | Purchase Price or Cost Basis | Sales Price | Gain/Loss |
|---|---|---|---|---|---|---|---|
| | 7 | Shares of Nissan Motor Ltd. | 2/21/2006 3/15/2006 | 10/17/2006 | $ 52,744.70 | $ 51,336.59 | $ (1,408.11) |
| | 8 | Shares of Nomura Holdings | 01/03/2005 | 10/17/2006 | $ 82,824.00 | $ 96,906.00 | $ 14,082.00 |
| | 9 | Shares of Nestle S A | 01/03/2005 | 10/17/2006 | $ 67,987.00 | $ 89,162.00 | $ 21,175.00 |
| | 10 | Shares of Nokia Corp | 01/03/2005 | 10/17/2006 | $ 96,163.00 | $ 118,841.00 | $ 22,678.00 |
| | 11 | Shares of Societe General | 01/03/2005 1/23/2006 | 1/24/06 11/17/06 | $ 70,883.00 | $ 101,891.00 | $ 31,008.00 |
| | 12 | Shares of Sumitomo Mitsui Financial | 3/15/2006 | 10/17/2006 | $ 49,922.02 | $ 50,526.84 | $ 604.82 |
| | 13 | Shares of Siemens AG | 01/03/2005 | 10/17/2006 | $ 73,713.00 | $ 77,159.00 | $ 3,446.00 |
| | 14 | Shares of Swiss Reins Spnsd | 01/03/2005 | 10/17/2006 | $ 54,892.00 | $ 61,494.00 | $ 6,602.00 |
| | 15 | Shares of Sao Paolo-IMI | 01/03/2005 | 10/17/2006 | $ 47,358.00 | $ 69,120.00 | $ 21,762.00 |
| | 16 | Shares of Total SA | 01/03/2005 | 10/17/2006 | $ 66,152.00 | $ 81,383.00 | $ 15,231.00 |
| 44 | 1 | Shares of Tesco PLC | 01/03/2005 | 10/17/2006 | $ 53,892.00 | $ 64,518.00 | $ 10,626.00 |
| | 2 | Shares of TNT NV | 12/7/2005 3/15/2006 | 05/19/2006 | $ 24,799.24 | $ 29,146.35 | $ 4,347.11 |
| | 3 | Shares of UBS AG | 01/03/2005 | 2/1/06 5/22/06 | $ 68,591.00 | $ 89,207.00 | $ 20,616.00 |
| | 4 | Shares of Vivendi | 02/05/2005 12/2004 | 05/16/2006 | $ 42,408.52 | $ 47,841.66 | $ 5,433.14 |
| | 5 | Shares of Vodafone Group PLC | 3/15/2006 | 05/16/2006 | $ 118,102.02 | $ 97,061.91 | $ (21,040.11) |
| | 6 | Shares of Zurich Financial Services SPN | 12/21/05 3/15/06 | 10/17/2006 | $ 25,342.86 | $ 28,794.61 | $ 3,451.75 |
| | 7 | Shares of Lazard Intl Equity Selec | 10/20/2006 | | $ 2,654,990.00 | | |
| | 8 | Shares of JDS Uniphase Corp | 11/06/2006 | | $ 63,349.00 | | |
| | 9 | Shares of Bank of America | Various dates in 2006 | | $ 294,355.00 | | |
| | 10 | Shares of JP Morgan Tax Aware Real Return Fund Select | Various dates in 2006 | | $ 781,316.20 | | |
| | 11 | State of CA Economic Recover 5-1/4% A Jan 1 2011 | 12/06/2006 | | $ 533,100.00 | | |

SCHEDULE C TO RESPONSES TO COMMENTS ON SF-278
OF AMBASSADOR ROLAND E. ARNALL

| Pg | Item | Asset | Buy Date | Sell Date | Purchase Price or Cost Basis | Sales Price | Gain/Loss |
|---|---|---|---|---|---|---|---|
| | 12 | Federal Home Loan Bank FHLB 3 Yr. Global | 05/25/2005 | 12/01/2006 | $ 592,158.00 | $ 599,340.60 | 7,182.60 |

