UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRY, et al., ) | |
| ) | Case No.: 08 C 2475 |
| Plaintiffs, ) | |
| ) | Judge Coar |
| vs. ) | |
| ) | Magistrate Judge Mason |
| AMERIQUEST MORTGAGE COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO: Counsel on the Attached Service List**

**PLEASE TAKE NOTICE** that on **Monday, September 15, 2008**, at 9:00 a.m., we shall appear before the Honorable David H. Coar in Room 1419 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and there present plaintiffs' **PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY ON THE ISSUE OF PERSONAL JURISDICTION**, a copy of which is currently being served upon you.

Dated: September 9, 2008                    Respectfully submitted by:


                                            s/ Anthony P. Valach, Jr
                                            Counsel for Plaintiffs

                                            THE LAW OFFICES OF DANIEL HARRIS
                                            Anthony Valach
                                            Daniel Harris
                                            150 N. Wacker Dr., Suite 3000
                                            Chicago, IL 60606
                                            Telephone: (312) 960-1802
                                            Facsimile: (312) 960-1936

**CERTIFICATE OF SERVICE**

    I, Anthony P. Valach, Jr., hereby certify that on this 9th day of September 2008, a true and correct copy of **PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY ON THE ISSUE OF PERSONAL JURISDICTION** of was served, via the Court's electronic filing system, upon counsel of record.

                                                  s/ Anthony P. Valach, Jr