Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2475 | **DATE** | 9/16/2008 |
| **CASE TITLE** | Rose Terry, et al vs. Ameriquest Mortgage Co. | | |

**DOCKET ENTRY TEXT**

Enter Joint order regarding discovery on the issue of personal jurisdiction and schedule as to Arnall defendant. ENTER JOINT ORDER

■ [see attached order for full particulars]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|