# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---------------------------------- x
ROSE TERRY, et al.,

      Plaintiffs,                  No. 08-cv-2475

vs.

AMERIQUEST MORTGAGE COMPANY, et al.,    Judge Coar

      Defendants.           Magistrate Judge Mason

                          **JOINT [PROPOSED] ORDER**
---------------------------------- x

## JOINT ORDER

This cause having come before the Court on Plaintiffs' Motion for Leave to Take Discovery on the Issue of Personal Jurisdiction ("Motion for Leave"), it is so ordered that:

1. Dawn Arnall, in her capacity as an individual defendant and Trustee of the Roland and Dawn Arnall Living Trust ("Arnall Defendant") shall respond to the interrogatories attached to Plaintiffs' Motion for Leave by September 19, 2008.

2. Plaintiffs will file their Response Brief to the Arnall Defendant's Motion to Dismiss by October 8, 2008.

3. Arnall Defendants will file their Reply Brief by October 22, 2008.

Dated: September ___, 2008

_____
Judge David H. Coar