# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERRY, et al., ) | |
| ) | Case No.: 08 C 2475 |
| Plaintiffs, ) | |
| ) | Judge Coar |
| vs. ) | |
| ) | Magistrate Judge Mason |
| AMERIQUEST MORTGAGE COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs provide notice to this Court of the voluntary dismissal of Argent Securities, Inc. a/k/a Argent Mortgage Securities, Inc. in the above captioned cases, without prejudice.

Date: November 17, 2008         Respectfully Submitted:


         /s/ Anthony P. Valach, Jr.         .
         Counsel for Plaintiffs


Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
lawofficedh@yahoo.com
anthonyvalach@sbcglobal.net

## **CERTIFICATE OF SERVICE**

 I, Anthony P. Valach, Jr., hereby certify that on this 17th day of November 2008, a true and correct copy of plaintiffs' **NOTICE OF VOLUNTARY DISMISSAL** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


         /s/ Anthony Valach
          Anthony Valach