**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSE TERRY, et al., | Case No. 08 CV 2475 |
| Plaintiffs, | Honorable David H. Coar |
| v. | |
| AMERIQUEST MORTGAGE COMPANY et al., | Magistrate Judge Michael T. Mason |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, on **March 11, 2010, at 9:00 a.m.**, we shall appear before the Honorable David H. Coar, or any judge sitting in his stead, at the United States District Court, Northern District of Illinois, located in Chicago, Illinois, Room Number 1843, and then and there present **Defendant Dawn Arnall's Motion for Protective Order**.

DATED: March 1, 2010

        Respectfully submitted,

        /s/ Vincent P. Schmeltz III
        *One of the Attorneys for Defendant*
          *Dawn Arnall*

        Alan N. Salpeter
        Vincent P. Schmeltz III
        Erin P. Ziaja
        Dewey & LeBoeuf LLP
        180 North Stetson, Suite 3700
        Chicago, Illinois 60601
        Telephone: (312) 794-8000

## **CERTIFICATE OF SERVICE**

      Vincent P. Schmeltz III, an attorney, hereby certifies that on this 1st day of March 2010, he caused a true and correct copy of **DEFENDANT DAWN ARNALL'S MOTION FOR A PROTECTIVE ORDER,** the accompanying **MEMORANDUM IN SUPPORT,** the **DECLARATION OF VINCENT P. SCHMELTZ III** and a **NOTICE OF MOTION** to be filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: Monday, March 01, 2010        By:     /s/ Vincent P. Schmeltz III
                                                                                 Vincent P. Schmeltz III