# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2475 | **DATE** | 3/30/2010 |
| **CASE TITLE** | Terry, et al vs. Ameriquest Mortgage | | |

**DOCKET ENTRY TEXT**

AGREED MOTION TO STAY ALL PROCEEDINGS RELATING TO THIRD-PARTY DEFENDANT TICOR TITLE INSURANCE COMPANY'S PENDING MOTION FOR SUMMARY JUDGMENT [647] is granted. Parties need not appear on the presentment date of 3/31/2010.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|