Ambassador R. Arnall's SF-278 Report

The following entries were reported on your nominee report; however, they are not reported on your current report. Kindly advise on the status of each entry

| Page No. | Item No. | Item | Status | Value | Income | Sale Date |
|---|---|---|---|---|---|---|
| Pg 4 | 6 | 127-141 N. Madison Avenue Investors LLC Residential Real Property in California LLC Member, Real Estate | Property sold. | As listed on nominee report | $0 (return of capital investment only) | 12/2006 |
| Pg 6 | 2 | Hospitality Associates of DeLand Florida Ltd. – Hotels in Florida | This was listed on the nominee report in error; AMB Arnall never owned any interest in this property. | N/A | N/A | N/A |
| | 3 | Hospitality Associates of Fort Meyers, Ltd – Hotels in Florida | Property sold. | As listed on nominee report | N/A (Exchange) | 9/2005 |
| | 4 | Hospitality Associates of Tampa, Ltd, Hotels in Florida | Property sold. | As listed on nominee report | N/A (Exchange) | 9/2005 |
| 9 | 9 | Fairfield Bellemeade Farms LP Apartments in Virginia Ltd Partnership | Property sold. | As listed on nominee report | N/A (Exchange) | 12/2005 |
| 10 | 4 | Fairfield Crystal LP Apartments in Arizona Ltd Partnership | Property sold. | As listed on nominee report | $9,329,864 | 12/2006 |
| | 8 | Fairfield Heather Ridge LP Apartments in Maryland Ltd Partnership | Property sold. | As listed on nominee report | $24,853,425 | 12/2006 |
| | 9 | Fairfield Monte Vista LP Apartments in Florida Ltd Partnership | Property sold. | As listed on nominee report | $13,811,184 | 5/2006 |

BN 13897792

| 11 | 1 | Fairfield Montecito LP Apartments in Florida. | Property sold. | As listed on nominee report | $6,985,000 | 9/2005 |
| | 2 | Fairfield Pinnacle Grove LP Apartments in Arizona | Property sold. | As listed on nominee report | $9,174,857 | 11/2006 |
| | 4 | Fairfield South Creek LP Apartments in Arizona | Property sold. | As listed on nominee report | $19,854,764 | 12/2006 |
| | 5 | Fairfield Tewksbury LP Apartments in Maryland Ltd. Partnership | Property sold. | As listed on nominee report | $10,447,922 | 12/2006 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 13 | 4 | 132 South Maple, Inc. Real Estate in Los Angeles, CA | Corporation dissolved; it had no business operations for a number of years prior to dissolution. | As listed on nominee report | $0 | Dissolved |
| | 6 | AMC Mortgage Insurance Services, Inc. Orange, CA Insurance brokerage | Corporation being dissolved; it had no business operations for a number of years prior to dissolution. | As listed on nominee report | $0 | Inactive |

BN 1389779v2

| 14 | 3 | AMC Corporation Orange, CA Financial consulting | Corporation dissolved; no business operations | As listed on nominee report | $0 | Dissolved |
| | 6 | AMC Funding, Inc. Orange, CA Financial consulting | Corporation dissolved; no business operations | As listed on nominee report | $0 | Dissolved |
| | 7 | AMC Holdings, Inc. Orange, CA Financial consulting | Corporation dissolved; no business operations | As listed on nominee report | $0 | Dissolved |

BN 13897719v2

| Page No. | Item No. | Item | Status | Value | Income | Sale Date |
|---|---|---|---|---|---|---|
| 15 | 3 | Ameriquest Funding IX, LLC Orange, CA LLC Member, Warehouse lines | LLC being dissolved; no business operations | As listed on nominee report | $0 | Inactive |
| | 4 | Ameriquest Funding V, LLC Orange, CA LLC Member, Warehouse lines | LLC being dissolved; no business operations | As listed on nominee report | $0 | Inactive |
| | 7 | Ameriquest Funding VII, LLC Orange, CA LLC Member, Warehouse lines | LLC being dissolved; no business operations | As listed on nominee report | $0 | Inactive |
| | 8 | Ameriquest Funding VIII, LLC Orange, CA LLC Member, Warehouse lines | LLC being dissolved; no business operations | As listed on nominee report | $0 | Inactive |
| 16 | 1 | Ameriquest Securities II, LLC Orange, CA LLC Member third party secure. | LLC being dissolved; no business operations | As listed on nominee report | $0 | Inactive |
| 17 | 3 | AMC Holdings, Inc. Orange, CA Financial consulting | Corporation dissolved, no business operations | As listed on nominee report | $0 | Dissolved |
| | 6 | Square 1 Financial, Inc. North Carolina Industrial real estate investments | Purchased on 4/26/05 and still held; omitted in error from 2006 SF-278 | $500,000 | $0 | N/A |
| 21 | 3 | Federal Home Loan Bank 2 7/8% Sept 15 2006 DTD 9/8/03 | Sold | As listed on nominee report | $1,436,660 | 8/23/05 |
| 22 | 3 | New Jersey Transit Corp Capital Grant Antic Notes 5 ½% B Sep 17 2007 DTD 11/01/2000 | Sold | As listed on nominee report | $1,044,606 | 11/9/05 |
| | 6 | New Jersey Econ Dev Auth Rev Cigarette Tax 5% June 15 2008 | Sold | As listed on nominee report | $162,336 | 6/16/06 |

| | | Description | Status | Note | Amount | Date |
|---|---|---|---|---|---|---|
| | 8 | City of LA CA Wtr & Pwr Rev Ref Pwr sys Subser A-1 5% A DTD 7/31/03 | Sold | As listed on nominee report | $2,297,944 | 11/9/05 |
| 23 | 7 | State of GA General Purpose Unlimited Tax 6 ½% Dec 1 2008 DTD 12/1/93 | Sold | As listed on nominee report | $1,090,510 | 11/9/05 |
| | 8 | Met Govt Nashville & Davidson County Tenn H & E Facs Brd Rec Vanderbilt Univ Ser B-2 5% DTD 1/20/05 | Sold | As listed on nominee report | $2,476,824 | 5/16/06 |
| 24 | 2 | New Jersey State Trans Corp CTFS Fed Tran Admin Grants 5 7/8% A Sept 15 2012 DTD 1/1/00 | Sold | As listed on nominee report | $1,206,766 | 8/23/05 |
| 25 | 1 | Pleasanton Unified Sch Dist CA 5% Aug 1 2011 DTD 9/30/04 | Sold | As listed on nominee report | $1,143,891 | 8/23/05 |
| | 2 | Tamalpais High Sch Dist CA Election 2001 Unlimited Tax 5 1/@% Aug 1 2011 DTD 6/3/04 | Sold | As listed on nominee report | $973,458 | 6/15/06 |
| 26 | 9 | City of CA Statewide Comm Develop Auth Rev Floating Rate B Aug 15 2038 | Sold | As listed on nominee report | $100,000 | 1/12/06 |
| 27 | 6 | USA Notes 2 3/4% Aug 15 2007 DTD 8/15/04 | Sold | As listed on nominee report | $205,357 | 8/16/06 |
| | 9 | El Dorado Irrigation District CA CTFS of Partn Ref 5% A Mar 1 2008 DTD 9/15/2004 | Sold | As listed on nominee report | $275,808 | 8/16/06 |
| 28 | 3 | City of LA CA Wtr & Pwr Rev Ref Pwr Sys Subser A-1 5% Jul 1 2008 DTD 7/31/03 | Sold | As listed on nominee report | $307,971 | 8/16/06 |
| | 5 | Puerto Rico Commonwealth Pub Impt Unlimited Tax 5% Jul 1 2008 DTD 12/1/98 | Sold | As listed on nominee report | $307,470 | 8/16/06 |
| 29 | 2 | Tustin CA Uni School Dist Spl Tax Cmnty Facs Dist No 97-1 6 1/4% Sep 1 2021 DTD 8/28/00 | Sold | As listed on nominee report | $375,477 | 8/16/06 |
| | 3 | State of GA Gen Purp Unlimited Tax 6 ½% DTD 12/1/93 | Sold | As listed on nominee report | $122,052 | 8/16/07 |
| | 4 | Met Govt Nashville & Davidson County Tenn H & E Facs Brd Rev Vanderbilt Univ Ser B-2 5% DTD 1/20/05 | Sold | As listed on nominee report | $257,755 | 8/16/07 |
| | 5 | University of CA Revs Genl 5% A May 15 2009 DTD 9/9/03 | Sold | As listed on nominee report | $207,620 | 8/16/06 |
| | 6 | LA County CA Met Trans Auth Sales Tax Rev Ref | Sold | As listed on | $155,862 | 8/16/06 |

| | | | | | |
|---|---|---|---|---|---|
| | | Prop A 1st Tier SR 5% C July 1 2009 DTD | | nominee report | |
| | 7 | Mass Bay Trans Auth Mass Sales Tax Rev SR 5 ¼% A July 1 2009 DTD 1/29/03 | Sold | As listed on nominee report | $469,463 | 8/11/06 |
| 30 | 1 | New York NY Public Impt Unlimited Tax 5% H Aug 1 2009 DTD 12/21/04 | Sold | As listed on nominee report | $206,828 | 8/11/06 |
| 31 | 4 | JP Morgan Tax Free Money Market Fund  Institutional Share class (Fund 840) | Sold* | As listed on nominee report | | |
| 32 | 2 | USA Notes 2 ¾% Aug 15 2007  DTD 8/15/04 | Sold part of holdings; still owns $55,000 in Notes | As listed on nominee report | $205,357 | 8/16/06 |
| | 4 | El Dorado Irrigation District CA CTFS of Partn Ref 5% A Mar 1 2008 DTD 9/15/2004 | Sold | As listed on nominee report | $275,807 | 8/16/06 |
| | 5 | City of LA CA Wtr & Pwr Ref Pwr Sys Subser A-1 5% Jul 1 2008 DTD 7/31/03 | Sold | As listed on nominee report | $78,279 | 12/8/05 |

*Will provide sale date and proceeds information.

BN 1389779v2

| 33 | 4 | CA Infrastructure & Econ Develop Bank Rev 5% A Oct 1 2009 DTD 8/18/04 | Sold | As listed on nominee report | $95,515 | 11/3/05 |
|---|---|---|---|---|---|---|
| 38 | | | | | | |
| | 8 | Flextronics Intl LTD | Shares were sold before nominee report was prepared and should not have been listed | N/A | N/A | N/A |
| 39 | 2 | McMoran Exploration | Sold | As listed on nominee report | Various dates in 2006 | $1,714,055 |
| | 5 | New Century Final Corp | Shares were sold before nominee report was prepared and should not have been listed | N/A | N/A | N/A |

BN 1389779v2

The entries on the following pages appear to be sold. If they were fully sold, you are required to report any cap gains, dividends, or interest received.

-- Page 34, items 4-8
-- Page 35, items 1-5, 7, and 9
-- Page 36, items 1-6, 8 and 9
-- Page 37, items 1-8

# SEE SCHEDULE A ATTACHED FOR INFORMATION ON THE ABOVE ENTRIES.

The following entries appear on your annual (CY06) report for the first time and there is no entry on Schedule B for the transaction. Kindly provide the purchase date and value at the time of purchase, if possible.

| Page No. | Item No. | Item | Status | Value | Income | Sale Date |
|---|---|---|---|---|---|---|
| | 7 | Ameriquest Asset Mgmt LLC (inactive mortgage lender) | Activated after filing of nominee report | $0 | $0 | N/A |
| | 9 | Park Place Securities, Inc (securization vehicle) | Never activated; omitted from nominee report because it has no activity or value | $0 | $0 | N/A |
| 9 | 9 | Park Place Securities LLC (securization vehicle) | Never activated; omitted from nominee report because | $0 | $0 | N/A |

BN 1389779v2

| | | | it has no activity or value | | | |
|---|---|---|---|---|---|---|
| 10 | 7 | Ador Holdings LLC Real estate in southeast US LLC Member | Activated after nominee report submitted | $200,000 | $0 | N/A |
| | 8 | 344 S. Almont LLC Real estate in Los Angeles CA | Activated after nominee report submitted | $2,895,000 | $0 | N/A |
| 11 | 4 | CO Elk Properties, Inc. real property in Colorado | Activated after nominee report submitted | $1,400,000 | ($1,500) | N/A |
| | 5 | Elk Wallow Ranch, LLC Real property in Colorado | Activated after nominee report submitted | As stated on incumbent report | $0 | N/A |
| 13 | 6 | Ameriquest Funding XI, LLC Orange CCA warehouse lines | Formed after nominee report submitted but not activated | $0 | $0 | N/A |
| 19 | 5 | Federal Home Lane Bank 3 ½% DTD 7/27/04 | Purchased on 3/8/06 | $1,291,935 | N/A | N/A |
| ~ | | | | | | |
| 21 | 2 | FHLB 3 3/8% DTD 7/27/04 | Purchased on 12/20/05 | $78,346 | N/A | N/A |
| | 6 | Federal Farm credit Bank 3 3/8% Jul 15 2008 | Purchased on 8/29/06 | $1,167,679 | N/A | N/A |
| | 7 | San Diego CA CTFS Undividentint Wtr Util Fund 5 3/8% Aug 1 2020 DTD 8/01/1998 | Purchased on 4/18/05 | $451,138 | N/A | N/A |
| | 9 | Calif State Dept Water Resource Power Supply Rev 5 ½% May 1 2009 DTD 11/01/2002 | Purchased on 4/5/05 | $763,784 | N/A | N/A |
| 25 | 3 | CA State University Rev & Colleges HSG Sys 5 7/8% AY Nov 1 2030 DTD 12/1/1999 | Purchased on 5/4/05 | $849,240 | N/A | N/A |
| 26 | 2 | City of Visalia CTFS of Partn Ref | Purchased on 5/12/05 | $794,182 | N/A | N/A |

BN 1389779v2

| | | | | |
|---|---|---|---|---|
| | | 5% Dec 1 2009 DTD 5/12/2005 | | |
| | 4 | CA Infrastructure & Economic Dev Bk Rev Energy Eff Master Trust 5% Mar 1 2010 DTD 5/11/2005 | Purchased on 5/11/05 | $464,004 | N/A | N/A |
| | 6 | LA County CA Met Trans Auth Sales Tax Ref Prop A 1st Tier SR 5% C | Listed on nominee report as item 6, p. 29 | N/A | N/A | N/A |
| | 7 | Chaffey Union HS Dist 5 ½% B Aug 1 2018 | Purchased on 4/14/05 | $561,645 | N/A | N/A |
| 27 | 1 | Peralta CA Comm College Dist Fed Taxable 4.94% A Aug 1 2010 DTD 12/28/2005 | Purchased on 2/24/06 | $500,000 | N/A | N/A |
| 28 | 3 | Los Angeles CA CFTS Partn 5% Dec 1 2010 DTD 5/17/2005 | Purchased on 5/17/05 | $817,215 | N/A | N/A |
| | 4 | JP Morgan Money Market Fund Institutional Share Class (Fund 836) | Purchased on various dates after nominee report submitted | $125,956.89 | N/A | N/A |
| 29 | 2 | State of CA Economic Recovery 5 ½% Jan 1 2011 DTD 5/11/2004 | Purchased on various dates after nominee report submitted | $44,402 | N/A | N/A |
| | 4 | CA State Dept Water Res Pwr Supply Rev 5 ½% May 1 2016 DTD 11/12002 | Purchased on 12/6/05 | $558,765 | N/A | N/A |
| | 5 | State of CA Economic Recovery 5% A Jul 1 2012 DTD 5/11/2004 | Purchased on 4/18/05 | $766,297 | N/A | N/A |
| | 8 | No Orange Co CA Comm Coll Dst Unltd Tax 5% Feb 1 2027 DTD 6/5/2002 | Purchased on 4/15/05 | $775,817 | N/A | N/A |
| 30 | 8 | Palo alto Ca Unified Sch Dist Ref Unltd Tax 5% Aug 1 2012 DTD 4/20/2005 | Purchased on 4/20/05 | $762,699 | N/A | N/A |
| | 9 | Cuyahoga Co OH Hospital Rev Bond Series 2001 DTD 11/30/2001 | Listed on nominee report as item 2, p. 26 | N/A | N/A | N/A |
| 31 | 8 | CNI Govt Money Market Cl A | Purchased on various dates | As stated on | As stated on | N/A |

BN 1389779v2

|  |  |  | after nominee report submitted | incumbent report | incumbent report |
|---|---|---|---|---|---|
|  | 9 | Humboldt Co CA CFTS of Partn Animal Control Facilities Project Jun 1 2035 | Listed on nominee report as item 3, p. 26 | As stated on incumbent report | As stated on incumbent report | N/A |
| 33 | 9 | State of CA General Oblig Floating Adj Rate May 1 2033 | Purchased on 5/11/05 | $500,000 | N/A | N/A |
| 34 | 9 | Riverside Co CA CTFS of Partn Aces Dec 1 2015 | Purchased on 5/11/05 | $500,000 | N/A | N/A |
| 35 | 9 | Los Angeles Comm College Dist Taxable Elec 2001 3.17% Aug 1 2007 | Listed on nominee report as item 5, p. 27 | N/A | N/A | N/A |
| 36 | 7 | Conroe TX Ind School Dist Schoolhouse Bonds Series 2001B DTD 12/21/2001 | Purchased on 12/6/05 | $298,011 | N/A | N/A |
|  | 8 | JP Morgan Tax Aware Real Return Fund Selected Share Class (Fund 992) | Purchased on various dates after nominee report submitted | $1,213,268 | N/A | N/A |

The entries on the following page appear on your report for the first time. Kindly provide the date and value at the time of purchase.

Page 37, items 1-7

## SEE SCHEDULE B ATTACHED WITH ACQUISITION INFORMATION.

On page 38, Schedule C, Part II – was left blank.

## INTENTIONALLY LEFT BLANK – NO GIFTS, REIMBURSEMENTS OR TRAVEL EXPENSES WERE RECEIVED

BN 1389779v2

On pages 39-44, there are several entries which appear as being sold on Schedule B; however, the items does not appear on Schedule A of the nominee report. Need the purchase dates and amount of any cap gains, interest, dividends, (proceeds from sale) or redeemed bonds.

## SEE SCHEDULE C ATTACHED FOR INFORMATION ON THESE ITEMS.

BN 1389779v2

SF 278 (Rev. 03/2000)
5 C.F.R Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name

Roland E. Arnall

# SCHEDULE C

Page Number: 45

## Part I: Liabilities

Report liabilities over $10,000 owed to any one creditor at any time during the reporting period by you, your spouse, or dependent children. Check the highest amount owed during the reporting period. **Exclude** a mortgage on your personal residence unless it is rented out; loans secured by automobiles, household furniture or appliances; and liabilities owed to certain relatives listed in instructions. See instructions for revolving charge accounts.

None ☐

| | Creditors (Name and Address) | Type of Liability | Date Incurred | Interest Rate | Term if applicable | $10,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000 | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Examples | First District Bank, Washington, DC | Mortgage on rental property-Delaware | 1991 | 8% | 25 yrs. | | | | | | | | | | | |
| | John Jones, 1231 St., Washington, DC | Promissory note | 1999 | 10% | on demand | | | | | X | | | | | | |
| 1 | Bank Leumi | Note Payable | 2004 | 5% | 5 Years | | | | | | X | | | | | |
| 2 | RoDa Drilling Company | Promissory note | 2002 | 2.45% | 12 | | | | | | | | | | | X |
| 3 | RoDa Drilling Company | Promissory note | 2003 | 2.45% | 12 | | | | | | | | | | | X |
| 4 | RoDa Drilling Company | Promissory note | 2004 | 2.45% | 12 | | | | | | | | | | | X |
| 5 | City National Bank | Guarantee of Line of Credit | 2004 | Prime | 12 | | | | | | X | | | | | |
| | City National Bank | Guarantee of Line of Credit | 2004 | Prime | 12 | | | | | | X | | | | | |

\* This category applies only if the liability is solely that of the filer's spouse or dependent children. If the liability is that of the filer or a joint liability of the filer with the spouse or dependent children, mark the other higher categories, as appropriate.

## Part II: Agreements or Arrangements

Report your agreements or arrangements for: continuing participation in an employee benefit plan (e.g. 401k; deferred compensation; (2) continuation of negotiations for any of these arrangements or benefits of absence; and (4) future employment. See instructions regarding the reporting payment by a former employer (including severance payments); (3) leaves

None ☐

| | Status and Terms of any Agreement or Arrangement | Parties | Date |
|---|---|---|---|
| Example | Pursuant to partnership agreement, will receive lump sum payment of capital account & partnership share calculated on service performed through 1/00. | Doe Jones & Smith, Hometown, State | 7/85 |
| 1 | Mr. Arnall maintains his holdings in the Ameriquest 401(k) Plan (the 401(k) assets are listed in Schedule A on page 40, lines 7 and 8) | Ameriquest Mortgage Company Orange, CA | 3/81 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

Prior Editions Cannot Be Used

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics
Reporting Individual's Name

Roland E. Arnall

**SCHEDULE D**

Page Number 46

## Part I. Positions Held Outside U.S. Government

| # | | | Position | From | To |
|---|---|---|---|---|---|
| 1 | Ameriquest Capital Corporation Orange, CA | Corporation | Co-Chairman | 6/94 | 10/05 |
| 2 | ACC Capital Holdings Corporation Orange, CA | Corporation | Co-Chairman | 1/04 | 10/05 |
| 3 | HHI, Inc. Boca Raton, FL | Corporation | Director, President, Treasurer | 7/04 | 02/06 |
| 4 | Roda Drilling Company Great Neck, NY | General Partnership | General Partner (Will resign; Dawn Arnall will succeed as General Partner) | 2003 | 02/06 |
| 5 | 250 So. Spaulding, LLC Los Angeles, CA | Limited Liability Company | Manager | 6/00 | 02/06 |
| 6 | | | | | |

## Part II. Compensation in Excess of $5,000 Paid by One Source

| # | | |
|---|---|---|
| 1 | Ameriquest Capital Corporation Orange, CA | Mr. Arnall received compensation for his services provided to Ameriquest Capital Corporation and certain of its subsidiaries. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

Prior Editions Cannot Be Used.

SF 278 (Rev. 03/2000)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

Reporting Individual's Name

Page Number 47

## Part I: Positions Held Outside U.S. Government

| # | Name | Type of Organization | Position Held | From | To |
|---|------|---------------------|---------------|------|-----|
| 1 | Tavant Technologies, Inc. | Software manufacturer | Director | 2/00 | 02/06 |
| 2 | Milestone Hotel Partners, LLC | Hotel investment company | Manager | 10/99 | 02/06 |
| 3 | Roland and Dawn Arnall Foundation | Charitable foundation | Director | 1/05 | 10/05 |
| | | | | | |
| 5 | Simon Wiesenthal Center, Inc. | Non-profit corporation | Trustee | 3/85 | 02/06 |
| 6 | The Roland & Dawn Arnall Living Trust dated August 8, 2001 | Revocable Trust | Co-Trustee | 8/01 | Present |

## Part II: Compensation in Excess of $5,000 Paid by One Source

| # | | | | | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

Prior Editions Cannot Be Used.

August 1, 2005

Mr. James H. Thessin
Deputy Legal Adviser and
Designated Agency Ethics Official
U.S. Department of State
Washington, D.C. 20520-6310

Re:    Ethics Undertakings

Dear Mr. Thessin:

I am committed to the highest standards of ethical conduct for government officials. If confirmed as U.S. Ambassador to the Kingdom of The Netherlands, pursuant to 18 U.S.C. section 208, I will not participate personally and substantially in any particular matter that would have a direct and predictable effect on my financial interests or those imputed to me, unless I first obtain a written waiver or qualify for a regulatory exemption.

I understand that a heightened prospect of a conflict of interest could exist as to companies that maintain a presence in The Netherlands, because they may be more likely than other companies to seek assistance from or make other contact with the Embassy. I will remain alert to the possible need for recusal where appropriate.

In order to minimize the number of matters that may come before me as Ambassador that may have a direct and predictable effect on my financial interests, my spouse and I will divest of my financial interests described in Attachment A within 90 days of confirmation. It is my understanding that I am eligible to request, and I intend to seek prior to divestiture, a Certificate of Divestiture from the Office of Government Ethics. Until I have divested these interests, I will comply with the section 208 restriction set forth above.

If confirmed as Ambassador to The Netherlands, prior to my appointment I will resign from the following positions: Co-Chairman of Ameriquest Capital Corporation; Co-Chairman of ACC Capital Holdings Corp.; Director, President & Treasurer of HHL, Inc.; Director of Tavant Technologies; Manager of 250 So. Spaulding, LLC; and Manager of Milestone Hotel Partners, LLC. In addition, I will convert my general partnership interest in Roda Drilling Company to a limited partnership interest. I will, however, continue to have a financial interest in all of these

entities. Accordingly, I will comply with the section 208 restriction set forth above.

My spouse, Dawn Arnall, who is currently Co-Chairman of Ameriquest Capital Corporation and Co-Chairman of ACC Capital Holdings Corp., will remain a chairman of these two entities following my appointment. In addition, my spouse will seek to assume the positions that I currently hold with HHI, Inc., Roda Drilling Company, Tavant Technologies, 250 So. Spaulding, LLC, and Milestone Hotel Partners, LLC.

During my appointment I will provide no services to any of the entities listed in the paragraph above nor will I discuss the management or operations of any of these entities with my spouse. I will not be compensated by any of these entities and the only income I will receive from any of these entities, if any, will be passive investment income.

If confirmed as Ambassador to The Netherlands, I will also resign as Director of the Roland and Dawn Arnall Foundation, and Trustee of the Simon Wiesenthal Center, Inc. My spouse, who is currently a Director of the Roland and Dawn Arnall Foundation, will remain in that position following my appointment, and she will seek to assume the position I currently hold in the Simon Wiesenthal Center.

In order to avoid any appearance of a conflict of interest with respect to the Roland and Dawn Arnall Foundation and the Simon Wiesenthal Center, I will not participate in any particular matter involving specific parties in which I know those entities are or represent a party, where it is determined that the circumstances would cause a reasonable person with knowledge of the relevant facts to question my impartiality in the matter, unless I have been authorized to participate under the provisions of 5 CFR Part 2635, Subpart E. With respect to the American Friends of the London School of Jewish Studies, I will comply with the same restriction for one year after my resignation from this entity.

I intend to retain my position as uncompensated co-trustee for the Roland and Dawn Arnall Trust, which is a revocable trust established for the benefit of my spouse and me. If confirmed as Ambassador, I will not participate personally and substantially in any particular matter that would have a direct and predictable effect upon this trust, unless I first obtain a written waiver or qualify for a regulatory exemption.

Finally, I will provide the appropriate officials with a list of those interests I have retained (or may acquire) in order to support my efforts to avoid conflicts of interest. In addition, I will recuse myself from participation on a case-by-case basis in any particular matter in which, in my judgment, it is desirable for me to do so in order to avoid the possible appearance of impropriety, despite the lack of any actual conflicts.

Sincerely,

Roland E. Arnall

# EXHIBIT C

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERRY, et al., | ) | |
| | ) | Case No.: 08 C 2475 |
| Plaintiffs, | ) | |
| | ) | Judge Coar |
| vs. | ) | |
| | ) | Magistrate Judge Mason |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | **)** | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DAWN ARNALL AND THE ROLAND AND DAWN ARNALL LIVING TRUST

Plaintiffs demand, pursuant to Rule 33 of the Federal Rules of Civil Procedure, that Dawn Arnall and the Roland and Dawn Arnall Living Trust ("the Trust") answer the following interrogatories separately and fully in writing by September 20, 2008.

### INTERROGATORIES

1. List each asset owned by the Trust and the location of the asset since June 2004.

2. Describe all contracts or ongoing business relationships between the Trust and companies or entities doing business in the State of Illinois since June 2004.

3. List each asset owned personally by Dawn Arnall and the location of the asset since June 2004.

4. Describe all contacts or ongoing business relationships between Dawn Arnall and companies or entitles doing business in the State of Illinois since June 2004.

5. Describe the relationship between the the Trust and Green Courte Real Estate Partners, LLC of Lake Forest, IL since June 2004.

6. What amount of the Trust's assets are under the control of Green Courte Real Estate Partners, LLC since June 2004.

7. If the Trust no longer has a relationship with Green Courte Real Estate Partners, LLC, please describe the nature of the termination of the relationship.

8.  If the Trust no longer has a relationship with Green Courte Real Estate Partners,
    please list the date that this relationship was terminated.

Date:  September 9, 2008                    Respectfully submitted by:


                                            /s/ Anthony P. Valach, Jr.
                                            Counsel for the Plaintiffs

                                            THE LAW OFFICES OF DANIEL HARRIS
                                            Daniel Harris
                                            Anthony Valach
                                            150 N. Wacker Dr., Suite 3000
                                            Chicago, IL 60606
                                            Telephone: (312) 960-1802
                                            Facsimile: (312) 960-1936
                                            lawofficedh@yahoo.com